## ABRAMSON & DENENBERG, P.C.
*Attorneys-at-Law*

Thomas Bruno, II*° — Ext: 103
David H. Denenberg*▲ — Ext: 105
Alan E. Denenberg*° — Ext: 104
D. Ben van Steenburgh* — Ext: 102
Vazken A.E. Zerounian*° — Ext: 109

* Member PA Bar
° Member NJ Bar
▲ Member DC Bar

1315 Walnut Street
Suite 500
Philadelphia, PA 19107

Phone: (215) 546-1345
Fax:   (215) 546-5355

www.abramsondenenberg.com

A Pennsylvania Corporation
registered in New Jersey

Benjamin Abramson 1932 –1978

Simon Denenberg 1961-2015

Of Counsel:
Armando A. Pandola, Jr.*
215-568-5010

February 24, 2022

**Via ECF**
Honorable Sylvia H. Rambo
P.O. Box 868
Harrisburg, PA  17108-0868

Re:   **Christopher Lee Schwenk v. Joseph Garcia et al.
Dkt. No. 1:21-cv-02079**

Dear Judge Rambo:

I am writing to inform the Court that pursuant to Fed. R. Civ. P. 15(a)(1)(B), which permits the filing of an Amended Complaint "as a matter of course within … 21 days after service of a motion under Rule 12(b)", the Plaintiff will be filing an Amended Complaint in Response to the York County Defendants' 12(b)(6) Motion to Dismiss.

I thank you for your attention to this matter.

Very truly yours,

Alan Denenberg

AED/sdv
cc:  All Counsel of Record (electronically via ECF)