# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LEE SCHWENK, Individually, and on Behalf of All Others Similarly Situated, | |
| PLAINTIFF | |
| v. | C.A. No. 1:21-CV-2079 |
| JOSEPH GARCIA, | JURY TRIAL DEMANDED |
| CORRECTIONS SPECIAL APPLICATION UNIT, LLC, | |
| YORK COUNTY, PENNSYLVANIA d/b/a YORK COUNTY PRISON, | *Electronically Filed Document* |
| JULIE WHEELER, | |
| DOUG HOKE, | |
| RON SMITH, | |
| ADAM OGLE, | |
| CLAIR DOLL, | |
| and JOHN DOE and JANE DOE, CORRECTION OFFICERS, | |
| DEFENDANTS | |

## PRAECIPE TO ENTER DEFAULT AGAINST DEFEDANTS JOSEPH GARCIA AND CORRECTIONS SPECIAL APPLICATION UNIT, LLC

TO THE CLERK OF COURT:

Pursuant to Federal Rule of Civil Procedure 55, please enter a Default against Defendants, Corrections Special Application Unit, LLC, and Joseph Garcia, for failure to defend, answer, or otherwise plead to the Complaint duly served and delivered on February 22, 2022, regarding the above-captioned matter.

Dated: July 18, 2022

                                              Respectfully submitted,

                                              /s/ Leticia C. Chavez-Freed
                                              LETICIA C. CHAVEZ-FREED, ESQUIRE
                                              Pennsylvania ID No. 323615
                                              leticia@chavez-freedlaw.com

                                              THE CHAVEZ-FREED LAW OFFICE
                                              2600 North Third Street | Second Floor
                                              Harrisburg, PA 17110
                                              (717) 893-5698

                                              /s/ Alan Denenberg
                                              ALAN DENENBERG, ESQUIRE
                                              Pennsylvania ID No. 54161
                                              adenenberg@adlawfirm.com

                                              ABRAMSON & DENENBERG, P.C.
                                              1315 Walnut Street | Suite 500
                                              Philadelphia, PA 19107
                                              (215) 398-7066