# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LEE SCHWENK, Individually, and on Behalf of All Others Similarly Situated, | |
| PLAINTIFF | |
| v. | C.A. No. 1:21-CV-2079 |
| JOSEPH GARCIA, | JURY TRIAL DEMANDED |
| CORRECTIONS SPECIAL APPLICATION UNIT, LLC, | |
| YORK COUNTY, PENNSYLVANIA d/b/a YORK COUNTY PRISON, | *Electronically Filed Document* |
| JULIE WHEELER, | |
| DOUG HOKE, | |
| RON SMITH, | |
| ADAM OGLE, | |
| CLAIR DOLL, | |
| and JOHN DOE and JANE DOE, CORRECTION OFFICERS, | |
| DEFENDANTS | |

# ORDER ENTERING DEFAULT AGAINST DEFENDANTS GARCIA AND CORRECTIONS SPECIAL APPLICATION UNIT, LLC

Now, this _____ day of _____ 2022, upon Plaintiffs' application for Entry of Judgment by Default against Defendants Joseph Garcia and Corrections Special Application Unit, LLC for failure to defend, answer, or otherwise plead as provided by the Federal Rules of Civil Procedure, and it appearing that Defendants Garcia and Corrections Special Application Unit, LLC were given due notice of this action and has yet to provide any information in response to this action, that such time for Defendants Garcia and Corrections Special Application Unit, LLC to file an answer to the Complaint has expired, that Defendants Garcia and Corrections Special Application Unit, LLC are not an infant or incompetent person, and that Plaintiffs' claim are for a sum to be determined at an assessment of damages hearing, it is hereby

ORDERED that Default is entered against Defendants Garcia and Corrections Special Application Unit, LLC in favor of Plaintiffs.

_____, J.