# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LEE SCHWENK, Individually, and on Behalf of All Others Similarly Situated, | |
| PLAINTIFF | |
| v. | C.A. No. 1:21-CV-2079 |
| JOSEPH GARCIA, | JURY TRIAL DEMANDED |
| CORRECTIONS SPECIAL APPLICATION UNIT, LLC, | |
| YORK COUNTY, PENNSYLVANIA d/b/a YORK COUNTY PRISON, | *Electronically Filed Document* |
| JULIE WHEELER, | |
| DOUG HOKE, | |
| RON SMITH, | |
| ADAM OGLE, | |
| CLAIR DOLL, | |
| and JOHN DOE and JANE DOE, CORRECTION OFFICERS, | |
| DEFENDANTS | |

## CERTIFICATE OF SERVICE

I, Leticia Chavez-Freed, Esq. certify that on July 18, 2022 I filed the within documents on this Court's ECF System, accordingly all interested parties and Counsel have access to these documents and service is satisfied.

              Respectfully submitted,

              /s/ Leticia C. Chavez-Freed
              LETICIA C. CHAVEZ-FREED, ESQUIRE
              Pennsylvania ID No. 323615
              leticia@chavez-freedlaw.com


              THE CHAVEZ-FREED LAW OFFICE
              2600 North Third Street | Second Floor
              Harrisburg, PA 17110
              (717) 893-5698