# Exhibit "A"

**AFFIDAVIT OF SERVICE**

| Case: 1:21-CV-02079-YK | Court: United States District Court for the Middle District of Pennsylvania | County: | Job: 6953534 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Christopher Lee Schwenk | | **Defendant / Respondent:** Joseph Garcia, ET AL. | |
| **Received by:** Sweetgrass Legal Services | | **For:** The Chavez-Freed Law Office | |
| **To be served upon:** Joseph Garcia, CSAU, Corrections Special Application Unit | | | |

I, Travis Bowers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joseph Garcia, CSAU, Corrections Special Application Unit, 1591 Savannah Hwy Ste 201, Charleston, SC 29407
**Manner of Service:** Authorized, Feb 22, 2022, 10.45 am EST
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Feb 22, 2022, 10:45 am EST at 1591 Savannah Hwy Ste 201, Charleston, SC 29407 received by Joseph Garcia, CSAU, Corrections Special Application Unit. Age: 38-42; Ethnicity: Caucasian; Gender: Female; Weight: 250; Height: 5'6"; Hair: Brown; Served the registered agent for CSAU two copies.

Travis Bowers                              Date 4/13/2022

Sweetgrass Legal Services
PO Box 860
Ravenel, SC 29470
(843)475-9415

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 4/13/2022                    9/9/2028

MELINDA K. BOWERS
NOTARY PUBLIC
STATE OF SOUTH CAROLINA
My Commission Expires
8/15/2028

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHWENK, et al. ) | |
| ) | |
| **Plaintiff,** ) | **C.A. No. 1:21-cv-02079-JPW** |
| ) | |
| v. ) | ***Electronically Filed*** |
| ) | |
| GARCIA, et al. ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Leticia Chavez-Freed, hereby certify that on April 15, 2022, I filed an Affidavit of Service on the Court's CM/ECF system; accordingly, service was made upon all Counsel of record.


_s/Leticia C. Chavez-Freed_

Leticia C. Chavez-Freed, Esq.