IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER LEE SCHWENK, et al** | : | CIVIL ACTION NO.  1:21-CV-2079 |
| **Plaintiff,** | : | JUDGE JENNIFER P. WILSON |
| | : | |
| **v.** | : | |
| **JOSEPH GARCIA, et al** | : | |
| **Defendant,** | : | |

## ENTRY OF DEFAULT

Default is hereby entered against defendants, Joseph Garcia and Corrections Special Application Unit, LLC for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh, Clerk of Court

By: Paula Rowe, Deputy Clerk

Dated: November 15, 2022