Civil Action No.: 1:21-CV-02079-YK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) Joseph Garcia RA CSAU 1, CSAU, Corrections Special Application Unit

was received by me on (date) Jan 5, 2022.

☐ I personally served the summons on the individual at (place) ______ on (date) ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) ______, a person of suitable age and discretion who resides there, on (date) ______, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Stephanie Wells, Auth to Accept, who is designated by law to accept service of process on behalf of (name of organization) CSAU 1, CSAU, Corrections Special Application Unit on (date) 1/11/2022; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other (specify):

My fees are $ — for travel and $ — for services, for a total of $ —.

I declare under penalty of perjury that this information is true.

1/12/2022
Date

[signature]
Server's Signature

Travis Bowers Process Server
Printed name and title

P.O. Box 860, Ravenel, SC 29470
Server's Address

Additional information regarding attempted service, etc:

Exhibit B

## AFFIDAVIT OF SERVICE

| Case: 1:21-CV-02079-YK | Court: United States District Court for the Middle District of Pennsylvania | County: | Job: 6528593 |
|---|---|---|---|
| Plaintiff / Petitioner: Christopher Lee Schwenk | | Defendant / Respondent: Joseph Garcia, ET AL. | |
| Received by: Sweetgrass Legal Services | | For: The Chavez-Freed Law Office | |
| To be served upon: Joseph Garcia RA CSAU1, CSAU, Corrections Special Application Unit | | | |

I, Travis Bowers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joseph Garcia RA CSAU1, CSAU, Corrections Special Application Unit, 1591 Savannah Hwy Ste 201, Charleston, SC 29407

**Manner of Service:** Registered Agent, Jan 11, 2022, 11:18 am EST

**Documents:** Summons and Complaint

**Additional Comments:**

1) Successful Attempt: Jan 11, 2022, 11:18 am EST at 1591 Savannah Hwy Ste 201, Charleston, SC 29407 received by Joseph Garcia RA CSAU1, CSAU, Corrections Special Application Unit. Age: 38-40; Ethnicity: Caucasian; Gender: Female; Weight: 230; Height: 5'6"; Hair: Brown; Served Stephanie Wells, receptionist, Authorized to Accept

[signature] 1/11/2022

Travis Bowers Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature: Melinda K Bowers]

Notary Public

1/11/2022 9/19/2028

Date Commission Expires

[Seal: MELINDA K BOWERS, NOTARY PUBLIC, STATE OF SOUTH CAROLINA, My Commission Expires 9/19/2028]

Sweetgrass Legal Services
PO Box 860
Ravenel, SC 29470
(843)475-9415

– Day of service made sign & notorized on same Day

– Description of receptionist is clearly Articulated But in second Form it was not.

Exhibit B1

**AFFIDAVIT OF SERVICE**

| Case: 1:21-CV-02079-YK | Court: United States District Court for the Middle District of Pennsylvania | County: | Job: 6953534 |
|---|---|---|---|
| Plaintiff / Petitioner: Christopher Lee Schwenk | | Defendant / Respondent: Joseph Garcia, ET AL. | |
| Received by: Sweetgrass Legal Services | | For: The Chavez-Freed Law Office | |
| To be served upon: Joseph Garcia, CSAU, Corrections Special Application Unit | | | |

I, Travis Bowers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Joseph Garcia, CSAU, Corrections Special Application Unit, 1591 Savannah Hwy Ste 201, Charleston, SC 29407

**Manner of Service:** Authorized, Feb 22, 2022, 10:45 am EST

**Documents:** Summons and Complaint

**Additional Comments:**

1) Successful Attempt: Feb 22, 2022, 10:45 am EST at 1591 Savannah Hwy Ste 201, Charleston, SC 29407 received by Joseph Garcia, CSAU, Corrections Special Application Unit. Age: 38-42; Ethnicity: Caucasian; Gender: Female; Weight: 250; Height: 5'6"; Hair: Brown; Served the registered agent for CSAU two copies.

[signature] 4/13/2022

Travis Bowers Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature: Melinda K. Bowers]

Notary Public

4/13/2022 9/9/2028

Date Commission Expires

MELINDA K. BOWERS
My Commission Expires
NOTARY PUBLIC
9/15/2020
STATE OF SOUTH CAROLINA

Sweetgrass Legal Services
PO Box 860
Ravenel, SC 29470
(843)475-9415

why almost 2 months Late

?- How can this Be checke.

