## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CHRISTOPHER LEE SCHWENK, et. al,**

**Plaintiff,**
v.
**JOSEPH GARCIA, et. al,**

**Defendants.**

**C. A. No.  1:21-CV-2079**

**AFFIDAVIT OF
ALAN E. DENENBERG**

*Electronically Filed Document*

**ALAN DENENBERG**, being duly sworn, depose and state as follows:

1.     I am a member of the bars of the Supreme Court of Pennsylvania, the United States District Court for the Middle and Eastern District of Pennsylvania and the Third Circuit Court of Appeals among others.

2.     I have been in private practice in Philadelphia, Pennsylvania with the law firm Abramson & Denenberg, P.C. since 1991.

3.     I have been practicing in the Middle District Court for the last five (5).

4.     I have been counsel for Plaintiffs Schwenk and Druck in this litigation since its inception.  I make the following statements upon personal knowledge and subject to the penalties for perjury.

5.     Plaintiffs filed a Request for Entry of Default on July 18, 2022. (Doc.

44.)

6.    In July 2022, Matthew Clayberg, Esq., who represented York County in this litigation, called me by telephone.  Mr. Clayberger stated to me that he was calling on behalf of Defendant Joseph Garcia.  Mr. Clayberger stated to me that he had spoken with Mr. Garcia and that Mr. Garcia was aware of this litigation.  Mr. Clayberger stated to me that he was requesting an extension of time for Mr. Garcia to respond to Plaintiffs' Request for Entry of Default, filed July 18, 2022.

7.    I affirm herein only that Mr. Clayberger made the above statements to me as I have no personal knowledge of Mr. Clayberger's discussion with Mr. Garcia.

8.    On August 3, 2022, Defendant CSAU contacted me by email and I responded on the same day. Defendant CSAU requested an extension of time on behalf of both itself and Defendant Garcia.  (Attached hereto as Exhibit "A", at 1-2).

10.    The Clerk of the Court entered Default against Mr. Garcia on November 15, 2022 (Doc. 50), approximately four months after Mr. Clayberger called me on behalf of Plaintiffs. Mr. Garcia did not appear through counsel, contact me further, or respond to Plaintiffs' Request for Entry of Default in that time.

11.     Attached hereto as Exhibit "B" is a true and correct copy of the January 3, 2022, Executed Agreement by and between Defendants Joseph Garcia and CSAU and the County of York, Pennsylvania and the York County Prison Board, and the Affidavit of Joseph Garcia, which was produced to Plaintiffs by York County in this litigation.

12.     Attached hereto as Exhibit "C" is a true and correct copy of Bates numbered documents labeled SCHWENK 000041 and SCHWENK 000072-SCHWENK 000076, which were produced in this litigation.

Signed and subscribed to under the penalties of perjury, this 11th day of July, 2025.

*Alan Denenberg*

ALAN E. DENENBERG, ESQ.