# EXHIBIT "A"

**(Attached hereto as Exhibit "A" is a true and correct copy of Defendant, Joseph Garcia's Correspondence with Plaintiff's Counsel Alan Denenberg)**

   Gmail                              **Alan Denenberg <adenenberg@adlawfirm.com>**

---

# Time sensitive

---

**S. Johnston** <shawna@csau1.com>                              Wed, Aug 3, 2022 at 6:00 PM
To: "leticia@chavez-freedlaw.com" <leticia@chavez-freedlaw.com>,
"adenenberg@adlawfirm.com" <adenenberg@adlawfirm.com>
Cc: "Matthew R. Clayberger" <MClayberger@tthlaw.com>

Good afternoon Mrs. Chavez-Freed, and Mr. Denenberg

While we have just recently been made aware of this lawsuit and both Jospeh Garcia and CSAU have not been  served.
I am requesting 2 additional weeks for the following reasons

1. Jospeh Garcia's father has been ill and he is one of the primary care takers of his father.

2. I am in California at this time for pressing family matters.

3. The legal councils that we have contacted in some cases can not meet with us for 2 to 3 weeks

4. Joseph Garcia does not reside in the state of Pennsylvania nor is CSAU based out of the state and or region.

5. We understand that the first ruling regarding proper service was ruled as "improper service" according to the receipt

As a result we understand that the same method of service that the courts deemed improper service was only repeated.

Finally it is our professional hopes that we will be granted the 2 weeks as we are working diligently to obtain legal council

Thank you for your consideration on this request.  Once we have obtained legal council they will be in contact with you promptly.

Shawna

                    Alan Denenberg <adenenberg@adlawfirm.com>

---

## Time sensitive

---

**Alan Denenberg** <adenenberg@adlawfirm.com>　　　　　　Wed, Aug 3, 2022 at 6:59 PM
To: "S. Johnston" <shawna@csau1.com>
Cc: "leticia@chavez-freedlaw.com" <leticia@chavez-freedlaw.com>, "Matthew R. Clayberger" <MClayberger@tthlaw.com>

> Shawna:
>   I am in receipt of your email. We have properly served Mr. Garcia and CSUA on 2 separate occasions. See attached. While I am sympathetic to Mr. Garcia's situation, I have already filed a Motion for Default. See attached docket. I received a call from Matt Clayberger, Counsel for York Co. requesting an extension several weeks ago. Then I never heard anything until this email. There has never been any ruling that service was improper. I suggest that counsel be retained as quickly as possible to discuss a Stipulation for an extension to file an answer to the Complaint. In the meantime, I would also suggest that this email be sent to the insurance carrier for CSAU and Mr. Garcia. I thank you for your attention to this matter.
> Alan E. Denenberg, Esq.

[Quoted text hidden]
--

Alan E. Denenberg
Abramson & Denenberg, P.C.
1315 Walnut Street, Suite 500
Philadelphia, PA  19107
215.546.1345 ext. 104
215.546.5355 (FAX)

---

**3 attachments**

- **Pennsylvania Middle District Version 6.1.html**
  47K
- **Aff of Service on Garcia.pdf**
  550K
- **Aff of Service Garcia and CSAU #35.pdf**
  205K