FILED
HARRISBURG, PA
JUL 16 2025
PER_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Joseph Garcia,

Defendant, Pro Se

v.

Christopher Lee Schwenk and Keith Druck,

Plaintiffs.

**Case No. 1:21-cv-2079**

**Judge Jennifer P. Wilson**

**NOTICE OF SUPPLEMENTAL EVIDENCE AND STATUS UPDATE**

I, Joseph Garcia, pro se defendant, submit this **Notice of Supplemental Evidence and Status Update** to provide media articles (Exhibit I) as evidence of **false and damaging statements** about my alleged role in the May 2021 York County Prison shakedown and to update the Court on service attempts and plaintiffs' non-compliance, supporting my **Motion to Vacate Default Judgment** (Doc. 117, filed June 25, 2025) and **Motion to Dismiss** (Doc. 116, filed June 25, 2025), per the Court's June 10, 2025, order (Doc. 115).

**I. Supplemental Evidence**

The articles (Exhibit I, attached), published between August 31, 2021, and January 10, 2025, falsely claim I owned or led Corrections Special Applications Unit (CSAU) LLC and caused inmate abuse, including a quote from Noelle Hanrahan calling me the "Bernie Madoff of correctional consultants" (York Dispatch, Dec. 16, 2024), implying fraud, and referencing a 1980s British conviction. These caused severe **reputational and financial harm,** supporting:

- **Motion to Vacate (Rule 60(b)(4), (6)):** The 2023 default judgment is void due to improper service (sent to CSAU's address or a neighbor's, not my residence at 62211 HWY 43, Wise River, MT), preventing my response to media claims, and plaintiffs' **misconduct** fueled false reporting (Zamos v. Stroud, 32 Cal. 4th 958, 970 (2004)).

- **Motion to Dismiss (Rule 12(b)(5), (6)):** Improper service deprived jurisdiction (Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950)), and plaintiffs' claims fail as I was not a state actor, had no CSAU role, and the **HRSS report** clears me (Ashcroft v. Iqbal, 556 U.S. 662 (2009)).

**York County Denials** (York Dispatch, Dec. 16, 2024):

- **Warden Adam Ogle:** Stated CSAU used a "safer method" with "least amount of force necessary," and "Threats are not authorized" (p. 10).

- **Commissioner Julie Wheeler:** Stated "the most serious allegations" were false (p. 11). These align with the HRSS report (June 2021, Doc. 102, May 21, 2025, hearing), clearing me, per my affidavit (Exhibit B).

**Hearsay Reliance:** The articles rely on inmate hearsay (e.g., guns drawn, threats, p. 9) without HRSS verification, showing plaintiffs' **unfounded allegations.**

**HRSS Transparency:** The HRSS report (June 2021, predating Dec. 2021 lawsuit) shows **transparency,** contradicting plaintiffs' claims.

## II. Status Update: Service and Plaintiffs' Non-Compliance

On June 25, 2025, I served my motions on plaintiffs' counsel via certified mail:

- Alan E. Denenberg (1315 Walnut St., Suite 500, Philadelphia, PA 19107) accepted (tracking number ER 207 791 511 US).

- Leticia C. Chavez-Freed (2600 North Third St., Second Floor, Harrisburg, PA 17110) unclaimed/rejected after two USPS attempts (tracking number ER 207 791 542 US, returned July 14, 2025). As of July 14, 2025, plaintiffs have not filed a certificate of service for Doc. 115, nor have I received it, despite receiving the order via process server on June 10, 2025.

## III. Request

I request the Court consider Exhibit I as evidence of plaintiffs' baseless claims, York County's denials, and reputational harm, and note plaintiffs' non-compliance with Doc. 115. I seek guidance on further steps, given my pro se status.

I certify that Exhibit I includes true and correct copies of:

1. York Dispatch, "York County Prison inmates take civil rights case appeal to district court," April 21, 2023.
2. York Dispatch, "Lawsuit alleging York County Prison civil rights violations now has only two plaintiffs," June 2, 2023.

3. York Dispatch, "York County nears settlement in prison inmate civil rights lawsuit," May 29, 2024.

4. York Dispatch, "Judge delays civil case decision involving former York County prison contractor," January 10, 2025.

5. York Dispatch, "'I own you': The brutal history of York County's prison contractor," August 31, 2021.

6. York Dispatch, "York County Prison inmates sue training company banned from Allegheny County Jail," December 15, 2021.

7. Local21News, "York County lawsuit over alleged inmate abuse set for mediation," February 21, 2024.

8. York Dispatch, "York County grapples with fallout from jail training contractor as Joseph Garcia heads west," December 16, 2024 (yorkdispatch.com).

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

Phone: 307-797-8500

Email: jgarcia@kilo1k9.com

July 15, 2025

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2025, I served this Notice and Exhibit I on Plaintiffs' counsel via [certified mail] at:

- Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

- Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110 (prior attempt on June 25, 2025, via certified mail, tracking number ER 207 791 542 US, unclaimed/rejected after two USPS attempts, returned July 14, 2025)

./s/ Joseph Garcia

Joseph Garcia
62211 HWY 43
Wise River, Montana 59762
Phone: 307-797-8500
Email: jgarcia@kilo1k9.com

FILED
HARRISBURG, PA
JUL 1 6 2025
PER _____
DEPUTY CLERK

July 15, 2025

**Clerk of Court**
United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

Re: Schwenk v. Garcia et al., Civil No. 1:21-cv-2079

**Dear Clerk of Court,**

I, Joseph Garcia, pro se defendant, submit the enclosed Notice of Supplemental Evidence and Exhibit I (eight media articles, including York Dispatch, December 16, 2024, at https://www.yorkdispatch.com/story/news/local/2024/12/16/york-county-still-feels-effects-from-hiring-questionable-jail-training-consultant-while-the-guy-move/76828659007/) to support my **Motion to Vacate Default Judgment** (filed June 25, 2025, pending docket assignment) and Motion to Dismiss (filed June 25, 2025, pending docket assignment), in compliance with the Court's June 10, 2025, order (Doc. 115). The articles show York County's denial of abuse allegations, plaintiffs' reliance on unfounded hearsay, and severe reputational harm, supporting my claims of improper service, no involvement with CSAU LLC, and plaintiffs' misconduct.

**Enclosed are:**
1. Notice of Supplemental Evidence (original and one copy).
2. Exhibit I: Eight media articles (true and correct copies, listed in the Notice).
3. Self-addressed, postage-paid envelope for file-stamped copies.

Service on plaintiffs' counsel (Alan E. Denenberg and Leticia C. Chavez-Freed) is via certified mail. A prior attempt to serve Ms. Chavez-Freed on June 25, 2025, via certified mail was unclaimed (tracking number ER207791542US. As a pro se litigant, I request assistance with filing procedures and guidance on obtaining docket numbers for my motions. Please contact me at 307-797-8500 or jgarcia@kilo1k9.com if additional information is needed.

Thank you for your attention to this matter.

Sincerely,

/s/ Joseph Garcia
Joseph Garcia, Pro Se Defendant

