Joseph Garcia
62211 HWY 43
Wise River, Montana 59762
Phone: 307-797-8500
Email: jgarcia@kilo1k9.com

**FILED**
HARRISBURG, PA

JUL 1 6 2025

PER _____
DEPUTY CLERK

**July 15, 2025**

Clerk of CourtUnited States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

**Re**: Request for HRSS Report, Schwenk v. Garcia et al., Civil No. 1:21-cv-2079

**Dear Clerk of Court,**

I, Joseph Garcia, pro se defendant in Schwenk v. Garcia et al. (Civil No. 1:21-cv-2079), respectfully request a copy of the "High Risk Security Shakedown" (HRSS) report, dated approximately June 2021, submitted during the May 21, 2025, evidentiary hearing (Doc. 102 proceedings). The report, prepared by York County Prison's Internal Affairs and Security Division, is critical to my Motion to Vacate Default Judgment and Motion to Dismiss (filed June 25, 2025, pending docket assignment), as it clears me of misconduct allegations related to the May 2021 shakedown.

**Requested Records:**

The full HRSS report, including drafts, appendices, memoranda, or exhibits (e.g., video footage, inmate statements) from the May 2021 shakedown, as presented in the hearing.
Any court filings referencing the report's submission.

**Instructions:**

- Provide records in electronic format (PDF) to jgarcia@kilo1k9.com or paper copies to my address above.
- If fees apply, notify me per Local Rule 5.1.
- If the report is sealed or unavailable, advise on procedures to access it, given my pro se status.

Sent via UPS. Enclosed are a self-addressed, postage-paid envelope and one copy of this letter. Contact me at 307-797-8500 or jgarcia@kilo1k9.com for clarification. Thank you for confirming receipt of my prior filings and for your assistance.

Sincerely,

/s/ Joseph GarciaJoseph Garcia, Pro Se Defendant