# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson

FILED
HARRISBURG, PA

JUL 17 2025

PER _____
DEPUTY CLERK

## SUPPLEMENTAL NOTICE OF SERVICE STATUS

I, Joseph Garcia, pro se defendant, submit this Supplemental Notice of Service Status to update the Court on service attempts for my Motion to Vacate Default Judgment (Doc. 117, filed June 25, 2025) and Motion to Dismiss (Doc. 116, filed June 25, 2025), per the Court's June 10, 2025, order (Doc. 115).

### I. Service Status Update

On June 25, 2025, I served the above motions, Proposed Order, and exhibits (Affidavit, Exhibit B; Medical Records, Exhibit C; Plane Ticket, Exhibit E) on plaintiffs' counsel via certified mail:

- **Alan E. Denenberg** (1315 Walnut St., Suite 500, Philadelphia, PA 19107): Sent via certified mail (**tracking number ER 207 791 511 US**). USPS accepted the package (receipt attached, Exhibit J), but as of July 15, 2025, USPS reports it is in transit with no delivery confirmation. To ensure receipt, I am resending these documents to Mr. Denenberg on July 16, 2025, via FedEx (**tracking number 391069473193**).

- **Leticia C. Chavez-Freed** (2600 North Third St., Second Floor, Harrisburg, PA 17110): Sent via certified mail (**tracking number ER 207 791 542 US**), unclaimed/rejected after two USPS attempts, returned July 14, 2025. I resent the documents via FedEx on July 15, 2025 (**tracking number 391069579426**).

As of July 15, 2025, plaintiffs have not filed a certificate of service for Doc. 115, nor have I received it, despite receiving the order via process server on June 10, 2025.

## II. Request

I request the Court note my good-faith service efforts, including resending to Mr. Denenberg, and plaintiffs' non-compliance with Doc. 115. As a pro se litigant, I seek guidance on further steps.

**Exhibit J**: USPS receipt for June 25, 2025, certified mail to Alan E. Denenberg (true and correct copy, attached).

/s/ Joseph Garcia
Joseph Garcia, Pro Se
62211 HWY 43, Wise River, MT 59762
Phone: 307-797-8500
Email: jgarcia@kilo1k9.com
July 16, 2025

## CERTIFICATE OF SERVICE

I certify that on July 16, 2025, I served this Supplemental Notice and Exhibit J on Plaintiffs' counsel via FedEx with tracking numbers [INSERT NUMBERS] at:

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

Joseph Garcia
62211 HWY 43
Wise River, Montana 59762
Phone: 307-797-8500
Email: jgarcia@kilo1k9.com

**July 16, 2025**

Clerk of CourtUnited States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17

**Re:** Schwenk v. Garcia et al., Civil No. 1:21-cv-2079

**Dear Clerk of Court,**

I, Joseph Garcia, pro se defendant, submit the enclosed **Supplemental Notice of Service Status** and **Exhibit J** (USPS receipt for June 25, 2025, certified mail to Alan E. Denenberg) to update the Court on service attempts for my **Motion to Vacate Default Judgment** (Doc. 117) and **Motion to Dismiss** (Doc. 116), filed June 25, 2025, per the Court's June 10, 2025, order (Doc. 115). The USPS reports the June 25 mailing to Mr. Denenberg is in transit without delivery confirmation; I am resending via FedEx on July 16, 2025.

**Enclosed are:**

1. Supplemental Notice of Service Status (original and one copy).
2. Exhibit J: USPS receipt (true and correct copy).
3. Self-addressed, postage-paid envelope for file-stamped copies.

Service on plaintiffs' counsel is via FedEx with tracking numbers. As a pro se litigant, I request assistance with filing procedures. Contact me at 307-797-8500 or jgarcia@kilo1k9.com if needed. Thank you for confirming receipt of my prior filings (Doc. 116, 117, Notice of Supplemental Evidence).
Sincerely,
/s/ Joseph Garcia
Joseph Garcia, Pro Se Defendant

