# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,

v.

JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson

FILED
HARRISBURG, PA

JUL 1 8 2025

PER _____
DEPUTY CLERK

# SUPPLEMENTAL NOTICE OF CSAU OWNERSHIP, PRENUPTIAL AGREEMENT, AND SOUTH CAROLINA FILINGS

I, Joseph Garcia, pro se defendant, submit this **Supplemental Notice** to provide evidence that my wife, Shawna K. Johnston-Garcia, solely owned Corrections Special Applications Unit (CSAU) LLC, I had no ownership or compensation, a prenuptial agreement separated our assets and legal obligations, and CSAU was dissolved on October 12, 2023, supporting my **Motion to Vacate Default Judgment** (Doc. 117) and **Motion to Dismiss** (Doc. 116), filed June 25, 2025, per the Court's June 10, 2025, order (Doc. 115).

## I. CSAU Ownership, Prenuptial Agreement, and Filings

CSAU LLC, formed May 16, 2019, in South Carolina, was wholly owned by my wife, Shawna K. Johnston-Garcia (Exhibit K, Operating Agreement; Exhibit L, IRS EIN letter), with no ownership, compensation, or role held by me (Exhibit I, affidavit). A prenuptial agreement, signed January 12, 2018, in Modesto, California, separated our assets, businesses, and legal obligations, including CSAU and prior marriage matters (Exhibit J; Exhibit I). CSAU dissolved on October 12, 2023 (Exhibit H, certified SOS record). Shawna was not named in the lawsuit

(filed December 2021), not present at the March 31, 2021, York County Prison shakedown, and had no duty to notify me of CSAU-related or prior marriage-related legal actions. At the request of the York County Prison CSAU Commander, I assisted with providing additional safety for CSAU members during the shakedown due to the discovery of major inmate handmade weapons, indicating a high-threat, real-world operation, not a training exercise. My role involved using a K9 for narcotics detection, weapon searches, and handler security in a non-physical manner; the K9 did not bark, bite, or engage any inmates, remaining silent throughout. Service to CSAU's registered agent (6650 Rivers Ave, North Charleston, SC) was ruled invalid by the initial judge (Exhibit B, affidavit). This supports:

- **Rule 12(b)(6):** No liability, as I was not a state actor or CSAU leader (*Ashcroft v. Iqbal*, 556 U.S. 662 (2009)).

- **Rule 60(b)(6):** Plaintiffs' misconduct in pursuing unverified claims against me, despite Shawna's ownership (*Zamos v. Stroud*, 32 Cal. 4th 958, 970 (2004)).

- **Rule 60(b)(4):** Void judgment due to improper service (Exhibit B; *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306 (1950)).

- **Defamation:** False media claims of my CSAU leadership caused reputational harm (Exhibit I, nine articles, filed July 15, 2025; *Kelley v. Gen. Teamsters, Local Union 249*, 518 Pa. 517, 544 A.2d 940, 941 (1988)).

## II. Response to Potential Plaintiff Argument

Plaintiffs may argue I "should have known" of the lawsuit via Shawna's ownership or prior marriage issues. This fails, as service to CSAU's registered agent was invalid, Shawna was not my agent, my role was limited to K9-assisted safety at York County's request due to a high-threat situation, and our prenuptial agreement ensured I had no involvement or notice of CSAU's affairs or domestic legal notices from previous marriages (*Omni Capital Int'l, Ltd. v. Rudolf*

*Wolff & Co.*, 484 U.S. 97, 104 (1987)). The statute of limitations expired March 31, 2023, barring claims against Shawna.

## III. Request

I request the Court consider Exhibits H, I, J, K, and L as evidence of my non-involvement, supporting vacatur and dismissal. As a pro se litigant, I seek guidance on further steps.

I certify that Exhibits H, K, and L are true and correct copies of CSAU's SOS and IRS records, Exhibit I is a true and correct affidavit, and Exhibit J is a true and correct prenuptial agreement reflecting our 2018 intent.

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

Phone: 307-797-8500

Email: jgarcia@kilo1k9.com

July 17, 2025

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2025, I served this Supplemental Notice and Exhibits H, I, J, K, and L on Plaintiffs' counsel via FedEx at:

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

Joseph Garcia
62211 HWY 43
Wise River, Montana 59762
Phone: 307-797-8500
Email: jgarcia@kilo1k9.com

**July 15, 2025**

Clerk of CourtUnited States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

**Re:** *Schwenk v. Garcia et al.*, Civil No. 1:21-cv-2079

**Dear Clerk of Court,**

I, Joseph Garcia, pro se defendant, submit the enclosed **Supplemental Notice of CSAU Ownership, Prenuptial Agreement, and South Carolina Filings, Exhibit H** (certified South Carolina Secretary of State record, CSAU LLC dissolved October 12, 2023), **Exhibit I** (affidavit of non-involvement), **Exhibit J** (prenuptial agreement), **Exhibit K** (CSAU Operating Agreement), and **Exhibit L** (IRS EIN letter) to support my **Motion to Vacate Default Judgment** (Doc. 117) and **Motion to Dismiss** (Doc. 116), filed June 25, 2025, per the Court's June 10, 2025, order (Doc. 115). The exhibits confirm my wife, Shawna K. Johnston, solely owned CSAU LLC, I had no ownership, compensation, or leadership role, my limited K9-assisted safety role was at York County's request during the March 31, 2021, shakedown, our prenuptial agreement separated assets and legal obligations, and service to CSAU's registered agent was invalid.

Enclosed are:

1. Original Supplemental Notice.

2. Exhibits H, I, J, K, and L (true and correct copies).

3. One copy of all documents.

4. Self-addressed, postage-paid envelope for return of file-stamped copies.

Service on plaintiffs' counsel, Alan E. Denenberg and Leticia C. Chavez-Freed, is via FedEx. As a pro se litigant, I request assistance with filing procedures. Contact me at 307-797-8500 or jgarcia@kilo1k9.com if needed. Thank you for confirming receipt of my prior filings (Doc. 116, 117, Notice of Supplemental Evidence).

Sincerely,

/s/ Joseph Garcia
Joseph Garcia, Pro Se Defendant


