# AFFIDAVIT OF JOSEPH GARCIA

**STATE OF MONTANA**
**COUNTY OF BEAVERHEAD**

I, Joseph Garcia, being duly sworn, declare under penalty of perjury:

1. I am the defendant in *Schwenk v. Garcia et al.*, Civil No. 1:21-cv-2079, Middle District of Pennsylvania.

2. Corrections Special Applications Unit (CSAU) LLC, a South Carolina entity formed May 16, 2019, was wholly owned by my wife, Shawna K. Johnston (Exhibit K, Operating Agreement; Exhibit L, IRS EIN letter), and dissolved on October 12, 2023 (Exhibit H, SOS record).

3. I had no ownership interest in CSAU LLC, received no compensation (directly or indirectly, with no payment records), and held no leadership or decision-making role.

4. On January 12, 2018, in Modesto, California, Shawna and I signed a prenuptial agreement (Exhibit J) to keep our assets, finances, businesses (existing or formed during the marriage, e.g., CSAU LLC), and legal obligations (including prior marriage issues) separate, protecting her wealth from my ex-wife's claims. I stayed out of her business to maintain this separation.

5. At the request of the York County Prison CSAU Commander, I was requested to assist with providing additional safety for the CSAU members in the March 31, 2021, York County Prison shakedown due to multiple major inmate handmade weapons found the previous evening and the threat of facility safety was on high alert for the safety of the officers and inmates within the housing unit. The shakedown was not a training operation but a real-world operation that threatened the safety of all staff and inmates within that housing unit. I provided additional safety for staff due to the seriousness of the weapons involved, using a K9 for narcotics detection, weapon searches, and handler security in a non-physical manner; the K9 did not bark, bite, or engage inmates, remaining silent throughout. CSAU's registered agent (6650 Rivers Ave, North Charleston, SC) never notified me of the lawsuit (filed December 2021), which the initial judge ruled was invalidly served (Exhibit B, affidavit).

6. Shawna was not named in the lawsuit and was not present at the shakedown, focusing solely on medical training.

7. The "High Risk Security Shakedown" (HRSS) report (March 31, 2021, Doc. 102) clears me of misconduct.



8. Media reports (Exhibit I, nine articles) falsely claiming my leadership of CSAU LLC caused me financial and emotional distress.

**I certify that the foregoing is true and correct to the best of my knowledge.**

Executed on July 17, 2025, in Wise River, Montana.

/s/ Joseph Garcia
Joseph Garcia

7.17.25

**NOTARY PUBLIC**

Subscribed and sworn to before me on July 17, 2025.

[Notary Name, Seal, and Signature]