## MONTANA NOTARIAL CERTIFICATE
## SIGNATURE WITNESSING

State of Montana

County of Silver Bow

The attached record, Affidavit of Joseph Garcia, consisting of two pages was
(Description of record)

signed before me on 7/17/2025 by Joseph Garcia,
(Date)                                   (Name of signer(s))



JASMYNE BIVENS
NOTARY PUBLIC for the
State of Montana
Residing at Butte, Montana
My Commission Expires
May 27, 2026

_____
(Notary's Signature)

[Affix stamp above]

This certificate is to be attached to the record described above. Any evidence that it has been detached or removed may render the notarization invalid or unacceptable.