IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LEE SCHWENK, et. al, | C. A. No. 1:21-CV-2079 |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| JOSEPH GARCIA, et. al, | |
| Defendants. | *Electronically Filed Document* |

**CERTIFICATE OF SERVICE**

I, LETICIA C. CHAVEZ-FREED, ESQ., certify that on July 24, 2025, I filed the certificate of service demonstrating proof of delivery of ECF Filings.

ECF filings 119–121 have been mailed via the United States Postal Service and confirmed delivered as of July 21, 2025.

Plaintiffs have attached Exhibit "A," a copy of the USPS tracking confirmation, as proof of compliance with the Federal Rules of Civil Procedure.

This filing was submitted on behalf of Plaintiffs through the Court's ECF system, thereby effectuating service upon all Counsel of Record.

July 24, 2025.

Respectfully Submitted,

/s/ LETICIA C. CHAVEZ-FREED
LETICIA C. CHAVEZ-FREED, ESQ.
Pennsylvania ID No. 323615
THE CHAVEZ-FREED LAW OFFICE
2600 North Third Street, Second Floor
Harrisburg, PA 17110
(717) 893-5698
leticia@chavez-freedlaw.com

/s/ ALAN E. DENEBERG
ALAN DENENBERG, ESQUIRE
Pennsylvania ID No. 54161
ABRAMSON & DENENBERG, P.C.
1315 Walnut Street, Suite 500
Philadelphia, PA 19107
(215) 398-7066
adenenberg@adlawfirm.com

# EXHIBIT "A"

