# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LEE SCHWENK and KEITH DRUCK, | : Civil No. 1:21-CV-2079 |
| Plaintiffs, | : |
| v. | : |
| JOSEPH GARCIA, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of July 2025, **IT IS ORDERED AS FOLLOWS**:

1. Defendant's motion to expedite hearing, Doc. 138, is **DENIED**. The court will determine the necessity of a hearing in due course and will issue a scheduling order if a hearing is warranted.

2. Defendant Garcia shall not file any additional supplements or materials related to the currently pending motions without first filing a motion for permission to file such materials.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania