# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson

FILED
HARRISBURG, PA
AUG 0 6 2025
PER _____
DEPUTY CLERK

## MOTION FOR SANCTIONS PURSUANT TO RULE 37 AND REPLY TO PLAINTIFFS' BRIEF IN OPPOSITION (DOC. 121)

I, Joseph Garcia, pro se defendant, move for sanctions against plaintiffs' counsel, Leticia C. Chavez-Freed, for failure to comply with my Rule 34 Request for Production (Doc. 126, served July 22, 2025) and bad faith conduct, and reply to plaintiffs' Brief in Opposition (Doc. 121, filed July 15, 2025). This filing complies with Doc. 141, as it is a new motion addressing distinct issues, not a supplement to pending motions (Docs. 116, 117).

1. **Sanctions for Non-Compliance**: Plaintiffs failed to produce requested documents (service logs, correspondence, payment records, March 31, 2021 incident records) by August 5, 2025 (Fed. R. Civ. P. 34(b)(2)(A)). These are essential to assess service validity and liability in my Motion to Vacate (Doc. 117) and Motion to Dismiss (Doc. 116). York County's denial of my Right-to-Know request for the HRSS report (Exhibit Y, attached) suggests plaintiffs possess these materials (Doc. 125), yet they withheld them, obstructing my defense.

2. **Bad Faith Conduct**: Chavez-Freed refused service four times (FedEx tracking 391528302147, 12 total delivery failures; Doc. 142, Exhibit X, attached), delaying proceedings. Delivery was accepted only on August 4, 2025, after court notice, indicating willful obstruction.

3. **Reply to Doc. 121**: Plaintiffs' opposition (Doc. 121) relies on inadmissible hearsay (Exhibit A email, Exhibit C grievance), unlinked to me. My evidence—Exhibit S (CSAU1 LLC dissolution, October 12, 2023), Exhibit M (Rohbraugh letter clearing all allegations), and Exhibit I (unawareness until May 1, 2025)—disproves liability and invalid service (Docs. 14-1, 35; Hritz v. Woma Corp., 732 F.2d 1178 (3d Cir. 1984)).

4. **Relief Sought**: I request sanctions under Fed. R. Civ. P. 37(b)(2)(A), including costs for service attempts ($150 for FedEx), immediate production of documents, or dismissal of plaintiffs' claims for willful obstruction. I also request the court note plaintiffs' weak opposition in ruling on Docs. 116 and 117.

**Respectfully submitted,**

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

Phone: 307-797-8500

Email: jgarcia@kilo1k9.com

August 6, 2025

## CERTIFICATE OF SERVICE

I certify that on August 6, 2025, I served this Motion via USPS Certified Mail on:

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

## Attachments:

- Exhibit X: FedEx tracking receipts (391528302147, prior attempts)

- Exhibit Y: York County RTK denial letter (york denied.pdf)

Align top of FedEx Express® shipping label here.

ORIGIN ID:BTMA (307) 797-8500
JOSEPH GARCIA
SHIP DATE: 05AUG25
ACTWGT: 0.25 LB
CAD: 6893847/SSFE2621

62211 MT HIGHWAY 43

WISE RIVER, MT 59762
UNITED STATES US

BILL CREDIT CARD

TO CLERK OF COURT US DIST COURT
MID DIST OF PA. SYLVIA H RAMBO
1501 N 6TH ST
STE 101
HARRISBURG PA 17102
(111) 111-1111

RECEIVED
HARRISBURG, PA
AUG 06 2025
PER DEPUTY CLERK

FedEx Express

REL# 3766346

WED — 06 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 3918 0202 7162
0201

XX MDTA

17102
PA-US MDT

4172 WED 08/06 07:32    17102 1104-01
1501 N 6TH ST    HARRISBURG, PA
**PRIORITY OVERNIGHT**
**459-2011**
ETP 2    SP PO 188 Y    391002027162