# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,

v.

JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson

FILED
HARRISBURG, PA

AUG 1 2 2025

PER ___JA___
DEPUTY CLERK

# MOTION TO COMPEL FULL PRODUCTION

I, Joseph Garcia, pro se defendant, move to compel plaintiffs to produce the full documents requested under Rule 34 (Doc. 126, served July 22, 2025), as their partial production (condensed HRSS report, videos labeled "edited" by York County, no service logs or communications) is incomplete and violates Fed. R. Civ. P. 34(b)(2)(A). This motion complies with Doc. 141, addressing new issues, not pending motions (Docs. 116, 117).

1. **Incomplete and Edited Production**: Plaintiffs provided a condensed HRSS report (lacking full interviews, appendices) and videos labeled "edited" by York County (Exhibit Z, screenshots/clip showing labels, attached). The videos show no K9 engagement, biting, or confrontations—only people standing around—failing to support their allegations of abuse (Doc. 121, Exhibit C grievance). They also failed to produce service logs (Sweetgrass Legal Services), communications (e.g., with Matthew Clayberger), payment records, or unedited videos. The edited videos question authenticity (Fed. R. Evid. 901), hindering my defense of invalid service (Docs. 14-1, 35; Hritz v. Woma Corp., 732 F.2d 1178 (3d Cir. 1984)) and

no liability (Exhibit M, Rohbraugh letter clearing allegations; Exhibit S, CSAU1 LLC dissolution, October 12, 2023).

2. **Bad Faith Conduct**: Chavez-Freed refused service four times (Exhibit X, FedEx 391528302147, 12 delivery failures, filed with Doc. 145), and York County's RTK denial (Exhibit Y, attached) suggests plaintiffs possess but withheld the full HRSS report, indicating willful obstruction.

3. **Impact on Defense**: The incomplete, edited production prevents me from fully countering plaintiffs' hearsay (Doc. 121, Exhibits A-C) and supports my sanctions request (Doc. 145).

I request the Court order full production, including unedited videos and all requested documents, by August 15, 2025, and award costs ($150 for service attempts) under Fed. R. Civ. P. 37(a)(5)(A).

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

Phone: 307-797-8500

Email: jgarcia@kilo1k9.com

August 7, 2025

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2025, I served this Motion via USPS Certified Mail with tracking numbers [insert numbers] to:

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

**Enclosures**:

- Exhibit Y: York County RTK denial letter
- Exhibit Z: Screenshots/clip of videos labeled "edited" by York County
- Affidavit for Exhibit Z


