**Subject:** [Right-to-Know Records Center] R000269-072325 :: [REQUEST TYPE]:: R000269-072325
**Date:** Monday, August 4, 2025 at 6:58:07 PM Eastern Daylight Time
**From:** York County PA Open Records Office <yorkcountypa@govqa.us>
**To:** Joseph Garcia <JGarcia@kilo1k9.com>

# EXHIBIT - Y

--- Please respond above this line ---



**YORK COUNTY**
PENNSYLVANIA
Inspiring opportunity for a united community

RE: Reference # R000269-072325, Right to Know Request of July 23, 2025

Dear Joseph Garcia,

The County of York received a Right to Know Request from you on July 23, 2025. You requested the following information:

**"Pursuant to Pennsylvania's Right-to-Know Law (65 RS. § 67.101 et seq.), I, Joseph Garcia, request a copy of the "High Risk Security Shakedown" (HRSS) report, dated approximately June 2021, prepared by York County Prison's Internal Affairs and Security Division regarding the March 2021 shakedown at York County Prison. This report was referenced in court proceedings (Schwenk v. Garcia et al., Civil No. 1:21-cv-2079, U.S. District Court, Middle District of Pennsylvania, Doc. 102, May 21,2025, hearing) and is a public record relevant to my defense in this case.**

**Requested Records:**

**If any records are exempt, provide a written explanation per 65 RS. § 67.708. If fees apply, notify me in advance per 65 RS. § 67.1307. The full HRSS report, including any drafts, appendices, memoranda, or related documents (e.g., video footage, inmate statements) from the March 2021 shakedown. Any correspondence between York County Prison and plaintiffs' counsel (Alan E. Denenberg, Leticia C. Chavez-Freed) regarding the report or the shakedown."**

Please be advised that your request is denied as the requested record is exempt from disclosure as it relates to noncriminal investigations, in accordance with Section 708(b)(17) of the Right-to-Know Law, including "[c]omplaints submitted to an agency" and "[i]nvestigative materials, notes, correspondence and reports." See 65 P.S. §67.708(b)(17)(i-vi).

Additionally, the requested record is exempt from disclosure as it was prepared and maintained by the agency in connection with a public protection and safety preparedness activity that if disclosed would be reasonably likely to jeopardize or threaten personal security and public safety and protection activities of the County. See 65 P.S. §§ 67.708(b)(1)(ii) and 65 P.S. §§ 67.708(b)(2).

Further, with regard to your request for communications between counsel and York County Prison staff, the County performed a reasonable search and did not find any records.

Therefore, there are no documents that are responsive to your request in the County's possession or under its custody or control.  Moore vs. Office of Open Records, 992 A.2d 997, 909 (Pa. Cmwlth. Ct. 2010).  Pursuant to the Office of Open Records' final Decision in Jenkins vs. Pa. Dep't of State, OOR Dkt. AP 2009-065, it should be noted that: "It is not a denial of access when an agency does not possess records and [there is no] legal obligation to obtain them (see e.g. 65 P.S. §67.506(d)(1))."

You have the right to appeal any denial in writing to Office of Open Records, 333 Market Street, 16th Floor, Harrisburg, PA 17101-2234. Your appeal must be filed with the Office of Open Records within fifteen (15) business days of the date of this response.

Sincerely,

Jonelle Eshbach
Solicitor
Solicitor's Office

To monitor the progress or update this request please log into the <u>Right-to-Know Records Center</u>



Powered by
GovQA