**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**CHRISTOPHER LEE SCHWENK and KEITH DRUCK, Plaintiffs,**

v.

**JOSEPH GARCIA, et al., Defendants.**

Civil No. 1:21-cv-2079
Judge Jennifer P. Wilson

**AFFIDAVIT OF JOSEPH GARCIA FOR EXHIBIT Z**

I, Joseph Garcia, pro se defendant, declare under penalty of perjury:

1. Exhibit Z includes screenshots/photos and original USB drive with all videos from plaintiffs' Rule 34 production, received August 6, 2025 showing embedded labels stating "edited" by York County.

2. The videos depict no K9 engagement, biting, or confrontations, only people standing around, as captured on August 7, 2025, to verify their altered state and irrelevance to plaintiffs' claims (Doc. 121, Exhibit C).

3. I captured these to document the videos' condition as received, preserving the original USB drive.

Signed under penalty of perjury this 7th day of August, 2025, in Wise River, Montana.

/s/ Joseph Garcia
Joseph Garcia, Pro Se
62211 HWY 43, Wise River, MT 59762