# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,

v.

JOSEPH GARCIA, et al.,
Defendants.

FILED
HARRISBURG, PA

AUG 19 2025

PER _____
DEPUTY CLERK

**Civil No.** 1:21-cv-2079

Judge Jennifer P. Wilson

# MOTION TO COMPEL ADDITIONAL DISCOVERY

I, Joseph Garcia, pro se defendant, move to compel plaintiffs to produce all communications involving Alan E. Denenberg and/or Leticia C. Chavez-Freed with any non-party individuals or organizations with knowledge of the case from media or personal connections, including York Daily Record/York Dispatch (Dylan Segelbaum, Aimee Ambrose, Michael Argento, Matthew Enright), York County (commissioners' office, members), the Montana process server who served me on June 10, 2025, and related parties (e.g., Noah Barth), under Fed. R. Civ. P. 37 and 26(b)(1). This motion complies with Doc. 141, addressing new issues of bad faith and collusion, not pending motions (Docs. 116, 117).

1. **Incomplete Production**: Plaintiffs' Rule 34 response (Doc. 146, August 4, 2025) failed to produce emails (social media emails, encrypted apps, official emails, web-based emails like Gmail/Yahoo accounts), phone logs (personal phones, business phones, spouses' phones where texts/messages were sent), texts, social media posts, comments, or messages (X accounts, third-party communication devices, Facebook emails), and all process server logs, notes, communications, and the

complete receipt from the Montana process server who served me on June 10, 2025, including any discussions or instructions related to that service, with any non-party individuals or organizations with knowledge of the case from media or personal connections, including YDR/YD, York County, or related parties, despite their relevance to bad faith and collusion (Doc. 145 sanctions). I also request passwords to social media accounts if necessary to access relevant communications.

2. **Bad Faith Conduct**: Chavez-Freed's refusals to accept service (Doc. 142, FedEx 391528302147, 12 attempts; Doc. [149], 391921694094, returned August 15, 2025) and plaintiffs' reliance on unverified media (e.g., Segelbaum's 2021 article, York Daily Record, December 13, 2021) for the complaint (Doc. 1, false ownership paragraph 7) suggest coordination with media and others, hindering my defense (Exhibit I unawareness, Exhibit S dissolution October 12, 2023, Exhibit M Rohbraugh letter December 20, 2024, clearing allegations). Denenberg's quote ("To me, it's absolutely shocking that a prison would consider hiring Mr. Garcia and his company," York Daily Record, December 13, 2021) and Chavez-Freed's misleading claim of "quite a bit of footage" (York Dispatch, August 11, 2025) contradict their weak production (Doc. 146, edited videos showing no K9 engagement). Emails from Shawn Rohbraugh (February 23, 2022) and Matthew Clayberger via Rohbraugh (August 31, 2022) are hearsay, contain no case discussion, and are not proof of service (Fed. R. Evid. 801, Fed. R. Civ. P. 4(e)).

3. **Dyslexia Disclosure**: My lifelong dyslexia made reading laborious, supporting my unawareness of the case until May 1, 2025 (Exhibit I).

4. **Relief Sought**: Order production of all communications (emails, phone logs, texts, social media posts/comments/messages, process server logs/notes/receipts) from 2021-present by August 22, 2025, or sanctions. **To prevent deletion or alteration, I**

request a preservation order requiring plaintiffs to preserve all relevant records.

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

Phone: 307-797-8500

Email: jgarcia@kilo1k9.com

August 15, 2025


**CERTIFICATE OF SERVICE**

I certify that on August 15, 2025, I served this Motion via USPS Certified Mail with tracking numbers [insert numbers] to:

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

FedEx shipping label:

From: JOSEPH GARCIA, 62211 MT HIGHWAY 43, WISE RIVER, MT 59762, UNITED STATES US, (303) 797-8500

Ship Date: 15AUG25
Bill Credit Card
CAD: 6993847/SSFE2621

To: SYLVIA H RAMBO US COURTHOUSE
1501 NORTH 6TH ST
STE 101
HARRISBURG PA 17102
(111) 111-1111

TRK# 3921 7164 3839
MON – 18 AUG 10:30A
PRIORITY OVERNIGHT
XX MDTA
17102 PA-US MDT

RECEIVED HARRISBURG, PA
AUG 19 2025
PER _____ DEPUTY CLERK