# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson

**FILED**
HARRISBURG, PA

AUG 19 2025

PER _____JBC_____
DEPUTY CLERK

# NOTICE OF INTENT TO SUBPOENA NON-PARTIES

I, Joseph Garcia, pro se defendant, notify the Court of my intent to subpoena non-parties under Fed. R. Civ. P. 45 for communications relevant to plaintiffs' bad faith and collusion (Doc. 145 sanctions). This complies with Doc. 141, addressing new issues.

1. **Non-Parties**: York Daily Record/York Dispatch (Dylan Segelbaum, Aimee Ambrose, Michael Argento, Matthew Enright), the Montana process server (June 10, 2025 service), Noah Barth (Pennsylvania Prison Society), and their respective phone carriers, email providers (e.g., Google, Yahoo), and social media/app providers (e.g., Meta for Facebook/WhatsApp/Messenger, X Corp, Apple for FaceTime, Signal).

2. **Records Sought**: All communications, including but not limited to emails (official, web-based, social media, encrypted apps), phone logs (calls/texts from personal/business/spouses' phones), texts, instant/direct messages, social media posts/comments, video calls, cloud backups, and process server logs/notes/receipts related to this case from 2021-present, with affidavits of compliance and, if

withholding suspected, forensic imaging of devices/accounts (passwords if court-ordered, subject to Fifth Amendment).

3. **Purpose**: Newly uncovered evidence suggests coordination with plaintiffs' counsel (Denenberg, Chavez-Freed), as their reliance on unverified media (Segelbaum's 2021 article, Enright's 2021 articles) and weak production (Doc. 146) indicate bad faith. My dyslexia (Exhibit I) supports unawareness, exacerbated by substantial financial harm from negative media coverage preventing work opportunities.s

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

Phone: 307-797-8500

Email: jgarcia@kilo1k9.com

August 18, 2025

## CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I served this Notice via FED-EX to:

Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia