# Doc. 146, HRSS Report (YC0340)



# York County Prison

# Investigation

**Incident Description: High Risk Security Shakedown (HRSS)**

**Date of Incident:  31 March 2021**

**Location of Incident: South C and D Pods**

**Individual(s) Involved: Inmates, C-SAU Operators, Line Staff**

**Date Report Submitted: 9 September 2021**

**Report Status:  CONFIDENTIAL**

       **Shawn Rohrbaugh #178**
       **Intelligence Commander**



# Table of Contents

Item 1          Investigation Report

Item 2          Photo and report of Shank found is SD on 3/25/2021

Item 3          Photo and report of Shank given by inmate on 3/30/2021

Item 4          PREA Investigation concerning inmate claims during HRSS

Item 5          Photo of the Shank located in a mattress during HRSS on 3/30/2021

Item 6          Reports submitted by staff involved in the HRSS on 3/31/2021

Item 7          Report and photos about the feeding and seating of inmates in New Gym

Item 8          Photo of inmate having his restraints adjusted by a C-SAU Operator

Item 9          Interview Reports of inmate complaints



York County Prison

Item # 1

YC0342



# Investigation

**Date:**      **9 September 2021**

**Name:**      **Shawn Rohrbaugh – Intelligence Commander**

**Subject:**   **HRSS on 31 March 2021**

**Status: CONFIDENTIAL**


In mid to late March there was information brought forward by various inmates claiming there were several shanks in South Block. A shank is an object that can be fashioned from different materials such as metal, wood or plastic into a weapon for stabbing or slashing another inmate or corrections staff. On the 21st and 25th of March LT. Spahr conducted shakedowns on South Block and a shank was located on each search. On the 25th a shank was found in South D-Pod. After the shakedowns, information was received that there were still several shanks on the block that were missed during the searches.

On 30 March 2021, an inmate who was living in South Block D-Pod handed a Corrections Officer a sharpened metal object referred to in Corrections as a "Shank." This particular shank was fashioned from metal and is approximately seven inches in length which was sharpened to a point and honed to an edge down each side resembling the blade of a double edged knife (See attachment A). The inmate told the Officer that he found the shank in the mattress of his cellmate who was moved from the cell the day before. It is unknown what this shank was fashioned from but appears to be made from a piece of aluminum.

At this time the training academy for the newly created Correctional Special Applications Unit **(C-SAU)** was in week six of their eight week training schedule. Due to the ongoing issues with the reports of, and recovery of shanks or weapons in South Block, and the deadly nature of the shank that was given to Corrections staff, it was decided to have the C-SAU conduct a High Risk Security Shakedown **(HRSS)** in South D and C-Pods on the morning of the 31st of March. The reason for including C-Pod in the search is that C and D pods share a common fire floor on both the upper and lower tiers and items can be passed underneath.

In the early hours of the 31st of March the C-SAU staff was assembled in the Work Release facility and briefed. They then assembled the necessary equipment and moved to the main prison to conduct the HRSS. It must be noted that this search was **not** conducted as a **"Training exercise."** Additionally, it was believed that there was a possibility that another shank was present in South D-pod.

At approximately 06:38 Hrs. The C-SAU entered South Block and immediately entered South D-Pod. Once in D-Pod, SAU operators lined up in front of the cells and gave orders for the inmates remain on their bunks. While confirming with the inmates that they were awake and going to remain on their bunks, an inmate in cell #15 became argumentative and refused orders by staff. At this time all cell doors were closed and STL Garcia approached cell #15 and made contact with the inmate and issued orders to the inmate. After a few orders this inmate hesitantly complied, the cell door was opened and an operator was going to go in the cell to secure this inmate in restraints. For officer safety, the K9 was sent into the cell and ordered to lay on the bunk beside the inmate who was kneeling on the floor. The K9 did not lay on the inmate as the inmate claims but on the bunk facing his handler. At no time did the K9 bark or growl at this inmate. This inmate was removed from the cell without incident and escorted to medical and subsequently placed on pre-disciplinary status pending a hearing by the Disciplinary Hearing Committee (See HRSS- 2B, HRSS-1B and HRSS-8). This inmate made a PREA claim that his boxer shorts kept falling down and that he felt he was made to get naked but was not searched. After the inmate was removed from the pod STL Garcia addressed the remaining inmates in South D-Pod concerning what was happening at the moment and what was expected from the inmates. STL Garcia informed South D-Pod that, *"This is a High Risk Security Shakedown."* The inmates were told not to come off of their bunks and that if they did come off of their bunks, *"That will be considered a threat and the necessary options will be used, am I making myself clear?"* After this statement STL Garcia told the operators to make sure the people in their cells understand the orders. This was done to confirm that all inmates understood what was expected and that they understood what they were told. The operators then indicated with a "thumbs up" confirming the orders were understood by the inmates (See HRSS-4). It should be noted that the K9 was quietly laying on a table observing the handler. After the inmates were addressed and it was confirmed that they understood what was expected, the inmates were told to take their uniforms off down to their boxers. Once this was completed, if the cell housed more than one inmate, one of the inmates was removed from the cell and was assisted to the floor to sit in front of a wall so that the remaining inmate could be strip-searched privately. Once the inmate was strip-searched and cleared, that inmate was removed from the cell and sat in the dayroom facing a wall so they could not view into the cell area. The first inmate removed from the cell was then assisted to their feet and placed back into their cell where they were strip-searched and cleared. This completed the strip searches of the inmates. It should be noted that if any inmate presented a valid issue an accommodation was made. For example, one inmate was extremely cold and shivering, he was taken to his cell where his T-Shirt was located and given to him to put on (See HRSS- 7). Another inmate became problematic by failing to follow orders, and was removed from the dayroom. This inmate was taken to medical to be cleared for segregation and placed on pre-hearing status until he had his hearing by the disciplinary hearing committee. This inmate claims that he was escorted to medical in his boxer shorts while his genitals were exposed. The two PREA claims were investigated by the PREA Lieutenant. The PREA Lieutenant's conclusion was that both of these claims are unfounded. (See attached)

After this inmate was removed, the remaining inmates were issued a new uniform and lined up in the South Hallway to be escorted to the New Gym where they would remain until the completion of the search. The inmates were issued a new mask and given direction by STL Garcia prior to leaving out of the block in route to the New Gym (See HRSS-9). HRSS-9 does not have sound but the audio for this portion was captured on HRSS-1. Prior to leaving the block STL Garcia informed the inmates the following: *"don't step out of line, look straight ahead my dog is active, am I making myself clear?"* Each inmate was asked if they understood the order prior to leaving the block.

Once in the New Gym the inmates, who were cuffed behind the back, were placed facing the wall and spread out, due to COVID-19 guidelines. Those inmates who failed to have their armbands secured to their wrists were separated and moved to another wall to be identified and have new armband created for them. The inmates then had their restraints moved from the back to the front and were seated on the floor

YC0344

**(See HRSS-9).** STL Garcia then advises the inmates to turn around and face the wall and not to attempt to communicate until *"I find what I'm looking for."* The inmates were advised that they may stretch out or sit Indian style but they were not to communicate **(See HRSS-5).**

After the inmates of South D-Pod were all in the New Gym and seated on the floor, 2 SAU operators remained in the New Gym while the rest returned to South Block to go through the same process with the inmates of South C-Pod.

At approx. 07:38 Hrs. the C-SAU entered South C-Pod in the same relative fashion as they did in D-Pod. Operators lined up in front of the cells. STL Garcia advised all inmates of the following as a warning: *"You have an operator in front of you, he is fully loaded with <u>less lethal options</u> and we have an active K9 here. Do not make any threatening gestures toward the operators or the necessary force will be used."*

The inmates in C-Pod were then strip searched in the same fashion as D-pod and seated in the dayroom. The inmates were issued a new uniform and secured in wrist restraints behind their backs. A head count was conducted prior to leaving C-pod and masks were adjusted or tied as needed. Prior to leaving the pod to be escorted to the New Gym STL Garcia introduced himself and addressed the inmates concerning their travel in the hall way, *"These men are fully armed , I got an active K9, you're going to move down the hall, the right side of the hall. Do not get out of line, stay in contact with the man in front of you about two feet in front of him, am I making myself clear."* At this time none of the inmates respond to STL Garcia, he raises his voice and informs them that he will take their privileges and again asks if he is making himself clear and the inmates respond with a yes. STL Garcia then explains to the inmates they are moving to the gym and the camera cuts off. It should be noted that STL Garcia states to the inmates that the men, meaning C-SAU, are fully armed. However it was made clear to the inmates when their cell doors opened prior to the strip searches that they are **fully loaded with less lethal options.**

The South C-Pod inmates were escorted to the New Gym and entered at approx. 08:04 Hrs. These inmates were stood facing the wall while their wrist restraints were moved from the back to the front. All inmates were then seated in the gym facing the wall. If any inmate had a documented medical condition, and it was necessary to do so, the inmates were offered a chair to sit in **(See HRSS-K9).** Breakfast trays arrived and an officer delivered them to the inmates. If at any point an inmate needed his cuffs adjusted to be able to eat or for comfort the request was honored **(See HRSS-2).** After the inmates finished eating, the trays were collected to be washed for the next meal. South C and D inmates remained seated in the New Gym until both of their respective pod searches were completed. All inmates were permitted to use the toilet if necessary at any time while they were being held in the New Gym.

After all of the inmates housed in South C and D Pods were searched and secured in the New Gym, the unit with the exception of two operators who remained in the gym for security returned to South Block. Once back in the block it was learned that the inmates in South B-Pod were becoming argumentative and the unit went into the pod to address them to remain calm and that they would be allowed out of their cells after the shakedown was completed. One inmate housed on the upper tier started making threats toward staff so he was removed from his cell without incident and was placed on pre-hearing status pending review by the disciplinary hearing committee. Another inmate on the top tier became argumentative and was removed from his cell without incident but calmed down after he was addressed away from his peers. He was returned to his cell with no further issues **(See HRSS-3B).**

After South B-Pod calmed down, the C-SAU entered South D-Pod and initiated the cell searches. Operators utilized searching tools, flashlights and the Cellsense metal detectors. The nuisance trash was removed from the cells and disposed of. At approx. 09:47 Hrs. an operator located a shank hidden inside

a mattress. This shank is an unyielding metal rod approximately five inches in length. The shank was placed inside an evidence bag. The remainder of the pod was searched but no other shank or weapon was found. Once D-Pod was completely searched the operators went to C-Pod and initiated the cell searches in the same relative fashion. In this pod, only nuisance contraband and trash was located.

