# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. WilsonS

FILED
HARRISBURG, PA
AUG 25 2025
PER _____
DEPUTY CLERK

# SIXTH SUPPLEMENTAL NOTICE OF REFUSED SERVICE

I, Joseph Garcia, pro se defendant, submit this Sixth Supplemental Notice of Refused Service to inform the Court of plaintiffs' attorney Leticia C. Chavez-Freed's continued bad faith refusal of service for multiple packages, including my Fifth Supplemental Notice of Refused Service (sent August 21, 2025, FedEx 392385206802). This complies with Doc. 141, addressing new issues without supplementing pending motions, and accommodates my dyslexia (Exhibit I, previously filed).

1. **Refusal Details**: Chavez-Freed called FedEx to delay all 4 packages: FedEx 392252977453 (delay August 20/21, 2025); 392325940363 (delay August 21, 2025); 392344550380 (delay August 21, 2025); 392297752552 (delay August 21, 2025). Exceptions: "A request was made to change this delivery date," preventing acceptance (Exhibit BB, FedEx details for all 4, filed herewith, 6 pages each, total 24 pages).

2. **Bad Faith Pattern**: This is the sixth refusal (First: Doc. 142; Second: Exhibit AA; Third: FedEx 391921694094; Fourth: FedEx 392252977453; Fifth: FedEx 392385206802). Chavez-Freed's "office issues" excuse (Doc. 119) is unsubstantiated, showing intentional obstruction (Fed. R. Civ. P. 5(b), L.R. 5.1).

3. **Impact**: Refusals prevent response and support sanctions (Doc. 145, Fed. R. Civ. P. 37) and bad faith in pursuing a frivolous case (no counter to Exhibits S, M, Z, Doc. 146, Docs. 98-100).

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 22, 2025

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, I served this Notice via FedEx to:

Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

