# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson



FILED
HARRISBURG, PA
AUG 26 2025
PER ___JBA___
DEPUTY CLERK

# REQUEST FOR STATUS CONFERENCE

I, Joseph Garcia, pro se defendant, request a status conference to address plaintiffs' silence on pending motions (Docs. 145, 147, 116, 117) and continued refusal of service (Sixth Notice, Docs. 164-166 pending). This complies with Doc. 141 and accommodates my dyslexia (Exhibit I).

1. **Background**: My filings (Docs. 150-163, August 21-22, 2025) show no opposition; plaintiffs' last filing was July 15, 2025 (Doc. 121). Sixth refusal (FedEx 392425083526) escalates bad faith.

2. **Request**: Schedule a conference before Labor Day (September 1, 2025) to expedite rulings, given my diligent defense and their inaction.

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 24, 2025

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2025, I served this Request via FedEx to:

Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia