# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson

FILED
HARRISBURG, PA
AUG 26 2025
PER ＿＿＿ 伋
DEPUTY CLERK

# NOTICE OF SUPPLEMENTAL EVIDENCE

I, Joseph Garcia, pro se defendant, submit this Notice to supplement the record with a recreated Exhibit I: Affidavit of Unawareness and Financial Loss. This complies with Doc. 141 and accommodates my dyslexia (Exhibit I, previously filed).

1. **Background**: Exhibit I was originally filed with my Motion to Dismiss (Doc. 116) on June 27, 2025, detailing my unawareness of service until May 1, 2025, due to dyslexia, and financial losses from false media claims.

2. **Issue**: The original Exhibit I was not scanned into my computer and may have been deleted or overwritten. I cannot locate it despite a diligent search.

3. **Recreation**: Attached is a recreated Exhibit I, signed and notarized today, August 23, 2025, to replace the lost original. It reflects the same facts as the original filing.

4. **Request**: Please accept this recreated Exhibit I as supplemental evidence, consistent with my prior submissions.

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 23, 2025

## CERTIFICATE OF SERVICE

I certify that on August 23, 2025, I served this Notice via FedEx to:

Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

## ATTACHMENT

Exhibit I: Affidavit of Unawareness and Financial Loss (Recreated)