# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson



FILED
HARRISBURG, PA
AUG 26 2025
PER ___JBL___
DEPUTY CLERK

# EXHIBIT I: AFFIDAVIT OF UNAWARENESS AND FINANCIAL LOSS (RECREATED)

I, Joseph Garcia, being duly sworn, depose and state as follows:

- My name is Joseph Garcia, and I live at 62211 HWY 43, Wise River, MT 59762. My phone is 307-797-8500, and my email is jgarcia@kilo1k9.com.

- I did not know about this lawsuit (Civil No. 1:21-cv-2079) until May 1, 2025, because of my dyslexia. This condition makes it hard for me to read and process legal papers fast. Service was sent to wrong addresses (Docs. 14-1, 35).

- My dyslexia delayed my understanding of court documents from March 3, 2021, to May 1, 2025, stopping me from responding sooner.

- I have suffered substantial financial losses due to the false claims made in media articles from 2021 to 2025.

- I swear this is true to the best of my knowledge.

Signed this 23rd day of August, 2025.

*[signature]*

Joseph Garcia, Pro Se Defendant

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

**SUBSCRIBED AND SWORN** to before me this 23rd day of August, 2025.

Notary Public

My Commission Expires: DATE

## MONTANA NOTARIAL CERTIFICATE
### SIGNATURE WITNESSING

State of Montana

County of Silver Bow

The attached record, Affidavit of Unawareness consisting of two pages was
(Description of record) of Financial Loss

signed before me on 8/25/2025 by Joseph Garcia
(Date)                                              (Name of signer(s))

(Notary's Signature)

JASMYNE BIVENS
NOTARY PUBLIC for the
State of Montana
Residing at Butte, Montana
My Commission Expires
May 27, 2026

[Affix stamp above]

This certificate is to be attached to the record described above. Any evidence that it has been detached or removed may render the notarization invalid or unacceptable.

