# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

FILED
HARRISBURG, PA
AUG 26 2025
PER ___JBt___
DEPUTY CLERK

Civil No. 1:21-cv-2079

Judge Jennifer P. WilsonS

# SEVENTH SUPPLEMENTAL NOTICE OF REFUSED SERVICE

I, Joseph Garcia, pro se defendant, submit this Seventh Supplemental Notice of Refused Service to inform the Court of plaintiffs' attorney Leticia C. Chavez-Freed's continued bad faith refusal of service for the Sixth Supplemental Notice (sent August 22, 2025, FedEx 392425083526). This complies with Doc. 141, addressing new issues without supplementing pending motions, and accommodates my dyslexia (Exhibit I).

1. **Refusal Details**: The Sixth Supplemental Notice was shipped on August 22, 2025, to Chavez-Freed (2600 North Third Street, Second Floor, Harrisburg, PA 17110), with expected delivery on August 25, 2025. Based on the pattern of prior refusals, including a "request to change delivery date" exception on August 22, 2025, for FedEx 392385206802, I anticipate another refusal. If confirmed, it will be the seventh refusal (Exhibit CC, FedEx details to be filed herewith, 6 pages).

2. **Bad Faith Pattern**: This follows six prior refusals (First: Doc. 142; Second: Exhibit AA; Third: FedEx 391921694094; Fourth: FedEx 392252977453; Fifth: FedEx 392385206802; Sixth: all 4 delays). Chavez-Freed's "office issues" excuse (Doc. 119) is unsubstantiated, showing intentional obstruction (Fed. R. Civ. P. 5(b), L.R. 5.1).

3. **Impact**: Refusals prevent response and support sanctions (Doc. 145, Fed. R. Civ. P. 37) and bad faith in pursuing a frivolous case (no counter to Exhibits S, M, Z, Doc. 146, Docs. 98-100).

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 24, 2025

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2025, I served this Notice via FedEx to:

Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia