# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,

v.

JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson

FILED
HARRISBURG, PA

AUG 27 2025

PER ___DR___
DEPUTY CLERK

## NOTICE OF NO OPPOSITION TO MOTION TO COMPEL (DOC. 147)

I, Joseph Garcia, pro se defendant, submit this Notice to inform the Court that plaintiffs have failed to oppose my Motion to Compel Discovery (Doc. 147), filed on August 12, 2025. This complies with Doc. 141 and accommodates my dyslexia (Exhibit I).

1. **Background**: The Motion to Compel was due for response by August 26, 2025, per M.D. Pa. Local Rule 7.6. No opposition has been received as of 11:59 PM MDT today.

2. **Request**: I request the Court deem the motion unopposed and grant it accordingly, allowing discovery to proceed.

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 26, 2025

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2025, I served this Notice via FedEx to:

Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

