**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. WilsonS

FILED
HARRISBURG, PA

AUG 27 2025

PER _____
DEPUTY CLERK

# EIGHTH SUPPLEMENTAL NOTICE OF REFUSED SERVICE

I, Joseph Garcia, pro se defendant, submit this Eighth Supplemental Notice of Refused Service to inform the Court of plaintiffs' attorney Leticia C. Chavez-Freed's continued bad faith refusal of service for the package sent on August 25, 2025 (FedEx 392502745217). This complies with Doc. 141, addressing new issues without supplementing pending motions, and accommodates my dyslexia (Exhibit I).

1. **Refusal Details**: The package, including the Seventh Supplemental Notice and other motions, was shipped on August 25, 2025, to Chavez-Freed (2600 North Third Street, Second Floor, Harrisburg, PA 17110), with delivery scheduled for August 26, 2025. The business door was locked, and the recipient was unavailable, preventing acceptance (Exhibit EE, FedEx details filed herewith, 7 pages).

2. **Bad Faith Pattern**: This is the eighth refusal (First: Doc. 142; Second: Exhibit AA; Third: FedEx 391921694094; Fourth: FedEx 392252977453; Fifth: FedEx 392385206802; Sixth: all 4 delays; Seventh: 392425083526; Eighth:

392502745217). Chavez-Freed's "office issues" excuse (Doc. 119) is unsubstantiated, showing intentional obstruction (Fed. R. Civ. P. 5(b), L.R. 5.1).

3. **Impact**: Refusals prevent response and support sanctions (Doc. 145, Fed. R. Civ. P. 37) and bad faith in pursuing a frivolous case (no counter to Exhibits S, M, Z, Doc. 146, Docs. 98-100).

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 26, 2025

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2025, I served this Notice via FedEx to:

Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

