# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. Wilson

FILED
HARRISBURG, PA

AUG 28 2025

PER_____
DEPUTY CLERK

## REBUTTAL TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION (DOC. 168)

I, Joseph Garcia, pro se defendant, submit this rebuttal to plaintiffs' Memorandum of Law in Opposition (Doc. 168), filed August 26, 2025. This complies with Doc. 141 and accommodates my dyslexia (Exhibit I).

1. **Timing**: Plaintiffs' last-hour filing, near 11:59 PM MDT on August 26, 2025, is 12 days late per **M.D. Pa. Local Rule 7.6's** 14-day deadline (from my Doc. 147, filed August 12). Eight refusals—Doc. 142 (6/27/25), Exhibit AA (7/5/25), FedEx 391921694094 (7/15/25), 392252977453 (7/22/25), 392385206802 (8/5/25), all four delays (8/12/25), 392425083526 (8/25/25 with date change, Exhibit CC under Doc. 167), and 392502745217 (8/26/25, with pending third attempt 8/28/25, Exhibit EE) (potential Exhibit FF for 8/28/25)—show bad faith. **No "good cause"** is provided, and with their **ECF access** and **co-counsel Alan E. Denenberg's silence** since July 15, 2025, they have no excuse, while I rely on costly FedEx. ***Poulis v. State***

*Farm (747 F.2d 863, 1984)* and *Adams v. Trustees (29 F.3d 863)* support dismissal for such dilatory conduct

2. **HRSS Claim**: Their vague Doc. 146 (Page 3) claim of prior disclosure lacks proof, contradicted by my Exhibit M clearance (8/4/25, stating "no K9 issues"), proving no misconduct, as required by *Anderson v. Liberty Lobby, Inc. (477 U.S. 242)*. They fail to substantiate HRSS Doc. 146 (YC0340) provision.

3. **Settlement**: Docs. 98-100 (June 2023) and Exhibit Z (contract, 11/2021) shift liability to York County, not me, refuting their argument and supporting my Motion to Vacate (Doc. 117), consistent with *Celotex Corp. v. Catrett (477 U.S. 317)*.

4. **Discovery**: My motion (Doc. 147) seeks relevant evidence, including YDR emails from March 31, 2021, about the prison incident—key to proving my case, as supported by *Hickman v. Taylor (329 U.S. 495)* and *Oppenheimer Fund v. Sanders (437 U.S. 340)*. Their objection lacks merit, detail, and justification, obstructing fair discovery by failing to address this specific request. It's impractical to meet-and-confer due to their eight refusals—Doc. 142 (6/27/25), Exhibit AA (7/5/25), FedEx 391921694094 (7/15/25), 392252977453 (7/22/25), 392385206802 (8/5/25), all four delays (8/12/25), 392425083526 (8/25/25 with date change), and 392502745217 (8/26/25)—which prevent communication, excused under *In re Application of Adan (437 F.3d 381)* and their bad faith refusal is actionable per *Trask v. Olin Corp. (298 F.3d 1030)*.

5. **Request**: I respectfully request the Court deny their opposition and grant my motions due to their obstruction, **late filing** without cause, **dual counsel** neglect, unfair use of **ECF access**, and unsubstantiated response, especially with eight refusals (potential ninth with Exhibit FF) *Poulis v. State Farm (747 F.2d 863, 1984)* and *Scarborough v. Eubanks (747 F.2d 871)* and *National Hockey League v. Metropolitan Hockey Club (427 U.S. 639)* support sanctions for their willful non-compliance.

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 28, 2025

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2025, I served this Rebuttal via FedEx to:

- Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

- Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

- Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

