# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,

v.

JOSEPH GARCIA, et al.,
Defendants.

FILED
HARRISBURG, PA

AUG 2 8 2025

PER _____
DEPUTY CLERK

**Civil No**. 1:21-cv-2079

Judge Jennifer P. Wilson

## MOTION TO SUPPLEMENT RECORD

I, Joseph Garcia, pro se defendant, move to supplement the record for my Eighth Supplemental Notice of Refused Service (Doc. 170, filed 8/27/25) to include Exhibit EE, the FedEx proof for tracking number 392502745217, evidencing the eighth refusal. This complies with Doc. 141 and accommodates my dyslexia (Exhibit I).

1. **Omission**: Exhibit EE, a 6-page FedEx document showing refusals on 8/26/25 and 8/27/25, was submitted with Doc. 170 via FedEx 392550902760 (delivered 9:07 AM 8/27/25) but was not scanned into the docket.

2. **Relevance**: This evidence documents the eighth refusal, supporting my claims of bad faith and obstruction (Docs. 145, 117).

3. **Request**: I respectfully request the Court order the Clerk to include Exhibit EE in Doc. 170 or allow me to resubmit it, attached herewith.

Respectfully submitted,

[signature]

1 of 4

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 27, 2025

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2025, I served this Motion via FedEx to:

Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

**Attachment**: Exhibit EE (6 pages, FedEx 392502745217 proof)

Align top of FedEx Express® shipping label here.

ORIGIN ID:BTMA  (803) 797-8500
JOSEPH GARCIA

62211 MT HIGHWAY 43

WISE RIVER, MT 59762
UNITED STATES US

SHIP DATE: 27AUG25
ACTWGT: 0.50 LB
CAD: 6993847/SSFE2621

BILL CREDIT CARD

TO  **CLERK COURTHOUSE**
**SYLVIA H RAMBO**
**1501 NORTH 6TH ST**
**STE 101**
**HARRISBURG PA 17102**
(803) 797-8600    REF:
INV:          DEPT:
PO:

RECEIVED
HARRISBURG, PA
AUG 28 2025
DEPUTY CLERK

**FedEx**
Express

E

TRK# 3925 9102 4510
0201

**THU – 28 AUG 10:30A**
**PRIORITY OVERNIGHT**
DSR
17102
PA-US  MDT

**XX MDTA**