4 of 4

# EXHIBIT "EE"

**DELIVERY DATE**
We'll make a final attempt during the next business day.

**DELIVERY STATUS**
Delivery updated 

**ACTION REQUIRED**
Direct signature required

ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT

**GET UPDATES**

MORE OPTIONS

chavez 082625

**392502745217**

**FROM**
WISE RIVER, MT US

*Label Created*
8/25/25 4:06 PM

**WE HAVE YOUR PACKAGE**
BUTTE, MT
8/25/25 3:06 PM

**DELIVERY UPDATED**
MIDDLETOWN, PA
8/27/25 11:59 AM

**OUT FOR DELIVERY**
MIDDLETOWN, PA
8/27/25 4:50 AM

**TO**
HARRISBURG, PA US

*Scheduled Delivery Date*
8/28/25 before 5:00 PM

↓ View travel history

Manage delivery ⌄



Take more control of your delivery with FedEx Delivery Manager®.

SIGN UP FOR FREE

## Shipment facts

### Shipment overview

**TRACKING NUMBER**   392502745217

**DOOR TAG NUMBER**   DT716647675876, DT716647675876, DT716647675876

**SHIP DATE**    8/25/25

**STANDARD TRANSIT**    8/27/25 before 5:00 PM

**SCHEDULED DELIVERY DATE**   8/28/25 before 5:00 PM

### Services

**SERVICE**   FedEx 2Day


**DELIVERY ATTEMPTS**   2

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday, Direct Signature Required

**SIGNATURE SERVICES**    Direct signature required

### Package details

**WEIGHT**   0.5 lbs / 0.23 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   0.5 lbs / 0.23 kgs

**PACKAGING**   FedEx Envelope

↑ Back to top

## Travel history

Sort by: ⌄

### Monday, 8/25/25

- **3:06 PM**
  **Picked up**
  BUTTE, MT

- **4:06 PM**
  **Shipment information sent to FedEx**

- **4:10 PM**
  **Left FedEx origin facility**
  BUTTE, MT

- **4:12 PM**
  **Shipment arriving On-Time**
  BUTTE, MT

### Tuesday, 8/26/25

- **12:26 AM**
  **Arrived at FedEx hub**
  MEMPHIS, TN

- **4:02 AM**
  **Departed FedEx hub**
  MEMPHIS, TN

- **4:03 AM**
  **Shipment arriving early**

MEMPHIS, TN

8:12 AM
**At local FedEx facility**
MIDDLETOWN, PA

8:58 AM
**On FedEx vehicle for delivery**
MIDDLETOWN, PA

12:32 PM
**Delivery exception**
Customer not available or business closed
MIDDLETOWN, PA

12:33 PM
**Shipment arriving On-Time**
MIDDLETOWN, PA

7:00 PM
**At local FedEx facility**
MIDDLETOWN, PA

Wednesday, 8/27/25

- 4:31 AM
  **At local FedEx facility**
  MIDDLETOWN, PA

- 4:50 AM
  **On FedEx vehicle for delivery**
  MIDDLETOWN, PA

- 11:58 AM
  **Delivery exception**
  Customer not available or business closed
  MIDDLETOWN, PA

⊙ 11:59 AM
  **Delivery updated**
  Delivery updated
  MIDDLETOWN, PA

↑ Back to top