# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,

v.

JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. WilsonS

FILED
HARRISBURG, PA

SEP 02 2025

PER _____
DEPUTY CLERK

# NINTH SUPPLEMENTAL NOTICE OF REFUSED SERVICE

I, Joseph Garcia, pro se defendant, submit this Ninth Supplemental Notice of Refused Service to inform the Court of plaintiffs' attorney Leticia C. Chavez-Freed's continued bad faith refusal of service for the package sent on August 25, 2025 (FedEx 392502745217). This complies with Doc. 141, addressing new issues without supplementing pending motions, and accommodates my dyslexia (Exhibit I).

1. **Refusal Details**: The package was shipped on August 25, 2025, to Chavez-Freed (2600 North Third Street, Second Floor, Harrisburg, PA 17110), with delivery scheduled for August 26, 2025. Attempts on August 26 (12:32 PM, business closed), August 27 (11:58 AM, customer unavailable), and August 28, 2025 (marked 'moved or not there' despite the verified docket address confirmed on 8/29/25), failed, preventing acceptance (Exhibit FF, FedEx details filed herewith, 6 pages; complete denial list attached as image1.jpeg; docket cover page attached as proof). This intentional refusal, despite her obligation under Fed. R. Civ. P. 5(b)(2)(C) and L.R. 83.13 to maintain a current address, has cost me over $1,000 in FedEx expenses

($115 per package set) without ECF access, an unfair burden imposed by her and co-counsel Denenberg's neglect.

2. **Bad Faith Pattern**: This is the ninth refusal (First: Doc. 142; Second: Exhibit AA; Third: FedEx 391921694094; Fourth: FedEx 392252977453; Fifth: FedEx 392385206802; Sixth: all four delays; Seventh: 392425083526; Eighth: 392502745217; Ninth: new 392502745217 attempt). Chavez-Freed's "office issues" excuse (Doc. 119) is unsubstantiated, and Denenberg's failure to ensure compliance as lead counsel exacerbates this willful obstruction, as supported by *Poulis v. State Farm (747 F.2d 863, 3d Cir. 1984)* for dilatory conduct.

3. **Impact**: These refusals prevent response and support sanctions under *Scarborough v. Eubanks (747 F.2d 871, 3d Cir. 1984)* for willful noncompliance, including recovery of my documented $1,000+ costs, and *National Hockey League v. Metropolitan Hockey Club (427 U.S. 639, 1976)* for severe penalties due to intentional delay. This reinforces the frivolous nature of their case, lacking counter to Exhibits S, M, Z, Doc. 146, and Docs. 98-100.

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

August 29, 2025

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2025, I served this Notice via FedEx Priority to:

- Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17102

- Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

- Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

**Attachment**: Exhibit FF (6-page FedEx update), Image1.jpeg (Fedex denial list), Docket Cover Page (proof)



**RECEIVED HARRISBURG, PA**
**SEP 02 2025**
PER _____ DEPUTY CLERK

ORIGIN ID:BTMA  (803) 797-8500
JOSPEH GARCIA
69214 MT HIGHWAY 43

WISE RIVER, MT 59762
UNITED STATES US

SHIP DATE: 29AUG25
ACTWGT: 0.20 LB
CAD: 6993847/SSFE2621

BILL CREDIT CARD

TO **CLERK US COURTHOUSE**
**SYLVIA RAMBO**
**1501 NORTH 6TH ST**
**STE 101**
**HARRISBURG PA 17102**
(803) 797-8500   REF:
INV:
PO:                              DEPT:

FedEx Express
E

TRK# 3926 7161 0999   TUE – 02 SEP 5:00P
0201                  **STANDARD OVERNIGHT**
                                          DSR
**XX MDTA**                              17102
                              PA-US  MDT