# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,
v.
JOSEPH GARCIA, et al.,
Defendants.

Civil No. 1:21-cv-2079

Judge Jennifer P. WilsonS

**FILED**
HARRISBURG, PA

SEP 03 2025

PER_____
DEPUTY CLERK

# TENTH SUPPLEMENTAL NOTICE OF REFUSED SERVICE

I, Joseph Garcia, pro se defendant, submit this Tenth Supplemental Notice of Refused Service to inform the Court of plaintiffs' attorney Leticia C. Chavez-Freed's continued bad faith refusal of service for the package sent on August 29, 2025 (FedEx 392671687382). This complies with Doc. 141, addressing new issues without supplementing pending motions, and accommodates my dyslexia (Exhibit I).

1. **Refusal Details**: The package was shipped on August 29, 2025, to Chavez-Freed (2600 North Third Street, Second Floor, Harrisburg, PA 17110), with delivery scheduled for September 2, 2025. It failed on September 2, 2025, marked "incorrect address" despite the verified docket address, preventing acceptance (Exhibit GG, FedEx details filed herewith, 7 pages; complete denial list attached as image1.jpeg; docket cover page attached as proof). This intentional refusal, despite her obligation under Fed. R. Civ. P. 5(b)(2)(C) and L.R. 83.13 to maintain a current address, has

cost me over $1,000 in FedEx expenses ($115 per package) without ECF access, an unfair burden imposed by her and co-counsel Denenberg's neglect.

2. **Bad Faith Pattern**: This is the tenth refusal (First: Doc. 142; Second: Exhibit AA; Third: FedEx 391921694094; Fourth: FedEx 392252977453; Fifth: FedEx 392385206802; Sixth: all four delays; Seventh: 392425083526; Eighth: 392502745217; Ninth: new 392502745217 attempt; Tenth: 392671687382). Chavez-Freed's "office issues" excuse (Doc. 119) is unsubstantiated, and Denenberg's failure to ensure compliance as lead counsel exacerbates this willful obstruction, as supported by *Poulis v. State Farm (747 F.2d 863, 3d Cir. 1984)* for dilatory conduct.

3. **Impact**: These refusals prevent response and support sanctions under *Scarborough v. Eubanks (747 F.2d 871, 3d Cir. 1984)* for willful noncompliance, including recovery of my documented $1,000+ costs, and *National Hockey League v. Metropolitan Hockey Club (427 U.S. 639, 1976)* for severe penalties due to intentional delay. This reinforces the frivolous nature of their case, lacking counter to Exhibits S, M, Z, Doc. 146, and Docs. 98-100.

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

September 2, 2025

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2025, I served this Notice via FedEx to:

- Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17110

- Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

- Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

  /s/ Joseph Garcia

**Attachment**: Exhibit GG (7-page FedEx update), Image1.jpeg (denial list), Docket Cover Page (proof)



ORIGIN ID:BTMA    (803) 797-8500
JOSEPH GARCIA

62211 MT HWY 42

WISE RIVER, MT 59762
UNITED STATES US

SHIP DATE: 02SEP25
ACTWGT: 0.45 LB
CAD: 6993847/SSFE2621

BILL CREDIT CARD

TO **CLERK COURTHOUSE**

**1501 NORTH 6TH ST
STE 101
HARRISBURG PA 17102**

(803) 797-8500
INV:                    REF:
PO:                     DEPT:

FedEx
Express

**E**

TRK# 3927 8049 0542
0201

**WED – 03 SEP 10:30A
PRIORITY OVERNIGHT**
DSR
17102
PA–US MDT

**XX MDTA**

RECEIVED
HARRISBURG PA

SEP 03 2025

PER _JR_

DEPUTY CLERK