4 of 4

# EXHIBIT GG

Query    Reports    Utilities    Help    Log Out

HBG,MEDSR,REOPEN,STANDARD

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:21-cv-02079-JPW

Schwenk v. Garcia et al  
Assigned to: Honorable Jennifer P. Wilson  
Cause: 42:1983 Civil Rights Act

Date Filed: 12/13/2021  
Jury Demand: Both  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Christopher Lee Schwenk**                represented by **Alan E. Denenberg**
Abramson & Denenberg
1315 Walnut St.
Suite 500
Philadelphia, PA 19107
215-546-1345
Email: adenenberg@adlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandria Lappas (T)**
The Chavez - Freed Law Office
2600 North Third Street
Second loor
Harrisburg, PA 17110
717-893-5698
Email: alexandria@chavez-freedlaw.com
*TERMINATED: 03/25/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leticia C. Chavez-Freed**
The Chavez-Freed Law Office, LLC
2600 N. 3rd Street
2nd Floor
Harrisburg, PA 17110
717-893-5698
Email: Leticia@Chavez-FreedLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Align top of FedEx Express® shipping label here.

ORIGIN ID:BTMA  (803) 797-8500
JOSPEH GARCIA

62211 MT HIGHWAY 43

WISE RIVER, MT 59762
UNITED STATES US

SHIP DATE: 29AUG25
ACTWGT: 0.20 LB
CAD: 6993847/SSFE2621

BILL CREDIT CARD

TO **CHAVEZ— FREED**

**2600 N 3RD ST**
**SECOND FLOOR**
**HARRISBURG PA 17110**

(803) 797-8500   REF:
INV:
PO:                     DEPT:





FedEx Express

E

TRK# 0201 **3926 7168 7382**

WED – 03 SEP 5:00P
** 2DAY **
DSR
MDTA 17110
PA-US  MDT

SX EHRBG



FedEx — Shipping ∨ | Tracking ∨ | Design & Print ∨ | Locations ∨ | Support ∨    joseph    MANAGE DASHBOARD

# Welcome back, joseph

- 1 EXCEPTIONS
- 0 LABEL CREATED
- 22 DELIVERED

Viewing 33/33 | FILTERS (1) | EDIT COLUMNS ∨ | VIEWS ∨ | RESET | SAVE THIS VIEW | EXPORT

UNKNOWN DIRECTION ✕

| TRACKING NUMBER | STATUS | SCHEDULED DELIVERY DATE | SHIPPER NAME | SHIPPER COMPANY | DELIVERED DATE | RECIPIENT COMPANY | REFERENCE |
|---|---|---|---|---|---|---|---|
| Chavez 082925 392671687382 | We tried to deliver | 9/3/25 | | | | | |
| chavez 391921694094 | Delivery exception | Will be updated soon | | | | | |
| Chavez 082725 392591110869 | Delivery updated | 9/3/25 | | | | | |
| Chavez 392252977453 | Delivery updated | 9/2/25 | | | | | |
| latcia 081925 392297752552 | Delivery updated | 9/2/25 | | | | | |
| chavez 392325940363 | Delivery updated | 9/2/25 | | | | | |
| chevez 08.20.25 392344550380 | Delivery updated | 9/2/25 | | | | | |
| chavez 082225 392385206802 | Delivery updated | 9/2/25 | | | | | |
| Chavez 082525 392425083526 | Delivery updated | 9/2/25 | | | | | |
| chavez 082625 392502745217 | Delivery updated | 9/2/25 | | | | | |
| Chavez 082725 392550966072 | Delivery updated | 9/2/25 | | | | | |
| Clerk 082925 392671610999 | Delivered | | | | 9/2/25 | | |
| Alan 082925 392671649819 | Delivered | | | | 9/2/25 | | |
| clerk 081925 392297642423 | Delivered | | | | 8/20/25 | | |
| Alan 082925 392297699250 | Delivered | | | | 8/21/25 | | |
| Clerk 392325824217 | Delivered | | | | 8/21/25 | | |
| Alan 392325880548 | Delivered | | | | 8/21/25 | | |
| clerk 08.20.25 392344480299 | Delivered | | | | 8/21/25 | | |
| Alan 08.20.25 392344516890 | Delivered | | | | 8/21/25 | | |
| clerk 0802225 392385082279 | Delivered | | | | 8/22/25 | | |

