# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEE SCHWENK and KEITH DRUCK,
Plaintiffs,

v.

JOSEPH GARCIA, et al.,
Defendants.

**Civil No**. 1:21-cv-2079

Judge Jennifer P. Wilson

FILED
HARRISBURG, PA
SEP 05 2025
PER_____
DEPUTY CLERK

---

# MOTION FOR SANCTIONS

I, Joseph Garcia, pro se defendant, move for sanctions against plaintiffs' attorneys Leticia C. Chavez-Freed and Alan E. Denenberg for their continued bad faith refusal of service. I approach this Court with the utmost respect, diligently following its directives to honor the legal process efficiently without wasting its time. This motion complies with Doc. 141 and accommodates my dyslexia (Exhibit I).

1. **RRefusal Details**: The plaintiffs' attorneys have refused service for 11 packages (e.g., 392671687382 "incorrect address" on 9/2/25, with status "*A request was made to change this delivery date*" for **392591110869** and **392671687382**), despite the verified docket address **(Exhibit HH,** FedEx details filed herewith, 7 pages; complete denial list attached as image1.jpeg; docket cover page attached as proof). I live over 100 miles from the nearest FedEx in Butte, Montana, requiring over 2 hours of driving round trip through hazardous wildfire smoke, which exacerbates my COPD condition, costing $115/package and $1,000+ total **(Exhibit II**, MapQuest map;

Exhibit wildfire report; Exhibit ICU History). Despite dislocating my shoulder the day before the May hearing, I drove from DC to Harrisburg to comply with this Court's order of June 10, 2025. The plaintiffs' 10+ refusals impose an unfair and reckless burden, suggesting reckless disrespect to this court's process.

2. **Bad Faith Pattern**: This is the eleventh refusal (**First:** Doc. 142; **Second:** Exhibit AA; **Third:** FedEx 391921694094; **Fourth:** FedEx 392252977453; **Fifth:** FedEx 392385206802; **Sixth:** all four delays; **Seventh:** 392425083526; **Eighth:** 392502745217; **Ninth:** 392502745217; **Tenth:** 392671687382; **Eleventh**: 392780620585). Chavez-Freed's "office issues" excuse (Doc. 119) is unsubstantiated, showing willful obstruction **(Fed. R. Civ. P. 5(b), L.R. 5.1)**, suggesting reckless disrespect to this Court's process.

3. **Impact**: These refusals prevent response and support sanctions under *Scarborough v. Eubanks (747 F.2d 871, 3d Cir. 1984)* for willful noncompliance, including recovery of my documented $1,000+ costs, and *National Hockey League v. Metropolitan Hockey Club (427 U.S. 639, 1976)* for severe penalties due to intentional delay. My evidence from 2022 refutes their claims beyond preponderance, unchanged by their delay, lacking counter to **Exhibits S, M, Z, Doc. 146, and Docs. 98-100**.

Respectfully submitted,

/s/ Joseph Garcia

Joseph Garcia, Pro Se

62211 HWY 43, Wise River, MT 59762

307-797-8500

jgarcia@kilo1k9.com

September 4, 2025

## CERTIFICATE OF SERVICE

I certify that on September 4, 2025, I served this Motion via FedEx to:

- Clerk of Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Suite 101, Harrisburg, PA 17110

- Alan E. Denenberg, 1315 Walnut St., Suite 500, Philadelphia, PA 19107

- Leticia C. Chavez-Freed, 2600 North Third St., Second Floor, Harrisburg, PA 17110

/s/ Joseph Garcia

**Attachment**: Exhibit HH (7-page FedEx update), Image1.jpeg (denial list), Docket Cover Page (proof), Exhibit II (MapQuest map), Exhibit wildfire report, Exhibit ICU History

Align top of FedEx Express® shipping label here.

```
ORIGIN ID:BTMA  (803) 797-8500         SHIP DATE: 04SEP25
JOSEPH GARCIA                          ACTWGT: 0.15 LB
                                       CAD: 6993847/SSFE2621
62211 MT HIGHWAY 43

WISE RIVER, MT 59762                   BILL CREDIT CARD
UNITED STATES US
```

TO **CLERK US COURTHOUSE**
**SLYVIA H RAMBO**
**1501 NORTH 6TH ST**
**STE 101**
**HARRISBURG PA 17102**
(803) 797-8500       REF:      R
INV:
PO:                            DEPT:

RECEIVED
HARRISBURG, PA
SEP 05 2025
DEPUTY CLERK

**FedEx**
Express
**E**

TRK# 3928 6187 8491
0201

**XX MDTA**

FRI – 05 SEP 10:30A
**PRIORITY OVERNIGHT**
DSR
17102
PA-US  **MDT**

