# EXHIBIT HH

**DELIVERY DETAILS**
A request was made to change this delivery date.

**DELIVERY STATUS**
Delivery updated →

**ACTION REQUIRED**
Direct signature required ⓘ

EX-HH

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

Chavez 082725
392591110869

**FROM**
WISE RIVER, MT US

*Label Created*
8/27/25 3:14 PM

**WE HAVE YOUR PACKAGE**
BUTTE, MT
8/27/25 2:14 PM

**DELIVERY UPDATED**
MIDDLETOWN, PA
9/2/25 9:32 PM

**OUT FOR DELIVERY**
MIDDLETOWN, PA
9/2/25 3:14 AM

**TO**
HARRISBURG, PA US

↓ View travel history

Manage delivery ⌄





# Want to know when your package will arrive?

Take more control of your delivery with FedEx Delivery Manager®.

**SIGN UP FOR FREE**

## Shipment facts ∧

 Shipment overview

**TRACKING NUMBER**  392591110869

**SHIP DATE** ⓘ  8/27/25

**STANDARD TRANSIT** ⓘ  8/29/25 before 5:00 PM

 Services

**SERVICE**  FedEx 2Day

**DELIVERY ATTEMPTS**  1

**TERMS**  Shipper

**SPECIAL HANDLING SECTION**  Deliver Weekday, Direct Signature Required

**SIGNATURE SERVICES** ⓘ  Direct signature required

 Package details

**WEIGHT**  0.5 lbs / 0.23 kgs

**TOTAL PIECES**  1

**TOTAL SHIPMENT WEIGHT**  0.5 lbs / 0.23 kgs

**PACKAGING**  FedEx Envelope

↑ Back to top

## Travel history

Sort by:

### Wednesday, 8/27/25

- **2:14 PM**
  **Picked up**
  BUTTE, MT

- **3:14 PM**
  **Shipment information sent to FedEx**

- **4:06 PM**
  **Left FedEx origin facility**
  HELENA, MT

- **4:08 PM**
  **Shipment arriving On-Time**
  HELENA, MT

### Thursday, 8/28/25

- **4:09 PM**
  **Departed FedEx hub**
  MEMPHIS, TN

- **6:54 PM**
  **At destination sort facility**
  MIDDLETOWN, PA

### Friday, 8/29/25

- **8:35 AM**
  **At local FedEx facility**
  MIDDLETOWN, PA

- **8:53 AM**
  **On FedEx vehicle for delivery**
  MIDDLETOWN, PA

- **1:09 PM**
  **Delivery exception**
  A request was made to change this delivery date.
  MIDDLETOWN, PA

11:12 PM
**Delivery updated**
Delivery updated
MIDDLETOWN, PA

Saturday, 8/30/25

- 5:06 AM
  **At local FedEx facility**
  MIDDLETOWN, PA

- 7:38 AM
  **At local FedEx facility**
  Your package is expected to arrive on the scheduled delivery date
  MIDDLETOWN, PA

- 7:38 AM
  **On FedEx vehicle for delivery**
  MIDDLETOWN, PA

- 11:39 AM
  **Delivery exception**
  Customer not available or business closed
  MIDDLETOWN, PA

- 11:41 AM
  **Delivery updated**
  Delivery updated
  MIDDLETOWN, PA

Sunday, 8/31/25

- 5:31 AM
  **At local FedEx facility**
  MIDDLETOWN, PA

- 7:08 AM
  **Delivery updated**
  Delivery updated
  MIDDLETOWN, PA

- 7:08 AM
  **At local FedEx facility**
  Your package is expected to arrive on the scheduled delivery date
  MIDDLETOWN, PA

- 7:08 AM
  **On FedEx vehicle for delivery**
  MIDDLETOWN, PA

**Tuesday, 9/2/25**

- 2:16 AM
  **At local FedEx facility**
  MIDDLETOWN, PA

- 3:14 AM
  **On FedEx vehicle for delivery**
  MIDDLETOWN, PA

- 3:20 PM
  **Delivery exception**
  Incorrect address
  MIDDLETOWN, PA

- 3:21 PM
  **Delivery updated**
  Delivery updated
  MIDDLETOWN, PA

- → 9:32 PM
  **Delivery exception**
  A request was made to change this delivery date.
  MIDDLETOWN, PA

↑ Back to top

**DELIVERY DETAILS**
A request was made to change this delivery date.

**DELIVERY STATUS**
Delivery updated →

**ACTION REQUIRED**
Direct signature required ?

Ex-HH

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

MORE OPTIONS

Chavez 082925

392671687382

**FROM**
WISE RIVER, MT US

Label Created
8/29/25 2:09 PM

**WE HAVE YOUR PACKAGE**
BUTTE, MT
8/29/25 1:09 PM

**DELIVERY UPDATED**
MIDDLETOWN, PA
9/2/25 9:32 PM

**OUT FOR DELIVERY**
MIDDLETOWN, PA
9/2/25 3:14 AM

**TO**
HARRISBURG, PA US

↓ View travel history

Manage delivery ⌄





# Want to know when your package will arrive?

Take more control of your delivery with FedEx Delivery Manager®.

