# EXHIBIT II

Ex-II



Directions from Wise River, MT to 125 Basin Creek Rd

Get step-by-step walking or driving directions from Wise River, MT to 125 Basin Creek Rd, Butte, Montana. Avoid traffic with optimized routes.





# WILDLAND FIRE INCIDENTS

▲ 5 Last 24 Hours

▲ 61 This Week

## Active Large Fires*

**Select to Zoom In / Deselect to Zoom Out**
Click on the fire icon in the map for more information.

- Mission Butte | 6,149 Acres | 75% Contained
- Knowles | 3,822 Acres | 52% Contained
- Lg25 6416 - Mcallister | 3,560 Acres | 100% Contained
- Cloudrest | 3,140 Acres | 35% Contained
- Lg25 6395 - Horn | 2,800 Acres | 100% Contained
- Windy Rock | 2,198 Acres | 0% Contained
- Bivens Creek | 2,126 Acres | 91% Contained
- Devil Mountain | 1,932 Acres | 2% Contained
- Timber Butte | 1,062 Acres | Not Available
- West Fork | 963 Acres | 83% Contained
- Dry Head 2 | 915 Acres | 65% Contained
- Ransome | 650 Acres | 23% Contained
- Pot Mountain | 526 Acres | 0% Contained
- Corral Creek | 356 Acres | 92% Contained
- Elk Creek | 313 Acres | 40% Contained
- Mile Marker 91 | 308 Acres | 75% Contained
- Sandbar 2 | 243 Acres | 75% Contained



# AFTER VISIT SUMMARY

**Joseph Garcia** MRN: 975~~~~~
🏥 Acute COPD exacerbation   📅 11/10/2023 - 11/16/2023   📍 RH MED NURSING UNIT

---

 Your medications have changed
➡ START taking:

**acetaminophen** (TYLENOL)

**albuterol**

**benzonatate** (TESSALON)

**diphenhydrAMINE** (BENADRYL)

**hydrocodone-homatropine** (HYCODAN)

**mometasone-formoterol** (DULERA)

**pantoprazole** (PROTONIX)

**predniSONE**
Start taking on: **November 17, 2023**

**tiotropium bromide** (SPIRIVA RESPIMAT)
Start taking on: **November 17, 2023**

Review your updated medication list below.

---

 Additional Instructions
Please go to your primary care appointment with 

## What's Next

Call Prisma Health Internal Medicine Ambulatory Care Center       1801 Sunset Dr
                                                                  COLUMBIA SC 29203
                                                                  803-434-4153

---

Follow up with Jayen Bhakta, MD                                   1801 Sunset Dr
office will call with follow-up appt                              Columbia SC 29203
                                                                  803-434-4153



Ex-II

---

Joseph Garcia (CSN: 1000190823305) • Printed at 11/16/23 12:21 PM                Page 1 of 9  *Epic*

## What's Next (continued)

| | | |
|---|---|---|
| DEC 1 | **New Patient Appointment with** ▓▓▓▓▓▓▓▓▓▓<br>Wednesday Dec ▓▓▓▓ 2:40 PM<br>Please bring any previous medical records, films and any current medications you may be taking.  Please remember to bring your insurance information/card and another form of picture ID.<br><br>Plan on arriving at the designated time prior to your appointment so that we can make sure you are checked in and all is verified and ready to go in time for you to see your provider.<br><br>Or, if you use eCheck-In through MyChart, you can complete the registration and check-in process up to 7 days before your appointment.  Then, when you arrive to our practice for your appointment, simply let us know at the front desk so we can confirm you are here! | Prisma Health Internal Medicine - Northeast<br>▓▓▓▓▓▓▓▓▓▓<br>COLUMBIA SC 29223<br>803-462-9200 |
| | Go to ▓▓▓▓▓▓▓▓▓▓<br>Wednesday ▓▓▓▓▓▓<br>New patient appointment on 12/01/2023 at 2:40 PM. | ▓▓▓▓▓▓▓▓▓▓<br>Columbia SC 29223-6291 |

# Here is your newly updated Medication List, including any changes made this visit.

- If you have any questions about these medications, ask the provider who recommended them.
- If you told us you are not taking any of these medications, we have recorded that information.  Please discuss the fact that you are not taking them with the provider who recommended them.
- Do not stop taking medications unless instructed by your doctor. Talk with your doctor before stopping or changing medications

📎 Attached Information                                                   Bronchoscopy: Post-op (English)

# Bronchoscopy: What to Expect at Home

## Your Recovery



Bronchoscopy lets your doctor look at your airway through a tube called a bronchoscope. Afterward, you may feel tired for 1 or 2 days. Your mouth may feel very dry for several hours after the procedure. You may also have a sore throat and a hoarse voice for a few days. Sucking on throat lozenges or gargling with warm salt water may help soothe your sore throat.

If a sample of tissue (biopsy) was taken, you may spit up a small amount of blood or have bloody saliva. This is normal.

Do not drive for at least 8 hours after the procedure. Do not smoke for at least 24 hours.

This care sheet gives you a general idea about how long it will take for you to recover. But each person recovers at a different pace. Follow the steps below to get better as quickly as possible.

## How can you care for yourself at home?

 **Activity**

- Do not eat anything for 2 hours after the procedure.
- Rest when you feel tired. Getting enough sleep will help you recover.
- Avoid strenuous activities, such as bicycle riding, jogging, weight lifting, or aerobic exercise, until your doctor says it is okay.
- Ask your doctor when you can drive again.

 **Diet**

- You can eat your normal diet. If your stomach is upset, try bland, low-fat foods like plain rice, broiled chicken, toast, and yogurt.
- If it is painful to swallow, start out with cold drinks, flavored ice pops, and ice cream. Next, try soft foods like pudding, yogurt, canned or cooked fruit, scrambled eggs, and mashed

potatoes. Avoid eating hard or scratchy foods like chips or raw vegetables. Avoid orange or tomato juice and other acidic foods that can sting the throat.
- Drink plenty of fluids to avoid becoming dehydrated (unless your doctor tells you not to).


### Medicines

- Take pain medicines exactly as directed.
  - If the doctor gave you a prescription medicine for pain, take it as prescribed.
  - If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine.
- If you think your pain medicine is making you sick to your stomach:
  - Take your medicine after meals (unless your doctor has told you not to).
  - Ask your doctor for a different pain medicine.
- If your doctor prescribed antibiotics, take them as directed. Do not stop taking them just because you feel better. You need to take the full course of antibiotics.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## When should you call for help?



**Call 911** anytime you think you may need emergency care. For example, call if:

- You passed out (lost consciousness).
- You have sudden chest pain and shortness of breath.
- You cough up large amounts of bright red blood.
- You have severe pain in your chest.
- You have severe trouble breathing.

**Call your doctor now** or seek immediate medical care if:

- You cough up more than a few tablespoons of blood.
- You have pain that does not get better after you take pain medicine.
- You have a fever over 100°F.
- You still sound hoarse after a few days.
- You have bubbles under the skin around the collarbone. These may crackle and pop when you press on them.

Watch closely for changes in your health, and be sure to contact your doctor if you have any problems.

## Where can you learn more?

Go to https://www.healthwise.net/patiented

Enter **S288** in the search box to learn more about **"Bronchoscopy: What to Expect at Home."**

Current as of: July 6, 2021    Content Version: 13.0

© 2006-2023 Healthwise, Incorporated.
Care instructions adapted under license by Prisma Health. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.