?- why was this dated & notorized 2 month Later

?- where is the "Prof of Service" Form Like The First one

?- why is only the Basic Information that was copied From the First Form the same except why is their no contact Person ~~name~~ name on their

? why is the women Description nearly the same But slightly Different

Exhibit C

DATE NOV [illegible]24

TIME 10 30 AM

JOSEPH GARCIA
62221 MT HWY 43
WISE RIVER, MT

PERSONAL AND CONFIDENTIAL

Exhd
D

**AFFIDAVIT OF JOSEPH GARCIA**

I, Joseph Garcia, declare under penalty of perjury:

1. I was not an owner, partner, or employee of CSAU1 LLC or York County Prison in March or May 2021.

2. I received no compensation, checks, or payments, directly or indirectly, from CSAU1 LLC or York County Prison.

3. I have no documents establishing ownership, partnership, or employment with CSAU1 LLC.

4. In March 2021, I was verbally requested by the CSAU commander Shawn Rohbraugh to assist in a York County Prison shakedown, initiated by the prison, limited to demonstrating safe tactical techniques for CSAU Personnel.

______________________________
Signed: Joseph Garcia

6.25.2025
______________________________
Date: June ~~23~~ 25, 2025

______________________________
Notary Public:

[Notary Seal]




Exhibit
E




FLIGHT INFO

KEY OF TERMS

JOSEPH GARCIA 2142604673

| FLIGHT TICKET # | 0062334934287 |
| --- | --- |
| FARE | $803.89 USD |
| TAXES, FEES, AND CHARGES | $85.29 USD |
| FLIGHT TOTAL | $889.18 USD |

PAID WITH AMERICAN EXPRESS ENDING IN 1006

▼ TAXES/FEES DETAIL ▼

FLYING WITH DELTA

Want to check your flight information? Go to delta.com or call 800.325.1999.

Each airport and airline has their own baggage and check-in requirements, so please check with the carrier on your ticket. If it's Delta, see our check-in requirements and baggage guidelines for details.

Please make sure you're checked in and at the gate at least 15 minutes before your scheduled departure time if you're traveling inside the United States and 45 minutes before if you're traveling internationally.

Flying with a laptop, cell phone or other battery-powered device? Please visit www.tsa.gov/travel for safety guidelines.



Reston Hospital

Patient: JOSEPH GARCIA
Acct Num: K85426239677
Med Rec Num: V001521980
Location: EMERGENCY DEPARTMENT
Primary Provider: Sarchi,Andrea
Date: 05/20/25

---

# Patient Visit Information

## You were seen today for:

Anterior dislocation of left shoulder

## Your caregivers today were:

**Primary Provider:** Andrea Sarchi , DO

## Patient Instructions:

Received with this packet on 05/20/25 at 12:36
CAP ED Standard Education for Discharge
Shoulder Dislocation, Reduced

## Activity Restrictions or Additional Instructions:

Call your primary care doctor to arrange follow-up with them or with orthopedics within the next week. Wear your sling until further directed. Take Tylenol and ibuprofen as needed for pain. Take medications as prescribed. Follow-up with your doctor or orthopedics within the next week. Return to ED if you develop uncontrolled pain, numbness, weakness or any other new or concerning symptoms.

## Additional Documents Given:

ED Discharge Plan
ED PERSONAL SAFETY PLAN



Reston Hospital

Patient: JOSEPH GARCIA
Acct Num: K85426239677
Med Rec Num: V001521980
Location: EMERGENCY DEPARTMENT
Primary Provider: Sarchi,Andrea
Date: 05/20/25

# Patient Signature Page

**Patient Name:** JOSEPH GARCIA
***Guardian Name:***

## You were seen today for:

Anterior dislocation of left shoulder

## Your caregivers today were:

**Primary Provider:** Andrea Sarchi , DO

**The above-named patient and/or guardian has received the following**

## Patient Instructions:

Received with this packet on 05/20/25 at 12:36
CAP ED Standard Education for Discharge
Shoulder Dislocation, Reduced

## Activity Restrictions or Additional Instructions:

Call your primary care doctor to arrange follow-up with them or with orthopedics within the next week. Wear your sling until further directed. Take Tylenol and ibuprofen as needed for pain. Take medications as prescribed. Follow-up with your doctor or orthopedics within the next week. Return to ED if you develop uncontrolled pain, numbness, weakness or any other new or concerning symptoms.

## Additional Documents Given:

ED Discharge Plan
ED PERSONAL SAFETY PLAN




Name: JOSEPH GARCIA
Acct Num: K85426239677
Med Rec Num: V001521980
Location: EMERGENCY DEPARTMENT
Primary Provider: Sarchl,Andrea
Date: 05/20/25

Thank you for visiting our Emergency Room today. We are glad you have chosen HCA to provide you with your care. We hope that you will continue to use our services in the future.