After the completion of the search the C-SAU returned to the New Gym. The restraints were removed from the inmate and they were escorted back to their housing units. First C-Pod returned followed by D-Pod **(See HRSS-3)**. This concluded the High Risk Security Shakedown of South C and D pods.

**\*\*\*Note\*\*\***

**This event was recorded on the Prison DVR system and the shoulder mounted MOHOC cameras worn by the operators and the K9. The Prison DVR system captured the event from start to finish. The MOHOC cameras though did not provide thorough coverage. It is unclear as to why there is gaps in coverage, both video and sound. Possibilities include operator error, system malfunctions or insufficient battery life. I know that since the search on 31 March there have been other issues associated with formatting that have since been corrected. The video footage referenced is the only available MOHOC documentation that exists.**

The HRSS conducted on 31 March 2021 was a safe and successful event. No operator or inmate was injured. All orders to the inmates were loud, clear and the inmates acknowledged they understood them. Only a few disciplinary issues arose that were taken care of quickly and without incident. No one was tased and no less lethal audible or kinetic options were deployed. The search produced the confiscation of a serious and dangerous homemade weapon or "Shank," that was hidden inside a mattress. This weapon could have been used to seriously injure or kill an inmate or staff member.

After the search several complaints were received or broadcast by inmates housed in the search area such as:

- **The inmates were made to stand facing a wall for 5 hours.**
  - ◆ The inmates were taken to the New Gym, their cuffs were moved from the back to the front and they were assisted to the floor where they sat. If needed they were placed in a chair. The first group was seated within approx. six minutes after arriving in the gym **(See HRSS – 2, 5, K9 and**
- **The inmates were lined up execution style.**
  - ◆ The only time the inmates were lined up was in the hallway prior to leaving the Block to go to the New Gym, and walking single file down the corridor to the New Gym. And when returning to the Block **(See Prison DVR,HRSS- 1 )**
- **Operators aimed their Kinetic Energy Delivery System (KEDS) at inmates.**
  - ◆ At no point in any video documentation was this observed. And no staff member that was present in any area (New Gym or Block) documented that they witnessed this action. **(See MOHOC, Prison DVR and Staff Reports**
- **STL Garcia stated "Ready Aim!"**
  - ◆ 23 staff members were present at various locations during the HRSS and all have written a report. All have stated they did not witness anyone threaten to shoot anyone with the KEDS or make any unprofessional comments. **(See Staff reports MOHOC with Audio)**

- **The handcuffs were too tight and the operators refused to loosen them.**
  - This is false. Operators can be seen adjusting and loosening handcuffs when requested. **(See HRSS-2)**
- **The inmates did not eat.**
  - An officer brought a food cart to the New Gym where the inmates were fed. Some inmates refused their meal. **(See HRSS-2)**
- **The dog put his weight on me. Was used to intimidate.**
  - This is false, in this case the K9 entered a cell and laid on a bunk facing the handler. At no point in the search did the K9 bark or growl or lean against any inmate.
- **There was sexual abuse or misconduct.**
  - All PREA complaints were investigated by the PREA Lieutenant and the complaints were deemed to be unfounded. **(See PREA Report)**

CDR _Shaun R_ #178
9/9/2021

YC0347



# York County Prison

# Item # 2

YC0348



Shank located in the South D-Pod upper shower on 3/25/2021

YC0349

## YORK COUNTY PRISON

## OFFICERS DAILY REPORT

Officers Name: Lieutenant Ryan Spahr #732

Date of Report: 3/25/2021

Offense or Subject Being Reported: Shake Down South Block D-Pod

Date of Incident: 3/25/2021

Time of incident: Approximately 8:00 PM To 9:20PM

Who Involved: South Block D-Pod Inmates

Where it Happened (Be Specific): South Block D-Pod

On 3/25/2021 this Lieutenant Ryan Spahr #732 was told a by Shift Commander Lawrence that a shakedown was needed to be conducted in South Block D-Pod. The following staff were assembled Sgt Kyle Haskins #1139, Sgt Jose Bermudez-Medina #1171, Officer Steven Zrinski #1018, Officer Blake Dellinger #1288, Officer Malcolm Schroeder #1058, Officer Melvin Stinchcomb #1146, Officer James Sprenkle #961.

The Shake Down was done at 8:15 PM to 9:20 PM and a sharpened object was found in the South Block D-Pod. All Inmates were strip searched and moved to the day room while the above listed officers conducted the search. This may be viewed on BWC # 26. No further incident to report.

Officer's Signature: LT Ryan V Spahr #732
Ryan Spahr #732

This report to submitted to and commented or acted upon, by the Supervisor before forwarding to the Warden.
Supervisor's Comments: *Requested by intelligence department*
This form **NOT** to be used for reporting incidents **requiring disciplinary acts**. Use the Y.C.P. form #112 "Disciplinary Report" for all known violations that may require disciplinary action.

form #110

3/25/21

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: BLAKE DELLINGER                                    Badge #: 1288

Offence or Subject Being Reported: SITUATION REPORT

Date of Report: 03-25-2021    Date of Incident: 03-25-2021    Time of Incident: Approx: 2045

Place of Incident (Be Specific): SOUTH BLOCK   D-POD

Who Involved:(Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other)

N/A

**What happened and how, if known:      (This space may also be used for reporting General Daily Duties)**

AT THE ABOVE DATE AND APPROXIMATE TIME THIS OFFICER, DELLINGER #1288, WAS ASSISTING IN SHAKING DOWN THE ABOVE PLACE OF INCIDENT WHEN THIS OFFICER DISCOVERED A SHARPENED INSTRUMENT AT THE UPSTAIRS SHOWER. THE INSTRUMENT WAS GIVEN TO THE AREA LIEUTENANT, END OF REPORT.

Officers Signature: _Butte Dwinger_   #1288

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:**

Supervisors Comments: Forward for Review   See Attached for pictures.  LT. Ryan (?) Spak #78

**This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form (DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.**

**FORM # 110**



York County Prison

Item # 3



Shank handed out of South D-Pod
By an inmate on 30 March 2021

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:** Lt. Michael Guerin 361

**Date of Report:** 3-30-2021

**Offense or Subject Being Reported:** Weapon Surrendered

**Date of Incident:** 3-30-2021

**Time of Incident:** approx. 1:20pm

**Who Involved:** Inmate Latta, Dana 187510

**Place of Incident (Be Specific):** South Block

**What happened and how, if known:**
(This space may be used for reporting General Daily Duties also)

I received a call from Sgt. Brandon Hengst who was in South Block for Dayshift overtime. Sgt. Hengst stated he was approached by inmate Latta in the hallway and after talking, inmate handed him a metal shank (see attached photocopy). Sgt. Hengst secured the object in the South Booth and called me. Sgt. Hengst said inmate Latta found it in a mattress of his cellmate that was moved yesterday. The inmate he was talking about is inmate Pena-Villanueva, Brian 243923 who I removed the day before after he and two others in the pod had been caught hoarding their Subutex medication. Inmate Pena-Villanueva was relocated yesterday to IDB-8B on Pre-Hearing Confinement.

When I reached South block, Officer David Lookingbill handed me the weapon. The weapon was made from a light piece of aluminum and sharpened to a sharp edge and point and is about 7 ¼ inches in length. I removed the weapon from the block and spoke with Commander Rudd and took it to Maintenance to show Lt. Shawn Purdy to possibly identify where it may have come from in the building. I then took the weapon to Commander Rohrbaugh in Intelligence to evaluate. I asked if possibly he could check correspondences from inmate Pena-Villanueva to see if he had possibly communicated to anyone about it. I then made photocopies of the weapon and placed it in the Commander's office for safe keeping.

At approx. 3:10pm, I had inmate Latta come down to the Lieutenant's Office. I asked what he knew about the weapon. Inmate stated he didn't know about the weapon until an inmate came in the

YC0354

cell on 3-29-2021 in the afternoon looking through the mattresses. Inmate Latta asked the inmate what he was looking for. Inmate stated the inmate stated he had communicated with inmate Pena through messages on the tablet. I asked who the inmate was and he stated Morales, Hector SD-9A 244710. I asked Latta if he knew the weapon was in the cell; he stated that he did not, but he identified it as the same kind of aluminum material of a weapon found in the shower in a shakedown the week before. Latta stated he found a slit in Pena's old mattress and put his hand in thinking there was Subutex in there. He stated he felt the tip of the blade and pulled it out. I asked if he knew where it came from and he stated he thought it may have come from a plate behind the shower knob but stated he felt it did not come from his pod. I also asked if inmate Pena had ever threatened anyone with it; he stated no that he had never heard Pena threaten anyone. I thanked Latta for coming forward and asked him if he still felt comfortable in the pod, inmate stated he didn't having problems going back to the pod and he returned with Sgt. Hengst. All information will be forwarded for further investigation and disciplinary action.

Officer's Signature: _____

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.

Supervisor's Comments: _Sent to Intelligence per a conversation_ _with LT. Green._

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

**FORM #110**

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: _Sgt Brandon Hengst_    Badge #: _1181_

Offence or Subject Being Reported: _Shank found by I/m Latta_

Date of Report: _3.30.21_    Date of Incident: _3.30.21_    Time of Incident: _1120am_

Place of Incident (Be Specific): _South Block Counselor Office_

Who Involved: (Any inmate should be designated with r (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other):

_I/m Latta, Dana #187510_

What happened and how, if known:    (This space may also be used for reporting General Daily Duties)

ON ABOVE DATE AND APPROXIMENT TIME I SGT HENGST PULLED I/M LATTA TO THE

COUNSELOR OFFICE BECAUSE HE WANTED TO SPEAK TO ME. I/M LATTA STATED

"SOMEONE WAS IN MY CELL LOOKING FOR SOMETHING. I ASKED WHAT HE WAS

LOOKING FOR. I/M LATTA PULLED OUT OF HIS LEFT SOCK A METAL PIECE WHAT LOOKED

LIKE A SHANK. I ASKED WHERE THE SHANK WAS HE STATED INSIDE OF THE

MATTRESS OF THE GUY THAT WENT TO THE HOLE. LT GARTH WAS NOTIFIED OF THE FINDINGS

Officers Signature: _Sgt BH    1181_
This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:
Supervisors Comments:

_Forward for review._    _31_

This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form
(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

## FORM #110

YC0356



YC0357



## York County Prison

## Item # 4

YC0358



# **Investigation**

**Date: 4/27/2021**

**Name:** Lt. Edward P. White #636

**Subject:** P-040121M

On April 1st, 2021 a Prison Rape Elimination Act (PREA) investigation was initiated based on an oral complaint made by two inmates. Inmate ▮▮▮▮▮ and Inmate ▮▮▮▮▮ allege that they were subjected to voyeuristic conditions while a High Risk Security Search of their housing unit was performed by the Corrections-Special Application Unit. Lieutenant Daniel Strebig #526 was contacted by the first responder, Correctional Officer David Press #1277 in order to conduct the initial investigation. Both inmates were interviewed and written statements were collected. They were then tasked to be seen by Medical and Mental Health. Since their reports did not mention who specifically committed the acts described, no separations were initiated. They were then offered Protective Custody on April 2nd by Lieutenant Richard Hodorovic #491, which they both refused.