**SCHEDULED DELIVERY DATE**

# Wednesday
9/3/25 before 5:00 PM

The address on the package is incorrect. We're working on getting the right address and will update your shipment as soon as possible.

**DELIVERY STATUS**
We tried to deliver ⓘ

**ACTION REQUIRED**
Direct signature required ⓘ

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

Chavez 082925

392671687382

**FROM**
WISE RIVER, MT US

*Label Created*
8/29/25 2:09 PM

**WE HAVE YOUR PACKAGE**
BUTTE, MT
8/29/25 1:09 PM

**WE TRIED TO DELIVER**
MIDDLETOWN, PA
9/2/25 3:21 PM

**OUT FOR DELIVERY**
MIDDLETOWN, PA
9/2/25 3:14 AM

**TO**
HARRISBURG, PA US

*Scheduled Delivery Date*
9/3/25 before 5:00 PM

↓ View travel history

Manage delivery ⌄

## Want to know when your package will arrive?

Take more control of your delivery with FedEx Delivery Manager®.

**SIGN UP FOR FREE**

---

## Shipment facts 

 **Shipment overview**

**TRACKING NUMBER**  392671687382

**SHIP DATE**  8/29/25

**STANDARD TRANSIT**  9/3/25 before 5:00 PM

**SCHEDULED DELIVERY DATE**  9/3/25 before 5:00 PM



**SERVICE**  FedEx 2Day

**TERMS**  Shipper

**SPECIAL HANDLING SECTION**  Deliver Weekday, Direct Signature Required

**SIGNATURE SERVICES**  Direct signature required

 **Package details**

**WEIGHT**  0.5 lbs / 0.23 kgs

TOTAL PIECES    1

TOTAL SHIPMENT WEIGHT    0.5 lbs / 0.23 kgs

PACKAGING    FedEx Envelope

↑ Back to top

## Travel history

Sort by:

### Friday, 8/29/25

- **1:09 PM**
  **Shipment arriving early**
  BUTTE, MT

- **1:09 PM**
  **Picked up**
  BUTTE, MT

- **2:09 PM**
  **Shipment information sent to FedEx**

- **4:16 PM**
  **Left FedEx origin facility**
  BUTTE, MT

### Saturday, 8/30/25

- **12:23 AM**
  **Arrived at FedEx hub**
  MEMPHIS, TN

- **3:58 AM**
  **Departed FedEx hub**
  MEMPHIS, TN

- **4:25 AM**
  **On the way**
  MEMPHIS, TN

- **8:18 AM**

At destination sort facility
MIDDLETOWN, PA

Sunday, 8/31/25

- 4:38 AM
  **At local FedEx facility**
  MIDDLETOWN, PA

- 5:34 AM
  **At local FedEx facility**
  Your package is expected to arrive on the scheduled delivery date
  MIDDLETOWN, PA

- 5:34 AM
  **On FedEx vehicle for delivery**
  MIDDLETOWN, PA

- 5:35 AM
  **Shipment arriving early**
  MIDDLETOWN, PA

Tuesday, 9/2/25

- 2:16 AM
  **At local FedEx facility**
  MIDDLETOWN, PA

- 2:17 AM
  **Shipment arriving early**
  MIDDLETOWN, PA

- 3:14 AM
  **On FedEx vehicle for delivery**
  MIDDLETOWN, PA

- 3:20 PM
  **Delivery exception**
  Incorrect address
  MIDDLETOWN, PA

- ⓘ 3:21 PM
  **Shipment arriving On-Time**
  MIDDLETOWN, PA