SIGN UP FOR FREE

## Shipment facts


### Shipment overview

**TRACKING NUMBER**   392671687382

**SHIP DATE**   8/29/25

**STANDARD TRANSIT**   9/4/25 before 5:00 PM


### Services

**SERVICE**   FedEx 2Day

**DELIVERY ATTEMPTS**   1

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday, Direct Signature Required

**SIGNATURE SERVICES**   Direct signature required


### Package details

**WEIGHT**   0.5 lbs / 0.23 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   0.5 lbs / 0.23 kgs

**PACKAGING**   FedEx Envelope

↑ Back to top

## Travel history

Sort by: ⌄

### Friday, 8/29/25

- **1:09 PM**
  Shipment arriving early
  BUTTE, MT

- **1:09 PM**
  Picked up
  BUTTE, MT

- **2:09 PM**
  Shipment information sent to FedEx

- **4:16 PM**
  Left FedEx origin facility
  BUTTE, MT

### Saturday, 8/30/25

- **12:23 AM**
  Arrived at FedEx hub
  MEMPHIS, TN

- **3:58 AM**
  Departed FedEx hub
  MEMPHIS, TN

- **4:25 AM**
  On the way
  MEMPHIS, TN

- **8:18 AM**
  At destination sort facility
  MIDDLETOWN, PA

### Sunday, 8/31/25

- **4:38 AM**
  At local FedEx facility
  MIDDLETOWN, PA

5:34 AM
**At local FedEx facility**
Your package is expected to arrive on the scheduled delivery date
MIDDLETOWN, PA

5:34 AM
**On FedEx vehicle for delivery**
MIDDLETOWN, PA

5:35 AM
**Shipment arriving early**
MIDDLETOWN, PA

Tuesday, 9/2/25

- 2:16 AM
  **At local FedEx facility**
  MIDDLETOWN, PA

- 2:17 AM
  **Shipment arriving early**
  MIDDLETOWN, PA

- 3:14 AM
  **On FedEx vehicle for delivery**
  MIDDLETOWN, PA

- 3:20 PM
  **Delivery exception**
  Incorrect address
  MIDDLETOWN, PA

- 3:21 PM
  **Shipment arriving On-Time**
  MIDDLETOWN, PA

- → 9:32 PM
  **Delivery exception**
  A request was made to change this delivery date.
  MIDDLETOWN, PA

↑ Back to top

FedEx | Shipping | Tracking | Design & Print | Locations | Support | Sign Up or Log In

0 OUT FOR DELIVERY

EX-HH

All Shipments 36 | FILTERS | EDIT COLUMNS | VIEWS | EXPORT

| TRACKING NUMBER | STATUS | SCHEDULED DELIVERY DATE | SCHEDULED DELIVERY TIME BEFORE | SHIPPER NAME | SHIPPER COMPANY | DELIVERED DATE |
|---|---|---|---|---|---|---|
| chavez 391921694094 | Delivery exception | Will be updated soon | Will be updated soon | | | |
| Chavez 392252977453 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| latcia 081925 392297752552 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| chavez 392325940363 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| chevez 08.20.25 392344550380 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| chavez 082225 392385206802 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| Chavez 082525 392425083526 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| chavez 082625 392502745217 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| Chavez 082725 392550966072 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| Dene 080225 392780577607 | On the way / Arrived at FedEx location | 9/5/25 | 5:00 PM | | | |
| Chavez 090225 392780620585 | On the way / Arrived at FedEx location | 9/5/25 | 5:00 PM | | | |
| Chavez 082725 392591110869 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| Chavez 082925 392671687382 | Delivery updated | Will be updated soon | Will be updated soon | | | |
| clerk 081925 392297642423 | Delivered | | | | | 8/20/25 |
| Alan 082925 392297699250 | Delivered | | | | | 8/21/25 |
| Clerk 392325824217 | Delivered | | | | | 8/21/25 |
| Alan 392325880548 | Delivered | | | | | 8/21/25 |
| clerk 08.20.25 392344480299 | Delivered | | | | | 8/21/25 |
| Alan 08.20.25 392344516890 | Delivered | | | | | 8/21/25 |
| clerk 0802225 392385082279 | Delivered | | | | | 8/22/25 |
| Dene 082225 392385118126 | Delivered | | | | | 8/22/25 |
| Clerk 082525 392424986100 | Delivered | | | | | 8/25/25 |

Query    Reports    Utilities    Help    Log Out

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:21-cv-02079-JPW

Schwenk v. Garcia et al
Assigned to: Honorable Jennifer P. Wilson
Cause: 42:1983 Civil Rights Act

Date Filed: 12/13/2021
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Christopher Lee Schwenk**        represented by   **Alan E. Denenberg**
Abramson & Denenberg
1315 Walnut St.
Suite 500
Philadelphia, PA 19107
215-546-1345
Email: adenenberg@adlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandria Lappas (T)**
The Chavez - Freed Law Office
2600 North Third Street
Second loor
Harrisburg, PA 17110
717-893-5698
Email: alexandria@chavez-freedlaw.com
*TERMINATED: 03/25/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leticia C. Chavez-Freed**
The Chavez-Freed Law Office, LLC
2600 N. 3rd Street
2nd Floor
Harrisburg, PA 17110
717-893-5698
Email: Leticia@Chavez-FreedLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**


EX-HH