**My Health One**

Through MyHealthOne, you can view your health information and details from your stay. MyHealthOne consolidates many common tasks into one secure, easy-to-use online portal. You may use the portal by visiting www.myhealthone.com to start managing your health today.

**Suicide Prevention**

Suicide is the 10th leading cause of death in the United States. We are here to help. Should you or a loved one need assistance, please contact the Suicide and Crisis Lifeline at 988 or 1-800-273-TALK (8255). If you are having thoughts of harming yourself or others, please call 911 or go to the nearest Emergency Room for immediate assistance.

**Emergency Room versus Urgent Care**

We understand the importance of having the right kind of healthcare when you need it most. Below are examples of the care provided by Urgent Care Centers versus care provided by Emergency Rooms.

**Urgent Care Emergency Room**

* Minor injuries and illnesses * Suspected heart attack or stroke

* Colds, flu, fevers * Trouble breathing.

* Earaches, sore throats * Severe allergic reactions

* Sprains, strains * Broken bones, severe burns

* Simple bone/joint injuries * Deep wounds with heavy bleeding

* Cuts and scrapes, simple stitches * Head injuries, concussions

* Bug bites/stings, poison ivy/oak * Severe headaches, dizziness, confusion



Name: JOSEPH GARCIA
Acct Num: K85426239677
Med Rec Num: V001521980
Location: EMERGENCY DEPARTMENT
Primary Provider: Sarchi,Andrea
Date: 05/20/25

* Hives, rashes * Seizures, high fever, dehydration

* X-rays * Uncontrolled nausea or diarrhea

* Lab tests * Coughing or throwing up blood

* Sports physicals * Blood in stool

* UTI - Urinary tract infections * Suspected poisoning

* STI - Sexually transmitted infections * Suspected drug/alcohol overdose

**Patient Discharge Medication Additional Instructions**

If the pharmacy is unable to fill your prescription, ask the pharmacist if your prescription can be transferred to another pharmacy. If not, please contact the prescribing doctor for a new prescription.

*If you are prescribed opioid medications (pain medications), please be aware of the following:*

*Take the medication exactly as prescribed and do not take beyond the expiration date.

*This medicine may cause accidental overdose and/or death if it is taken by other adults, children, or pets.

*Please store in a secure location and dispose of unused medication through a medicine take-back program or other recommended method.

*Additional information can be found at www.fda.gov or by calling the Food and Drug Administration at 1-800-882-9539

Date Reviewed: 8/31/2022
HCA Healthcare. All rights reserved.

This information is not intended as a substitute for professional medical care. Always follow your health care provider's instructions.




Name: JOSEPH GARCIA
Acct Num: K85426239677
Med Rec Num: V001521980
Location: EMERGENCY DEPARTMENT
Primary Provider: Sarchi,Andrea
Date: 05/20/25

## Shoulder Dislocation, Reduced




A shoulder is dislocated when a strong force injures and possibly tears or stretches the ligaments that hold the shoulder joint together. The bones that make up the joint then move apart and




Name: JOSEPH GARCIA
Acct Num: K85426239677
Med Rec Num: V001521980
Location: EMERGENCY DEPARTMENT
Primary Provider: Sarchi,Andrea
Date: 05/20/25

become stuck out of place. The joint must be put back in place. Then it will take a few weeks for the shoulder to heal. This injury may weaken the ligaments. Weakened ligaments put you at risk for another dislocation. Another dislocation can happen even if you're hit with less force.

Shoulder dislocation is treated with a special type of arm sling called a shoulder immobilizer. This keeps your arm close to your body. This stops the shoulder from dislocating again while the ligaments heal. After a few weeks, you may start an exercise program. This will slowly bring back your range-of-motion and shoulder strength. It will also lower your risk for another dislocation.

## Home care

Follow these tips for taking care of yourself at home:

- Until your next follow-up visit, wear your shoulder immobilizer at all times or as advised by your healthcare provider. Don't take it off at night to sleep. This is because it's possible to dislocate your arm again in your sleep. You can take it off to bathe or dress. But don't move your arm away from your body. Keep your arm in the same position that the sling was holding it in until you put the sling back on. During your next visit, ask your provider how long you should wear the sling.
- Apply an ice pack over the injured area for 20 minutes every 1 to 2 hours the first day. You can make an ice pack by putting ice cubes in a plastic bag that seals at the top. Wrap the bag in a thin towel before putting it on your shoulder. Keep using ice packs 3 to 4 times a day for the next 2 to 3 days. Then use the ice as needed to ease pain and swelling.
- You may use acetaminophen or ibuprofen to control pain unless another pain medicine was prescribed. Talk with your provider before using these medicines if you have chronic liver or kidney disease. Also talk with your provider if you've had a stomach ulcer or digestive tract bleeding.
- Don't take part in sports or physical education classes until your provider says it's OK.