In his statement, ▮▮▮▮▮ details that the C-SAU team entered his pod to perform a shakedown. He was strip searched, then instructed to put on his boxer shorts. Once this was complete he was secured with handcuffs behind his back and instructed to sit "in the dayroom on the floor." A direct order was then issued by the Commander, whom he does not identify, and when ▮▮▮▮▮ was asked if he heard the direction, he stated "no sir I did not hear what you said." The commander then ordered another member (also unidentified) of the team to take him to "the hole," at which time the team member allegedly "hesitated." The Commander then ordered the officer to "take that ugly scum to the hole," referring to ▮▮▮▮▮ He reports that he was then walked through the institution in his boxers, during which his "genitals came out of my boxer shorts hole multiple times." When he entered Medical for his segregation clearance, he walked in front of female staff as well as "roughly 15 inmates," which made him feel "humiliated." He was then escorted to Delta Block once he was medically cleared.

The statement submitted by Inmate ▮▮▮▮▮ reads similarly. When the team entered the pod, he reports seeing the "K-9," which triggered his "greete feare of dogs." He also references the "Commander" of the team, and claims that he "put tayzer beams on my back" and was "yelling in my face." He claims that the Commander ordered him to "strip down to my under ware witch I did." Leg shackles and handcuffs were then placed on him, along with a spit mask, and he was transported to medical. He claims that his "boxer short kept sliding down" while he was walking the hallways. When he arrived in Medical, he reports that female nurses were "looking at me half n ked." He also alleges that the hand restraints were too tight for the nurse to get an accurate blood pressure reading, which nothing was done about. He then claims that his strip search was conducted on camera, and that they "did not even search me just got naked." This experience reportedly left him feeling disrespected and belittled, he asks "why did they have to strip me

YC0359

down naked to got to the whole?" He clo██s his statement by adding that he was not given the opportunity to wear a mask "in this covid-positive prison."

Disciplinary reports were issued to both inmates as a result of this incident. Inmate ████ was written up for interfering with staff and refusing orders. The body of the report indicates that he refused to follow the orders of the SAU team during a High Security Search, and was removed from the pod. When he was questioned by Lieutenant ██████████████, he denied hearing the orders issued. Inmate ████ was disciplined for the same charges, and his report indicates that he requested the team "just take me to the hole." He refused to follow the orders given, and was subsequently placed in hand restraints and removed from the pod. According to Lt. ██████, "████ admits guilt via SAU camera 1 footage." When he was cleared for segregation by the Medical Department, he informed nursing staff that "the dog put his weight on him."

DVR surveillance of the pod was then reviewed by this investigator. The following is a summary of significant events noted:

- 6:38:45 – The SAU team enters South D-Pod as the cell doors open. They proceed to the bottom tier of the pod and issue directives to the inmates as they are in their cells. Inmate ████ is viewed getting out of his bed at 6:39:15. He looks out the door of his cell, and sits back down on his bed, lying down again at 6:40.24. He is wearing sweatpants and is shirtless.
- 6:41:45 – Lt. ██████ shines his flashlight into Inmate ████ cell. The cell doors are secured, and Lt. ██████ responds to ████ cell with Senior Team Leader Joseph Garcia and the K-9 at 6:42:38. Garcia issues orders to ████ through the cell window, and is joined by Correctional Officer ██████.
- 6:43:58 – The cell door is opened, and ████ is visible inside wearing shorts. STL Garcia can be observed pointing his Taser at Murray. Murray is ordered to the floor and complies. Staff then enter the cell and secure restraints on the inmate, as the K-9 enters the cell at 6:44:30 and begins searching. The K-9 exits the cell at 6:45:22.
- 6:46:05 – ████ is removed from the cell by ██████ and ████. He is secured in restraints with a spit hood covering his head. He is escorted out of the block at 6:46:58 by Correctional Officer ██████.
- 6:46:54 – Staff assemble in front of the cells doors on the lower tier of South D-Pod. The cell doors are then opened. The inmates are searched, secured with hand restraints behind their back, and ordered to sit on the floor outside their cells. The inmates are then escorted to the dayroom and ordered to either sit on the floor or to kneel on the benches. Inmate ████ is viewed on the floor between the two tables in front of the pod windows. The staff present place all the inmates from the lower tier in the dayroom, then repeat the process on the top tier at 6:55:16.
- 6:48:25 – ████ is escorted into the Medical Department. There are eight inmates in the area participating in the subutex progr██m, as well as various correctional and nursing staff. ████ is immediately escorted into the treatment room for his segregation clearance.
- 6:51:44 – The segregation clearance is completed, and ████ is escorted out of the treatment room. He is escorted directly to Delta Block, and enters at 6:55:00. He is escorted into Delta B-Pod where his leg restraints are removed. He is then secured in the shower area, and the hand restraints are removed at 6:57:18. Deremer then exits the pod and returns to South Block. At no time during his transport from South D-Pod to Delta Block do Inmate ████ shorts appear to fall and expose any part of his buttocks or genitals.
- 7:00:13 – Once all of the inmates are secured in the dayroom, staff returns to the top tier as STL Garcia issues orders to them. Garcia then begins addressing the inmates individually at 7:00:55. As he speaks to each inmate, he can be seen shining his flashlight on them to make them aware

that he is speaking to them, since they are all facing away from the team. █████ is addressed, and Correctional Officer ████████ escorts him out of the pod. As they exit, C/O ████████ returns to the area and assumes control of the escort.

- 7:02:53 – █████ and █████ enter the Medical Department. There are six inmates present as well as staff. He is immediately escorted into the treatment room for his segregation clearance.
- 7:05:29 – With his segregation clearance completed, Inmate █████ is escorted to Delta Block. They proceed directly to the unit, entering at 7:07:27. █████ is then escorted to the secure shower on the upper tier, and his hand restraints are removed at 7:08:39. █████ then exits the pod and returns to South Block.

Once the staff involved were positively identified, reports were requested from them. STL Garcia documents that Inmate █████ "disobeyed several orders to remain seated and facing the wall." Direct orders were issued to the entire pod, and when asked if he understood "Inmate █████ maliciously responded 'no'." The inmate was issued a Disciplinary Report for "his continued failure to follow orders, and interference with the HRSS." Garcia denies making the comment to "take that ugly scum to the hole." C/O █████ documents that while escorting Inmate █████, he "made no comment to this officer, other staff (including medical staff) or other inmates about his genitals 'coming out of my boxer shorts.'"

It should be noted that this search was being conducted in response to several homemade prison weapons, or "shanks," being discovered in this unit in the days prior. This unit also contains individuals receiving subutex treatments, which have been increasingly concealed and used as currency in illicit dealings. Weapons were discovered on March 25th and March 30th. A shank was also found during this search. This search was performed in order to ensure the safety of the inmates and staff in the area, as well as maintain the security of the institution. Allowing the inmates to retrieve belongings from the cell would offer the opportunity to conceal and transfer contraband to other areas of the facility. Inmate █████ was strip searched in accordance with policy, and his claim that his shorts were sliding down was disproved through the use of the DVR system. Additionally, he was wearing gym shorts, not boxers as he described in his statement. Inmate █████ disruptive behavior led to his removal from the unit, and he again was not allowed to retrieve his belongings as he was already secured and the possibility of contraband being present. Due to the emergent nature of the search coupled with the threat to the institution, these claims are **UNFOUNDED.**



York County Prison

Item # 5

# YORK COUNTY PRISON

### DISCIPLINARY REPORT ☑
### ADMINISTRATION SEGREGATION ☐

INMATE'S NAME **Morris, Bryan**                POUCH # **134083**

INMATE'S HOUSING UNIT **SD-12B**    DATE OF INCIDENT **3/31/2021**  TIME OF INCIDENT **Approx 0857**

LOCATION OF INCIDENT            **SD-12 Cell**

### CHARGES

CHARGE 1 **Possession of a sharpened instrument**        CODE **104**

CHARGE 2 **Any act that could endanger a person**        CODE **223**

CHARGE 3 **Possession or Knowledge of hard contraband**     CODE **224**

CHARGE 4 **Possession of items not authorized for receipt**  CODE **305**

CHARGE 5 _____  CODE _____

### DESCRIPTION OF INCIDENT

On the above date while conducting a high security search in SD-POD. 1 SAU Operator Bush, Eric #1132 did locate a sharpened insturment/shank inside of Inmate Morris, Bryan # 134083 SD-12B's mattress. The mattress was ripped open after it was slid through the metal detector and it set it off. End of report.