## Follow-up care

Follow up with your healthcare provider as advised. You shouldn't wear your shoulder immobilizer or sling for more than a few weeks without taking it off. Keeping it on for a longer time may limit your range of motion at the shoulder joint. If you've had a few dislocations of the same shoulder, you may have lasting (permanent) damage to the ligaments. Ask an orthopedic doctor about surgery to prevent another dislocation.

## When to get medical care

Call your healthcare provider right away if any of these occur:

- Another dislocation of your shoulder
- Swelling or pain in the shoulder or arm that gets worse
- Your fingers become cold, blue, numb, or tingly
- Fever
- Chills

**StayWell last reviewed this educational content on** 5/1/2022

© 2000-2025 The StayWell Company, LLC. All rights reserved. This information is not intended as




Name: JOSEPH GARCIA
Acct Num: K85426239677
Med Rec Num: V001521980
Location: EMERGENCY DEPARTMENT
Primary Provider: Sarchi,Andrea
Date: 05/20/25

a substitute for professional medical care. Always follow your healthcare professional's instructions.

Joseph Garcia
62211 HWY 43
Wise River, Montana 59762
Phone: 307-797-8500
Email: jgarcia@kilo1k9.com

June 27, 2025

Alan E. Denenberg
Abramson & Denenberg
1315 Walnut St., Suite 500
Philadelphia, PA 19107

Leticia C. Chavez-Freed
The Chavez-Freed Law Office
2600 North Third Street, Second Floor
Harrisburg, PA 17110

**Re: Schwenk v. Garcia et al., Civil No. 1:21-cv-2079, U.S. District Court, Middle District of Pennsylvania**

**Dear Mr. Denenberg and Ms. Chavez-Freed,**

Pursuant to Federal Rule of Civil Procedure 34, I, Joseph Garcia, pro se defendant in the above-captioned case, request that you produce the following documents and tangible items for inspection and copying within 30 days of receipt of this request, as required by Rule 34(b)(2). These documents are relevant to my Motion to Vacate Default Judgment and Motion to Dismiss, filed in compliance with the Court's June 10, 2025, order (Doc. 115), to defend against the plaintiffs' claims and address a 2023 default judgment.

**REQUEST FOR PRODUCTION OF DOCUMENTS**

1. All copies of the "High Risk Security Shakedown" (HRSS) report, dated March 31, 2021, prepared by York County Prison's Internal Affairs and Security Division, including any drafts, appendices, or related memoranda, as referenced in the May 21, 2025, evidentiary hearing (Doc. 102 proceedings).

2. All video recordings referenced in or accompanying the HRSS report, including footage from the May 2021 shakedown at York County Prison involving Defendant Joseph Garcia.

3. All documents, including inmate statements, witness reports, or correspondence, related to the HRSS report or the May 2021 shakedown, as presented or relied upon by Plaintiffs in this case.

Exhibit
H

4. Any communications between Plaintiffs or their counsel and York County Prison or Corrections Special Applications Unit (CSAU) LLC regarding the HRSS report or Defendant Joseph Garcia's involvement in the May 2021 shakedown.

INSTRUCTIONS

- Please produce the requested documents in electronic (PDF) or paper format to my address above or via email (jgarcia@kilo1k9.com).

- If any documents are withheld due to privilege, provide a privilege log per Rule 26(b)(5).

- This request is continuing; produce any additional responsive documents as they become available.

- Response is due by July 10, 2025, or 30 days from receipt, whichever is later, per Rule 34(b)(2)(A).

If you fail to produce the requested documents, I may file a motion to compel under Fed. R. Civ. P. 37. This request is served via [FedEx with tracking numbers [INSERT NUMBERS] / certified mail]. Please contact me at 307-797-8500 or jgarcia@kilo1k9.com with any questions.

Sincerely,

/s/ Joseph Garcia
Joseph Garcia
Pro Se Defendant

CERTIFICATE OF SERVICE

I certify that on June 27, 2025, I served a copy of this Request for Production of Documents on Plaintiffs' counsel via certified mail at:

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

Joseph Garcia, Pro Se