_____

Signature of Officer preparing report

**Eric Bush SAU 1132**

Print first and last Name, Clock # of reporting officer

**27 April 2021**

Date report was prepared

**0957**

Time report was prepared

Form DR-1

Page 1 of 2

YC0363

# YORK COUNTY PRISON

## SUPERVISOR'S INVESTIGATIVE REPORT

INMATE'S NAME _Bryan Morris_       POUCH # _134083_

### Other individuals present during incident

Staff / Inmate _SGT ERIC BUSH_

Staff / Inmate _____

Staff / Inmate _____

### DESCRIPTION OF INVESTIGATION

_INMATE MORRIS DENIED ANY KNOWLEDGE OF THE SHANK FOUND IN HIS MATTRESS._

_DURING INVESTIGATION I/M MORRIS CLAIMED THAT WHEN HE RECEIVED THE MATTRESS_

_UPON HIS ARRIVAL IN SOUTH D-POD, THAT IT HAD ALREADY BEEN ALTERED (SEWN)_

_I/M MORRIS FURTHER ALLEGED THAT HE HAD ASKED SGT. BUSH TO EXCHANGE THE_

_MATTRESS FOR THIS REASON. SGT BUSH CONTRADICTED THIS CLAIM AND ADVISED_

_THAT I/M MORRIS HAD ONLY REQUESTED A SECOND MATTRESS, DUE TO THE FACT_

_I/M MORRIS HAD BEEN IN POSSESSION OF THE MATTRESS IN QUESTION SINCE_

_NOVEMBER 18TH 2020 AND HIS DECEPTION DURING QUESTIONING, IT WAS_

_DETERMINED THE SHANK CONTAINED WITHIN WAS HIS OWN_

☐ EBID    ☐ OC    ☐ Suicide Attempt    ☐ Deadly Force       ☐ Hospital Transports

☐ ERC    ☐ Taser    ☐ Suicide         ☐ Sexual Assault

☐ ERB    ☐ Use of Force ☐ Death     ☐ Alleged Sexual Assault    ☐ All Reports are attached

☐ Additional reports to be submitted (Explain): _____

LT _[signature]_ #716            _4-15-2021_
**Signature and Title of Investigating Supervisor**      Date report was prepared

LT _JOSEPH JOHNSTON_ #716         _10:00_
**Print first and last Name, Clock # of Investigating Supervisor**      Time report was prepared

A copy of this investigative report was delivered to the inmate on:    (Date and Time) _4/27/21_   _4:35PM_

_[signature]_               _SS #792_
**Inmate's Signature**        Initials and Clock# of Officer delivering copy to inmate

Form DR-1

YC0364

# YORK COUNTY PRISON
## NOTIFICATION OF HEARING
## AND
## REQUEST FOR WITNESS AND/OR STAFF REPRESENTATION

Inmate Name & Pouch #  _Bryan Morris # 134083_

Approx. Hearing Date  _TBD_            Approx. Hearing Time_TBD_

### NOTICE TO INMATE:

YOUR HEARING WILL BE CONDUCTED WITHIN APPROXIMATELY SEVEN (7) WORKING DAYS FROM THE DATE OF YOUR DISCIPLINARY REPORT OR AT THE CONCLUSION OF THE INVESTIGATION. THIS IS EXCLUDING WEEKENDS AND HOLIDAYS. YOU HAVE THE RIGHT TO BE PRESENT AT YOUR HEARING AND/OR TO HAVE WITNESSES INTERVIEWED IN YOUR BEHALF. IF YOU DO HAVE WITNESSES, PLEASE COMPLETE THIS FORM AND RETURN IT TO THE HEARING COUNSELOR NO LATER THAN 9AM OF THE FIRST WORKING DAY AFTER YOU RECEIVE YOUR NOTIFICATION OF HEARING.

( ) I request an inmate witness to be interviewed as indicated below. (*NO MORE THAN THREE (3) INMATE WITNESSES WILL BE INTERVIEWED*)

( ) I request a staff representative. -- Name of staff member:_____

( ) I do not request any inmate witnesses or staff representation.

*If you are requesting an inmate witness to be interviewed, you must state the relevance and the importance of the testimony the witness will supply. Staff representation will not act as an Attorney during your hearing and will offer no legal advice. Staff also will not request a verdict and will not influence the decision of the Disciplinary Hearing Committee. Staff representatives may only vouch for your work performance and provide any other factual information with regard to the specific infraction.*

List the names of the inmate witnesses and the information they are expected to provide.

1. _____

_____

_____

2. _____

_____

_____

3. _____

_____


_____            _4-22-24_

**INMATE SIGNATURE**                              DATE

_____            _____

WITNESS SIGNATURE (if inmate refuses to sign)        DATE

**FORM DR-2**

YC0365



Shank located on north D-Pod during a HRSS conducted by C-SAU on 31 March 2021 inside a mattress

YC0366



York County Prison

Item # 6

YC0367

# YORK COUNTY PRISON
# OFFICERS DAILY REPORT

**Officer's Name:** Shawn Rohrbaugh

**Date of Report:** 9/9/2021

**Offense or Subject Being Reported:** HRSS

**Date of Incident:** 03/31/2021

**Time of Incident:** 06:38 AM

**Who Involved:** Inmate , Staff

**Place of Incident (Be Specific):** South C and D Pods

---

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On 3/31/2021 a high Risk Security Shakedown was conducted in South C and D Pods. This search was conducted with the utmost professionalism. At no point did I witness anyone point a KEDS at anyone nor did I hear a threat made to shoot anyone. I heard no foul or vulgar language or any belittlement of any inmate.

**Officer's Signature:** _Shawn R #128_

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.**
**Supervisor's Comments:** *Forward to the Warden's Office for Review.*

---

**This form is NOT to be used for reporting incidents requiring DISCIPLINARY ACTION. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.**

**FORM #110**

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:** LT Anthony Machulez #1130

**Date of Report** 09/03/2021

**Offense or Subject Being Reported:** After Action Report

**Date of Incident:** 03/31/2021

**Time of Incident:** 2015 (approximately)

**Who Involved:** Various Inmates and Staff

**Place of Incident (Be Specific):** South Block C and D pods

---

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approximate time, while conducting a High Risk Security Search (HRSS) with the Corrections Special Applications Unit (C-SAU), this reporting Supervisor did not personally, nor see any operators assigned to the HRSS point a Kinetic Energy Delivery System (KEDS) at any inmate throughout the entire HRSS. Nor did this reporting Supervisor personally or witness anyone threaten to shoot any inmate during this evolution.

This reporting Supervisor did not personally, nor witness anyone else carry themselves in any sort of unprofessional manner, nor witness any inmates being cussed at or belittled by anyone. This evolution was completely safe and professional from start to finish.

Nothing further to report at this time.

**Officer's Signature:** _Lt. Anthony Machulez_

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.

**Supervisor's Comments:**

---

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

## FORM #110

# YORK COUNTY PRISON
## OFFICER'S DAILY REPORT

**Officer's Name** Shawn Sheckard

**Date of Report** 30 AUG 2021

**Offense or Subject Being Reported** HRSS Questionnaire

**Date of Incident:** 31 MAR 2021

**Time of Incident:** Approximately 0700 Hrs

**Who Involved:** Inmates housed in South Block C & D pods on the above listed date.

**Place of Incident (Be Specific):** South Block, C & D pods.

**What happened and how, if known:**
(This space may be used for reporting **General Daily Duties** also)

The daily report is being submitted in response to questions asked regarding the High Risk Security Shakedown (HRSS) conducted on 31 MAR 2021.

In response to question number 1, at no time did I witness any member of SAU (to include myself) point a Kinetic Energy Delivery System at any inmate during this operation. SAU operators are trained and adhere to strict weapons handling safety rules which include never pointing a weapon at anything you're not intending to shoot.

In response to question number 2, at no time did I witness any member of SAU (to include myself) cuss at, or belittle any inmate during this operation. SAU operators are extensively trained not to cuss at or demean inmates. SAU operators are trained to act professionally at all times and the acts of cussing at or belittling inmates demonstrates lack of professionalism and can hinder a mutually respectful rapport with an inmate.

In response to question number 3, at no time did I witness or hear any SAU operator (to include myself) threaten to shoot any inmate with any weapon at any time during this operation.

In response to question number 4, at no time did I witness any SAU operator (to include myself) or any York County Prison staff member treat any inmate in an unprofessional manner.

It should be noted that this operation was one of SAU'S first "real world" operations inside the prison where there was a credible threat of weapons which could be used to harm staff or other inmates. With that being said, SAU understood the importance of making a good first impression with both inmates and fellow staff members. As a result, SAU operators took the utmost care to display a highly trained team of professional operators who were firm, consistent and fair.

**Officer's Signature:**

YC0370

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.

Supervisor's Comments: _____

_____

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

## FORM #110

YC0371

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: _Jenemier, Nathan_    Badge #: _1227_

Offence or Subject Being Reported: _Situation Report_

Date of Report: _9-3-21_    Date of Incident: _3-31-21_    Time of Incident: _0600_

Place of Incident (Be Specific): _South block C & D - pod_

Who Involved: (Any Inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other)

_____

_____

What happened and how, if known:    (This space may also be used for reporting General Daily Duties)

In regards to the Shakedown in South block on the above date and approximate time this Officer did not personally witness any SAU operator point his Kinetic Energy Delivery System (KEDS) at any inmate during this event. This Officer did not witness any inmate being cussed at or belittled at any point in this event. This Officer did not witness anyone threaten to shoot any inmates with any weapon during this event. This Officer did not personally witness any unprofessional Conduct by anyone during this event.

End of Report

Officers Signature: _____

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments: _____

_____

This form is NOT to be used for reporting incidents requiring INMATE DISCIPLINARY ACTION. Use the form (DR-A) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

YC0372

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: Stefan Markwordt                    Badge #: 1060

Offence or Subject Being Reported: Situational Report (High risk security Search)

Date of Report: 8-30-21    Date of Incident: 3/31/21    Time of Incident: _____

Place of Incident (Be Specific): South Block C + D Pods

Who Involved:(Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or ■(0) for other)

_____

_____

What happened and how, if known:       (This space may also be used for reporting General Daily Duties)

On The above date and approximate Time. This reporting C-SAU Operator assisted other Operators in a High risk security Search (HRSS) in South Block C+D Pods. During This HRSS This C-SAU Operator Did NOT Point/Aim his Kinetic Energy Delivery System (KEDS) at any I/m (Inmate). This Operator also Did NOT witness any other Operator Point/Aim Their KEDS at any I/m. At NO Time During this HRSS was Any I/m Cussed at or degraded by this Operator Nor Did this operator witness another Operator Cuss at or degrade any I/m. This Operator along with all other Operators Never Threatened to shoot any I/m and acted with The upmost professionalism until the Task was Complete. This report was written to The best of this Operators Knowledge without reviewing video Footage. END REPORT

Officers Signature: _____ 1060

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments: _____

_____

This form is NOT to be used for reporting incidents requiring INMATE DISCIPLINARY ACTION. Use the form (DR-A) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

YC0373

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: __BUSH, ERIC__    Badge #: __1132__

Offence or Subject Being Reported: __SITUATION REPORT__

Date of Report: __30 AUG 2021__  Date of Incident: __31 MAR 2021__  Time of Incident: __5 MONTHS AGO__

Place of Incident (Be Specific): __SOUTH BLOCK__

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other).

_____

_____

**What happened and how, if known:**    (This space may also be used for reporting General Daily Duties)

ON THE ABOVE DATE I SAU OPERATOR BUSH, ERIC #1132 DID
CONDUCT A HIGH RISK SECURITY SEARCH WITH OTHER SAU OPERATORS
AT NO TIME DID I WITNESS OR POINT MY KINETIC ENERGY DELIVERY SYSTEM
(KEDS) AT ANY I/M. AT NO TIME WERE I/M's CUSSED AT
BELITTLED OR THREATENED BY ANY SAU OPERATOR. THE HIGH RISK
SECURITY SEARCH WAS CONDUCTED IN A PROFESSIONAL MANOR.
END OF REPORT

_____

_____

_____

_____

_____

Officers Signature: _____ 1132 SAU _____
This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:
Supervisors Comments: _____

_____

This form is NOT to be used for reporting incidents requiring **INMATE DICSIPLINARY ACTION.** Use the form
(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

**FORM # 110**

YC0374

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: Arnold Brandon                                    Badge #: 1281

Offence or Subject Being Reported: Situational Report

Date of Report: 31 Aug 2021    Date of Incident: 31 Mar 2021    Time of Incident: Approx

Place of Incident (Be Specific): South Block S pod and D pod

Who Involved:(Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or a (0) for other)

_____

_____

What happened and how, if known:      (This space may also be used for reporting General Daily Duties)

On the above date and approx time, there was a high risk security search being conducted in the south block S and D pods. Not once, during the entire search or even after the search was completed did I ever witness any SAU operator paint their kinetic Energy delivery system (KEDS) at any inmate. During the entire search and after the search was conducted I did not witness any inmate being cussed at or belittled in anyway. Even when operators were being cussed at, they continued to show the utmost professionalism towards the inmates. During no time did I witness anyone threaten to shoot any inmate. Even when inmates cussed at staff and other operators, I never once witnessed any operator preform his duties in an unprofessional manor. The perspicacious operators continued to show the utmost respect and professionalism to all inmates during and after the HRSS. Nothing further to report at this time.

End of Report

Officers Signature: _____
This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:
Supervisors Comments: _____

_____

_____

This form is NOT to be used for reporting incidents requiring INMATE DISCIPLINARY ACTION. Use the form (DR-A) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: _Michael Treibler_      Badge #: _1322_

Offence or Subject Being Reported: _High Risk Security Shakedown (HRSS)_

Date of Report: _9/2/21_    Date of Incident: _03/31/21_   Time of Incident: _Approx 08:00_

Place of Incident (Be Specific): _South C and D pods_

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other).

_____

_____

**What happened and how, if known:**    **(This space may also be used for reporting General Daily Duties)**

On the above date and approximate time this SAU operator participated in a HRSS of South C and D pods. At no time during the HRSS did this SAU operator point my Kinetic Energy Delivery System (KEDS) at any inmate nor did this SAU operator witness any other SAU operator point a KEDS at any inmate. This SAU operator did not cuss at or belittle any inmate during the HRSS nor did this SAU operator witness any other SAU operator cuss at or belittle any inmate. This SAU operator did not threaten to shoot any inmate with any weapon during the HRSS nor did this SAU operator witness any other SAU operator threaten to shoot any inmate with any weapon. This SAU operator conducted the HRSS in a professional manner and did not witness any unprofessial conduct by any other SAU operator. End of report —

Officers Signature: _[signature]_

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments: _____

_____

_____

This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form
(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

## FORM # 110

YC0376

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: Seth Grove                    Badge #: 1224

Offence or Subject Being Reported: Situation Report

Date of Report: 9-9-21    Date of Incident: 3-31-21    Time of Incident: 0800

Place of Incident (Be Specific): South C & D Pods

Who Involved:(Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other)

South C & D Inmates

What happened and how, if known:    (This space may also be used for reporting General Daily Duties)

On the above date and approximate time
I did not point my KSG at any inmate nor
did I personally witness any SAU operator point
their KSG at any inmate. I did not use profanity
or belittle any inmate at any point during the
event nor did I witness any SAU operator use
profanity or belittle any inmate. I did not
threaten to shoot any inmate nor did I witness
any SAU operator threaten to shoot any inmate
I did not witness any unprofessional conduct
by anyone during the event.    End of Report

Officers Signature: 1224

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
Supervisors Comments:

This form is NOT to be used for reporting incidents requiring INMATE DISCIPLINARY ACTION. Use the form
(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

## FORM # 110

YC0377

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: Alex Krzywulak                                    Badge #: 1164

Offence or Subject Being Reported: Situational report / Incident report

Date of Report: 09-07-21  Date of Incident: 3/31/2021  Time of Incident: 6 months ago

Place of Incident (Be Specific): South Block

Who Involved: (Any Inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other)

_____

_____

What happened and how, if known:      (This space may also be used for reporting General Daily Duties)

During the march 31st 2021 High Risk Security Shakedown of South C & D pods This reporting officer did not witness any sru operator point his Kinetic Energy Delivery System (KEDS) at any inmates. This officer also did not witness any of the following:

I Did not witness any Inmate being cussed at or belittled at any point.

I Did not witness anyone threaten to shoot any inmate with any weapon.

I Did not witness any unprofessional conduct by anyone.

This report has been written to the best of this officers knowledge regarding the above incident with out being shown any footage of what took place 6 months ago from the date in which

Officers Signature: Alex Krzywulak #1164     This report was written.

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments: _____

_____

_____

This form is NOT to be used for reporting incidents requiring INMATE DISCIPLINARY ACTION. Use the form (DR-A) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:** Seth Rosier

**Date of Report:** 9/9/21

**Offense or Subject Being Reported:** Shakedown

**Date of Incident:** 3/31/21

**Time of Incident:** Approx. 6:38

**Who Involved: Inmate**

**Place of Incident (Be Specific):** South Block, Pods C & D

---

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approx. time. Officer Rosier KSI was the booth operator during the shakedown of South Block Pods C & D. Upon observing cameras and operating doors for the block, officer Rosier did not witness any operator point a KEDS at any inmate or any operator threatning any inmate with any weapon. All operators appeared to be conducting themselves and the shakedown as professionally as possible. At no time did officer Rosier see any operator embarras or belittle any inmate. End of report

**Officer's Signature:** _[signature]_ 1281

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.

**Supervisor's Comments:** *Forward to the Warden's Office for Review.*

---

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

**FORM #110**

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: _CHARLES PUGH_                    Badge #: _273_

Offence or Subject Being Reported: _HIGH RISK SECURITY SHAKEDOWN_

Date of Report: _9, SEPT 21_ Date of Incident: _31, MARCH 21_ Time of Incident: _0630 APPROX._

Place of Incident (Be Specific): _SOUTH BLOCK C AND D PODS_

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other)

_C-SAU, OFFICER ROSIER #1281, THIS REPORTING OFFICER_

**What happened and how, if known:**      (This space may also be used for reporting General Daily Duties)

ON THE ABOVE DATE AND APPROXIMATE TIME THIS OFFICER WAS
WORKING IN THE SOUTH BLOCK CONTROL BOOTH WHEN C-SAU
ENTERERED THE BLOCK. OFFICER ROSIER #1281 ENTERED THE CONTROL
BOOTH TO RUN COMUNICATIONS AND CELL DOORS FOR THE C-SAU
TEAM DOING A HIGH RISK SHAKEDOWN IN "C" AND "D" PODS.
AS A SENIOR OFFICER AND SOMEONE WHO ASSIST IN THE TRAINING DEPART-
MENT THIS OFFICER PAYID CLOSE ATTENTION TO WHAT WAS GOING ON IN THE
POD BY WATCHING THE VIDEO FEED. AT NO TIME DID THIS OFFICER WITNESS
ANY MISS CONDUCT OF ANY OF THE STAFF OR TRAINERS AND WAS IMPRESSED
WITH THEIR PROFESSIONALISM. INMATES WERE GIVEN DIRECT, SIMPLE TO
UNDERSTAND ORDERS AND WERE NOT THREATENED WITH ANY WEAPON SYSTEM.
ALL WEAPONS WERE MAINTAINED IN A SAFE DIRECTION AT ALL TIMES.

Officers Signature: _____ _273_
This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:
Supervisors Comments: _____

_____

_____

This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form
(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

## FORM # 110

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: B A. KIBLER    Badge #: 709

Offence or Subject Being Reported: HIGH RISK SECURITY SHAKEDOWN (HRSS)

Date of Report: 09/02/2021    Date of Incident: 03/31/2021    Time of Incident: APPROX: 0800 HRS

Place of Incident (Be Specific): SOUTH C+D POD AND NEW GYM

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for immigration or an (O) for other).

ENMATES OF SOUTH C.+D POD

**What happened and how, if known:**    (This space may also be used for reporting General Daily Duties)

ON THE ABOVE DATE AND APPROXIMATE TIME, THIS OFFICER DID NOT WITNESS ANY SMU OPERATOR CUSS, BELITTLE, THREATEN TO SHOOT ANY ENMATE OR BEING UNPROFESSIONAL TO ANY ENMATE AT ANYTIME.

THIS OFFICER DID WITNESS ALL SMU OPERATORS BEING MORALLY RESPECTABLE TO BOTH ENMATES AND STAFF DURING THIS HIGH RISK SECURITY SHAKEDOWN. ALL SMU OPERATORS DISPLAYED GOOD WEAPONS RETENTION, GAVE CLEAR/PRECISE ORDERS AND SHOWN UPRIGHT PROFESSIONALISM.

NOTHING FURTHER TO REPORT

Officers Signature: _____ #789 / BC
This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:
Supervisors Comments:

_This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form
(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action._

## FORM # 110

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officers Name: **Laura Stare**                    Badge: **1138**

Offense or Subject Being Reported: **Situational**

Date of Report: **9·8·21**    Date of Incide: t: **3·31·21**  Time of Incident: **APPROX 8AM**

Place of Incident (Be Specific): **South Block**

Who Involved:

(Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for Other)

**What happened and how, if known:**     **(This space may also be used for reporting General Daily Duties)**

This writing officer, Laura Stare, does not Recall any SAU officer pointing his Kinetic Energy Delivery System or threating to shoot any inmate with his weapon during the shakedown in south block C and D pod. I also do not Recall any inmate being cussed at or belittled. To my Knowledge all conduct that was performed infront of me was professional. Nothing further at this time.

Officers Signature **Laura Stare**

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:**

Supervisor's Comments: _____

**This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form**

**(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.**
## FORM #110

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: _Redmo, Ryan_        Badge #: _1125_

Offence or Subject Being Reported: _Situation Report_

Date of Report: _9/9/21_    Date of Incident: _3/31/21_    Time of Incident: _Aprox 0700_

Place of Incident (Be Specific): _South Block_

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other)

_____

_____

**What happened and how, if known:**    (This space may also be used for reporting General Daily Duties)

On the above date and time this officer was the lone officer
running old South while CS/IU performed their tasks. I didn't
have time to pay attention to anything they may have said or
done.

_____

_____

Officers Signature: _____ nes

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments: _____

This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form
(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

## FORM # 110

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: Drake Dougherty                     Badge #: 1016

Offence or Subject Being Reported: High Risk Security Shakedown

Date of Report: 9/3/21    Date of Incident: 3/31/21  Time of Incident: Approximately 9am

Place of Incident (Be Specific): New Gym

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other)

C-SAU Team, C/O Dougherty

---

What happened and how, if known:    (This space may also be used for reporting General Daily Duties)

On the above date and time I, C/O Dougherty did not see any SAU operator point their Kinetic Energy Delivery Systems (KEDS) at any inmate. I also did not witness any SAU operators use profanity towards any inmate. All communication I witnessed was professional and to the point. No inmate was threatened by any SAU operator at any point. I also did not witness any unprofessional conduct by any of the SAU operators during this event.

Officers Signature: Drake M Dougherty    1016

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments:

---

**This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form (DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.**

FORM # 110

YC0384

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:** Jeffrey Runkle

**Date of Report:** 9-3-2021

**Offense or Subject Being Reported:** March 31, 2021 High Risk Security Shakedown

**Date of Incident:** 3-31-2021

**Time of Incident:** Approximately 0800 hours through duration of the shakedown

**Who Involved:** Not applicable (no specific persons)

**Place of Incident (Be Specific):** South Block C, D pods

On the above date and approximate time, I, Officer Jeffrey Runkle #1097, was assigned to South Block as a block officer. Upon reporting to my post on South Block, the C-SAU team was already present on the block to conduct a High Risk Security Shakedown. For a significant amount of the shakedown's duration, I was in the South Block booth. During my time in the booth and the block hallway, I do not recall witnessing any SAU operator pointing any device directly at any inmate. I do not recall witnessing anyone present addressing any inmate in a derogatory or unprofessional manner during the shakedown. I do not recall witnessing anyone threatening to shoot any inmate with any weapon during the shakedown. I currently do not recall any further details regarding the event.

**Officer's Signature:** _Jeffrey Runkle 1097_

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.

**Supervisor's Comments:**

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

## FORM #110

YC0385

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: Robert L. Shoop     Badge #: 191

Offence of (Subject) Being Reported: Shake down of South Block

Date of Report: 9-2-21    Date of Incident: 3-31-21    Time of Incident: App. 6:15 am

Place of Incident (Be Specific): New South Rec Door (Gym)

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other).

SAU Team

_____

**What happened and how, if known:**     (This space may also be used for reporting General Daily Duties)

During the time I was present on the New South Rec Door while a shakedown was being conducted in South block I Did not witness any unprofessional acts. The SAU team acted very professional and gave clear and direct orders. I Did not personally see any m3 conduct or any misuse of the weapons.

Officers Signature: R L Shoop #191

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments: _____

_____

This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION. Use the form (DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

## FORM # 110

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: _Greg Woles_                    Badge #: _787_

Offence or Subject Being Reported: _Incident Report_

Date of Report: _9/7/21_  Date of Incident: _3/31/91_  Time of Incident: _____

Place of Incident (Be Specific): _South Block C and D pods_

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other)
_SAU / South Block C and D pod inmates_

What happened and how, if known:        (This space may also be used for reporting General Daily Duties)

_On the above date and time. This officer_
_assisted SAU in a shakedown in South Block._
_At no time did this officer witness SAU_
_threaten any inmate or belittle anyone in_
_the pod. This shakedown was conducted_
_in a professional mannor. This officer also_
_never seen the SAU team point the_
_Kinetic Energy Delivery System (Keds) in the_
_direction of any inmate._

Officers Signature: _____

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments: _____

This form is NOT to be used for reporting incidents requiring INMATE DISCIPLINARY ACTION. Use the form
(DR-A) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

# YORK COUNTY PRISON

## OFFICERS DAILY REPORT

Officers Name: Lt. Yolanda Atwater #525

Date of Report     August 30, 2021

Offense or Subject Being Reported     Incident Report

Date of Incident:     March 31, 2021

Time of incident     Unknown

Who Involved:     Unknown Inmates from South block

Where it Happened (Be Specific     Gym

What happened and how, if known:
(This space can be used for reporting General Daily Duties also)

 On the above date and approximate time on Aug 30 reporting Lt. informed of the incident I was present for briefly in the gym with inmates from Old South block back on March 31, 2021. Reporting Lt. recalls; I walked into the gym, due to being in awe of the beautiful Giant Black Schnauzer. I went in asking more questions about the dog to C-SAU Garcia. I recall the inmates handcuffed and facing the wall, but they were quiet. Not once during the time in the gym do I recall any officer draw any form of weapons, or any disrespectful comments from staff or inmates. At no time did I see or hear any cursing or belittling by either parties.
Nothing else to report; reporting Lt. was only interested in the highly trained docile dog which is the reasoning for being in the gym in the first place. Other than the Giant Schnauzer there was not an incident that made the reporting Lt. enter into the gym.

Officer's Signature: _Lt Yolanda Atwater_
Yolanda Atwater #525, Lieutenant 525

This report to submitted to and commented or acted upon, by the Supervisor before forwarding to the Warden.
Supervisor's Comments:  FORWARDED FOR FURTHER REVIEW.

This form **NOT** to be used for reporting incidents **requiring disciplinary acts.** Use the Y.C.P. form #112 "Disciplinary Report" for all known violations that may require disciplinary action.

form #110

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: __Lt. Michael Guerin 361_____

Date of Report: __8-30-2021_____

Offense or Subject Being Reported: __Information_____

Date of Incident: __3-31-2021_____

Time of Incident: __afternoon_____

Who Involved: _____

Place of Incident (Be Specific): __New Gym_____

What happened and how, if known:
(This space may be used for reporting **General Daily Duties** also)

On above date a shakedown was condu ted in South C and D pods for possible metal weapons we received information on. The Correction Special Applications Unit or C-SAU cadet team was sent in to retrieve these items led by Sr. Team Leader Joseph Garcia. These inmates had been removed from the pods right after the cell doors opening at 6am and relocated into the New Gym where they were handcuffed from behind and were sat on the floor facing the wall. They were in the gym until roughly 12pm before being returned to South Block.

During the afternoon, I were sitting in the Lieutenants Office in the North Hallway adjacent to the north doors to the New Gym. CERT Officer Brian Kibler was manning the north door as I remember. While sitting in the office, I overhead Officer Kibler announce to the inmates to keep it down and then heard STL. Garcia also begin ordering the inmates to be quiet. I then heard an unknown sound from inside the gym and left the office to investigate. Upon entering the New Gym north door, All C-SAU cadets were standing with their KEDS pointing toward the floor in a non-aggressive stance. STL. Garcia and Lt. Machulcz were addressing the inmates individually. Seeing that Lt. Machulcz was taking care of the situation, I returned to the Lieutenant's Office. At no point did I hear any inmate being belittled or at any point where they were threatened with the KEDS. With my short time in the doorway, their KEDS were pointed towards the ground.

Officer's Signature: _____

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
Supervisor's Comments: _____

_____

_____

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

## FORM #110

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officers Name: Sgt. Shive, Kimberly                                    Badge: 612

Offense or Subject Being Reported: High risk Security Shakedown of South C and D pods

Date of Report: 9/3/2021          Date of Incident: 3/31/2021      Time of Incident: 8-12pm

Place of Incident (Be Specific): South C and D pods

Who Involved:

**What happened and how, if known:      (This space may also be used for reporting General Daily Duties)**

   On 9/3/2021 this officer Sgt. Shive, Kimberly was instructed by Intelligence officer Sheckard to write a Daily Report as to what I Sgt. Shive did witness on 3/31/2021.

   To the best of my recollection of the date in question 3/31/2021 I Sgt. Shive was working overtime 8-12pm and was assigned to social hall position. I Sgt. Shive was instructed to stand post at the New Gym to open and secure the door due to inmates from South block being escorted to New Gym. During which I did witness inmates cuffed and being escorted to the New Gym by SAU officers. Inmates were sitting facing the walls of the Gym.

   During this time while standing post outside of the gym I Sgt. Shive did see two inmates dressed in their boxers with spit shields and cuffed from behind being escorted down the hall past main medical.

   I Sgt. Shive also do remember going into South block to give officers water at which time I did see several SAU officers conducting cell searches and I do remember K-9, SAU training officer Garcia and Commander Rohrbaugh being present at that time.

   The said above statements made by this Officer Sgt. Shive were made to the best of my memory due to the time that has past since the date in question.

Officers Signature _____

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisor's Comments: _____

_____

**This form is NOT to be used for reporting incidents requiring INMATE DICSIPLINARY ACTION.  Use the form**

   **(DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.**
                                    **FORM #110**

YC0390

# YORK COUNTY PRISON

## OFFICERS DAILY REPORT

Officers Name: Counselor Brian Horner #1031

Date of Report: 9/9/21

Offense or Subject Being Reported: High Security Risk Shakedown in South Block

Date of Incident: 3/31/21

Time of Incident: morning

Who Involved: C SAU officers and South block inmates

Where it Happened (Be Specific): South block C and D pods

What happened and how, if known:
(This space can be used for reporting General Daily Duties also)

On the above date C SAU was conducting a high risk security shakedown in South block specifically in C and D pods. During my time in the block I did not witness any unprofessional conduct by any staff members. I did not witness any staff members threaten to shoot any inmates with a weapon nor did I hear any staff members cuss or belittle any inmates during the shakedown. Lastly I did not personally witness any C SAU operator point his Kinetic Energy Delivery System (KEDS) at any inmate. I was only on the block for a short period of time and that was to simply brief C SAU staff that there was no positive or presumptive covid pods in South block at that time in the event that inmates were going to be moved from the block to another location. End of report.

Officer's Signature: _____

This report to be submitted to and commented or acted upon, by the Supervisor before forwarding to the Warden.
Supervisor's Comments: _____

This form **NOT** to be used for reporting incidents **requiring disciplinary acts**. Use the Y.C.P. form #112"Disciplinary Report" for all known violations that may require disciplinary action.

form #110



# York County Prison

# Item # 7

# YORK COUNTY PRISON
## OFFICERS DAILY REPORT

Officer's Name: _Ronald Belt_    Badge #: _879_

Offence or Subject Being Reported: _All meal trays offered! (Informative report)_

Date of Report: _8-12-21_    Date of Incident: _3-31-21_    Time of Incident: _9AM_

Place of Incident (Be Specific): _New Gym - (South Block inmates detainees)_

Who Involved: (Any inmate should be designated with a (C) for County, a (CS) for Contracted State, an (I) for Immigration or an (O) for other).

_This officer and South Block inmates detainees in New Gym as well as C-SAU._

What happened and how, if known:    (This space may also be used for reporting General Daily Duties)

_On above date and the approximate time this writing officer offered all South block inmates/detainees there meal trays while they were being detained in the New Gym during a C-SAU operation. At no point was any inmate or detainee deined there meal. A few inmates/detainee decided on there own to refuse there meal despite this writing officer to keep continuing to offer their meal. This officer encouraged all inmates housed/held in new gym from south block to take there meal tray multiple times._

Officers Signature: _[signature] 879_

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office:

Supervisors Comments:

This form is **NOT** to be used for reporting incidents requiring **INMATE DICSIPLINARY ACTION**. Use the form (DR-1) York County Prison Disciplinary Report for all known violations requiring disciplinary action.

## FORM # 110



**Corrections Officer Feeding an Inmate in the New Gym during the March 31st HRSS of South C and D Pods.**

**This screen shot was taken from MOHOC camera HRSS-2**

YC0394



**Inmates seated in the New Gym during the March 31st HRSS of South C and D Pods.   Note the food trays beside the inmates. This screen shot was taken from MOHOC camera HRS-2**



**Inmates seated in the New Gym during the March 31st HRSS of South C and D Pods.   Those with medical issues were seated in chairs.  The Food Cart is stacked with food trays.**

**This screen shot was taken from MOHOC camera HRS-2**



# York County Prison

## Item # 8

YC0397



**C-SAU Operator adjusting cuffs on Inmate in the New Gym during the March 31st HRSS of South C and D Pods.**

**This screen shot was taken from MOHOC camera HRS-2**

YC039



York County Prison

Item # 9

YC0399

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:** SGT Morningstar, Christopher G. #547

**Date of Report:** 06/29/2021

**Offense or Subject Being Reported:** C-SAU Incident Investigation Report

**Date of Incident:** 6/29/2021

**Time of Incident:** Approx 0830

**Who Involved:** This Sergeant, C/O John Santiago #730, I/M Hughes, Matthew #214206

**Place of Incident (Be Specific):** Office of Intelligence and Security

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Hughes, Matthew #214206 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Hughes agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following complaints: I/M Hughes was unhappy with the manner the search was conducted, stating he felt threatened, and he was refused breakfast.

I/M Hughes stated the only physical injuries sustained from the search was back pain, and he did not talk to the Medical Department in regards to said injury.

I/M Hughes stated that he was placed in the gymnasium after the pod was searched, on the left side of the gym, towards the back.

When asked if a weapon was pointed directly at him or at others during the search, he stated that a weapon was not pointed directly at him, but he saw the weapons in his peripheral vision while standing against the wall.

I/M Hughes was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was sitting on the table during the search, and did not bark during the search.

I/M Hughes was thanked for his time and then returned to his housing area.

**Officer's Signature:** _/ G MA #547_
SGT. CHRISTOPHER G MORNINGSTAR #547

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
**Supervisor's Comments:**

**This form is NOT to be used for reporting incidents requiring DISCIPLINARY ACTION. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.**

## FORM #110

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**  SGT Morningstar, Christopher G. #547

**Date of Report:**  06/29/2021

**Offense or Subject Being Reported:**  C-SAU Incident Investigation Report

**Date of Incident:**  6/29/2021

**Time of Incident:**  Approx. 0845

**Who Involved:**  This Sergeant, C/O John Santiago #730, I/M Ramos, Isaias #51864

**Place of Incident (Be Specific):**  Office of Intelligence and Security

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Ramos, Isaias #51864 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Ramos agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following: I/M Ramos complained of being awoken early in the morning due to the search, people screaming, he says he did not get his medication, was not served breakfast, and was forced to sit on the floor until 1 PM.

I/M Ramos stated he did not receive any physical injuries in relation to the search.

I/M Ramos stated that he was placed in the gymnasium after the pod was searched, on the right side of the gym, towards the back.

When asked if a weapon was pointed directly at him or at others during the search, he stated "Yes" that a weapon was pointed directly at him on the block, and weapons were pointed at several others.

I/M Ramos was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was sitting on the table during the search, and if people removed their mask, the dog barked at them.

I/M Ramos was thanked for his time and then returned to his housing area.

**Officer's Signature:**  #547
**SGT. CHRISTOPHER G MORNINGSTAR #547**

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
**Supervisor's Comments:**

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**   SGT Morningstar, Christopher G. #547

**Date of Report:**   06/29/2021

**Offense or Subject Being Reported:**   C-SAU Incident Investigation Report

**Date of Incident:**   6/29/2021

**Time of Incident:**   Approx. 0900

**Who Involved:**   This Sergeant, C/O John Santiago #730, I/M Morales, Hector #244710

**Place of Incident (Be Specific):**   Office of Intelligence and Security

What happened and how, if known:
(This space may be used for reporting General Daily Duties also)

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Morales, Hector #244710 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Morales agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following complaints: I/M Morales stated he was woken early, he felt harassed, and he was handcuffed.

I/M Morales stated the only physical injuries sustained from the search were Right Shoulder pain, due to being lifted from a seated position by his shoulder. He did talk to the Medical Department in regards to said injury.

I/M Morales stated that he was placed in the gymnasium after the pod was searched, in the middle of the right hand wall.

When asked if a weapon was pointed directly at him or at others during the search, he stated "Yes" that a weapon was pointed directly at him, and directly at the other inmates involved.

I/M Morales was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was sitting on the table during the search, but stood up when he commanded to do so. Morales did not know if the dog barked or not.

I/M Morales was thanked for his time and then returned to his housing area.

**Officer's Signature:**

_L Mft #547_

**SGT. CHRISTOPHER G MORNINGSTAR #547**

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
Supervisor's Comments:

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

### FORM #110

<u>YORK COUNTY PRISON</u>
<u>OFFICERS DAILY REPORT</u>

**Officer's Name:**    SGT Morningstar, Christopher G. #547

**Date of Report:**    06/29/2021

**Offense or Subject Being Reported:**    **C-SAU incident Investigation Report**

**Date of Incident:**    6/29/2021

**Time of Incident:**    **Approx. 0940**

**Who Involved:**    **This Sergeant, C/O John Santiago #730, I/M Chandler-Hope, Tayvaughn #233196**

**Place of Incident (Be Specific):**    **Office of Intelligence and Security**

What happened and how, if known:
(This space may be used for reporting <u>General Daily Duties</u> also)

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Chandler-Hope, Tayvaughn #233196 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Chandler-Hope agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following complaints: I/M Chandler-Hope stated he was strip searched on camera, denied breakfast, threatened that if he talked about what was happening he was going to the hole, and witnessed a CSAU member chamber a round in his weapon that was ejected onto the ground.

I/M Chandler-Hope stated the only physical injuries sustained from the search was pain in his fingers from being stepped on, and soreness in his wrists from wearing handcuffs. He stated he did talk to the Medical Department in regards to the soreness of his wrists, but his fingers were not reported to the Medical Department until a later time.

I/M Chandler-Hope stated that he was placed in the gymnasium after the pod was searched, and he was sitting next to inmate Chris Swank on the floor of the gym.

When asked if a weapon was pointed directly at him or at others during the search, he stated that he was facing the walls and did not know.

I/M Chandler-Hope was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was sitting on the table during the search, and also would jump down from the table. He stated he was instructed to say "Yes, sir" in response to questions, or the dog would bite him. He also stated the dog would follow STL Garcia around the pod as he moved, but the dog did not bark.

I/M Chandler-Hope was thanked for his time and then returned to his housing area.

**Officer's Signature:**
**SGT. CHRISTOPHER G MORNINGSTAR #547**

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
Supervisor's Comments:

This form is <u>NOT</u> to be used for reporting incidents requiring <u>DISCIPLINARY ACTION</u>. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**    SGT Morningstar, Christopher G. #547

**Date of Report:**    06/29/2021

**Offense or Subject Being Reported:**    C-SAU ncident Investigation Report

**Date of Incident:**    6/29/2021

**Time of Incident:**    Approx. 0950

**Who Involved:**    This Sergeant, C/O John Santiago #730, I/M Lutzinger, Shakor #182595

**Place of Incident (Be Specific):**    Office of Intelligence and Security

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Lutzinger, Shakor #182595 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Lutzinger agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following: I/M Lutzinger stated he was stripped naked and sat on the floor in handcuffs for six hours.

I/M Lutzinger stated the only physical injuries sustained from the search was swelling in his wrists from the handcuffs, and he did talk to the Medical Department in regards to said injury.

I/M Lutzinger stated that he was placed in the gymnasium after the pod was searched, in the front left corner.

When asked if a weapon was pointed directly at him or at others during the search, he stated "Yes" that a weapon was pointed at him, and everyone else as well.

I/M Lutzinger was asked what the Dog assi ned to STL Garcia was doing during the search. In response, he stated the dog was sitting on the table during the search, then walked around the floor threatening people. He stated he remembered hearing the dog barking.

I/M Lutzinger was thanked for his time and then returned to his housing area.

**Officer's Signature:**    _/6 NHA #547_
SGT. CHRISTOPHER G MORNINGSTAR #547

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.**
**Supervisor's Comments:**

**This form is NOT to be used for reporting incidents requiring DISCIPLINARY ACTION. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.**

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**   SGT Morningstar, Christopher G. #547

**Date of Report:**   06/29/2021

**Offense or Subject Being Reported:**   C-SAU Incident Investigation Report

**Date of Incident:**   6/29/2021

**Time of Incident:**   Approx. 0958

**Who Involved:**   This Sergeant, C/O John Santiago #730, I/M Morris, Bryan #134083

**Place of Incident (Be Specific):**   Office of Intelligence and Security

---

**What happened and how, if known:**
(This space may be used for reporting **General Daily Duties** also)

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate in relation to the search conducted on 03/31/2021 by the CSAU. I/M Morris declined to speak with us on this matter.

I/M Morris was thanked for his time and then returned to his housing area.


**Officer's Signature:**   _(signature)_ #547
**SGT. CHRISTOPHER G MORNINGSTAR #547**

---

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.**
**Supervisor's Comments:**

---

**This form is NOT to be used for reporting incidents requiring DISCIPLINARY ACTION. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.**

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**    SGT Morningstar, Christopher G. #547

**Date of Report:**    06/29/2021

**Offense or Subject Being Reported:**    C-SAU Incident Investigation Report

**Date of Incident:**    6/29/2021

**Time of Incident:**    Approx. 1015

**Who Involved:**    This Sergeant, C/O John Santiago #730, I/M Joline, Charles #195830

**Place of Incident (Be Specific):**    Office of Intelligence and Security

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Jolene, Charles #195830 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Jolene agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following: I/M Jolene stated he suffered mental anguish as the result of weapons cocking behind his back.

I/M Jolene stated the only physical injuries sustained from the search was numbness in fingertips on his right hand as his hand went numb from the handcuffs. I/M Jolene states the numbness in his fingertips has not subsided. He states he did inform medical of his injury, but medical never did anything about it.

I/M Jolene stated that he was placed in the gymnasium after the pod was searched, in the right back corner, segregated from most other inmates because he did n t have his armband on his arm. He states he was sworn at for not having his armband on.

When asked if a weapon was pointed directly at him or at others during the search, he stated "Yes" that a weapon was pointed directly at him, and others.

I/M Jolene was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was running around the pod "smelling" inmates. He indicates he did hear the dog bark.

I/M Jolene was thanked for his time and then returned to his housing area.

**Officer's Signature:**    _{signature}_ #547
**SGT. CHRISTOPHER G MORNINGSTAR #547**

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.**
**Supervisor's Comments:**

**This form is NOT to be used for reporting incidents requiring DISCIPLINARY ACTION. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.**

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**     SGT Morningstar, Christopher G. #547

**Date of Report:**     06/29/2021

**Offense or Subject Being Reported:**     C-SAU Incident Investigation Report

**Date of Incident:**     6/29/2021

**Time of Incident:**     Approx. 1035

**Who Involved:**     This Sergeant, C/O John Santiag. #730, I/M Murray, Johthan #241401

**Place of Incident (Be Specific):**     Office of Intelligence and Security

**What happened and how, if known:**
(This space may be used for reporting **General Daily Duties** also)

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Murray, Johthan #241401 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Murray agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following complaints: I/M Murray stated that when CSAU entered the pod, he told them he wanted no parts of the search, and was written up for refusing a direct order. He then states a spit mask was placed on him due to supposed non-cooperation on his part, and was taken to medical half-clothed with no socks or shoes. After being cleared from medical, I/M Murray states he was escorted to Delta Block where the "big bald guy" who worked the block was making jokes about him. I/M Murray states he was only in the pod that was searched for approximately 7 or 8 minutes, and was told, "If you don't do everything I say, I'm gonna tase you."

I/M Murray stated the only physical injuries sustained from the search was shoulder pain in relation to the handcuffs, and he was not seen by the medical department in regards to said injury.

I/M Murray stated that he was escorted to Delta Block after being cleared by the Medical department, so he never made it to the gym with the rest of the inmates.

When asked if a weapon was pointed directly at him or at others during the search, he stated "yes" that a weapon was pointed directly at him.

I/M Murray was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog came in his cell and jumped on his bed, and he tried to get out of the way, as he does not like dogs. He stated he did not hear the dog bark.

I/M Murray was thanked for his time and then returned to his housing area.

**Officer's Signature:**     _/6 ╫═ #547_
SGT. CHRISTOPHER G MORNINGSTAR #547

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
Supervisor's Comments: _____

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**    SGT Morningstar, Christopher G. #547

**Date of Report:**    06/29/2021

**Offense or Subject Being Reported:**    C-SAU Incident Investigation Report

**Date of Incident:**    6/29/2021

**Time of Incident:**    Approx. 1045

**Who Involved:**    This Sergeant, C/O John Santiago #730, I/M Gibson, Christopher #88631

**Place of Incident (Be Specific):**    Office of Intelligence and Security

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Gibson, Christopher #88631 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Gibson agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following complaints: I/M Gibson stated he was chased around with a gun, and threatened he would be bitten buy the dog.

I/M Gibson stated the only physical injuries sustained from the search was shoulder and wrist pain from being handcuffed, and he did talk to the Medical Department in regards to said injury.

I/M Gibson stated that he was placed in the gymnasium after the pod was searched, towards the middle of the gym under the lights.

When asked if a weapon was pointed directly at him or at others during the search, he stated "NO" that a weapon was not pointed directly at him.

I/M Gibson was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was sitting on the table during the search, and occasionally walking around. He did not hear the dog bark.

I/M Gibson was thanked for his time and then returned to his housing area.

**Officer's Signature:**
**SGT. CHRISTOPHER G MORNINGSTAR #547**

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.**
**Supervisor's Comments:**

**This form is NOT to be used for reporting incidents requiring DISCIPLINARY ACTION. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.**

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**  SGT Morningstar, Christopher G. #547

**Date of Report:**  06/29/2021

**Offense or Subject Being Reported:**  **C-SAU Incident Investigation Report**

**Date of Incident:**  6/29/2021

**Time of Incident:**  **Approx. 1058**

**Who Involved:**  This Sergeant, C/O John Santiago #730, I/M Schalizki, Zachary #243467

**Place of Incident (Be Specific):**  **Office of Intelligence and Security**

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Schalizki, Zachary #243467 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Schalizki agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following complaints: I/M Schalizki stated improper treatment by staff, and being transported through the prison from the block to medical to BAU in his boxer shorts.

I/M Schalizki stated he sustained no physical injuries in reference to the search.

I/M Schalizki stated he was taken to Medical to be cleared and then BAU for a misconduct so he never made it to the gym with the rest of the inmates.

When asked if a weapon was pointed directly at him or at others during the search, he stated "Yes" that a weapon was pointed directly at him during the search.

I/M was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was taken into a cell and then someone ended up going to the hole, then the dog sat at the table.

I/M Schalizki was thanked for his time and then returned to his housing area.

**Officer's Signature:**
**SGT. CHRISTOPHER G MORNINGSTAR #547**

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.**
**Supervisor's Comments:**

**This form is NOT to be used for reporting incidents requiring DISCIPLINARY ACTION. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.**

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**  SGT Morningstar, Christopher G. #547

**Date of Report:**  06/29/2021

**Offense or Subject Being Reported:**  **C-SAU Incident Investigation Report**

**Date of Incident:**  6/29/2021

**Time of Incident:**  Approx. 1115

**Who Involved:**  This Sergeant, C/O John Santiago #730, I/M Leatherman, David #245127

**Place of Incident (Be Specific):**  **Office of Intelligence and Security**

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

    On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Leatherman, David #245127 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Leatherman agreed to speak with us on this matter.

    When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following complaints: I/M Leatherman stated psychological stress due to weapons cocking in his presence, as he was incarcerated on a gun charge.

    I/M Leatherman stated the only physical injuries sustained from the search was shoulder pain, but it was not new. When asked if he reported this to the medical department, he stated, "Kinda."

    I/M Leatherman stated that he was placed in the gymnasium after the pod was searched, to the right of the main gym doors.

    When asked if a weapon was pointed directly at him or at others during the search, he stated "No" that a weapon was not pointed directly at him.

    I/M Leatherman was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was sitting on the table during the search, and he did not hear the dog bark.

    I/M Leatherman was thanked for his time and then returned to his housing area.

**Officer's Signature:**  _____#547
**SGT. CHRISTOPHER G MORNINGSTAR #547**

**This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office. Supervisor's Comments:** _____

_____

**This form is <u>NOT</u> to be used for reporting incidents requiring <u>DISCIPLINARY ACTION</u>. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.**

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**   SGT Morningstar, Christopher G. #547

**Date of Report:**   06/29/2021

**Offense or Subject Being Reported:**   C-SAU Incident Investigation Report

**Date of Incident:**   6/29/2021

**Time of Incident:**   Approx. 1130

**Who Involved:**  This Sergeant, C/O John Santiago #730, I/M Jones, Yahke #224862

**Place of Incident (Be Specific):**   Office of Intelligence and Security

**What happened and how, if known:**
**(This space may be used for reporting General Daily Duties also)**

On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Jones, Yahke #224862 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Jones agreed to speak with us on this matter.

When asked what his chief complaints were in regards to the search conducted on 3/31/2021, he stated the following complaints: I/M Jones stated staff was disrespectful and he was forced to sit on the floor in handcuffs for hours.

I/M Jones stated the only physical injuries sustained from the search was back pain and wrist pain, and he did not talk to the Medical Department in regards to said injury.

I/M Jones stated that he was placed in the gymnasium after the pod was searched, on the left side of the doors.

When asked if a weapon was pointed directly at him or at others during the search, he stated "Yes" that a weapon was pointed directly at him.

I/M Jones was asked what the Dog assigned to STL Garcia was doing during the search. In response, he stated the dog was sitting on the table during the search, and he did not hear the dog bark.

I/M Jones was thanked for his time and then returned to his housing area.

**Officer's Signature:**
**SGT. CHRISTOPHER G MORNINGSTAR #547**

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
**Supervisor's Comments:**

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison Disciplinary Report (DR-1) for all known violations requiring disciplinary action.

**FORM #110**

## YORK COUNTY PRISON
## OFFICERS DAILY REPORT

**Officer's Name:**  SGT Morningstar, Christopher G. #547

**Date of Report:**  06/29/2021

**Offense or Subject Being Reported:**    C-SAU Incident Investigation Report

**Date of Incident:**    6/29/2021

**Time of Incident:**    Approx. 1130

**Who Involved:**  This Sergeant, C/O John Santiago #730, I/M Rodriguez, Luis #155942

**Place of Incident (Be Specific):**    Office of Intelligence and Security

**What happened and how, if known:**
(This space may be used for reporting General Daily Duties also)

      On the above date and approximate time, This Sergeant was tasked by Commander Rohrbaugh to interview inmate Rodriguez, Luis #155942 in relation to the search conducted on 03/31/2021 by the CSAU. I/M Rodriguez declined to speak with us on this matter.

      I/M Rodriguez was thanked for his time and then returned to his housing area.

      **Officer's Signature:**
      **SGT. CHRISTOPHER G MORNINGSTAR #547**

This report is to be submitted to Supervision for comment or further action before being forwarded to the Warden's Office.
**Supervisor's Comments:**

This form is **NOT** to be used for reporting incidents requiring **DISCIPLINARY ACTION**. Use the form York County Prison
Disciplinary Report (DR-I) for all known violations requiring disciplinary action.

**FORM #110**

