# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER LEE SCHWENK, *et al.*, | : | Civil No. 1:21-CV-02079 |
| Plaintiffs, | : | |
| v. | : | |
| JOSEPH GARCIA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

On June 10, 2025, the court entered an order denying Plaintiffs' motion for default judgment and provided direction to Plaintiffs for next steps. (Doc. 115.) Since Plaintiffs served Defendant Joseph Garcia ("Garcia") as required by the court's order, Garcia has filed 12 motions and over 40 other documents titled as supplements, exhibits, affidavits, declarations, and more. (*See* Docs. 116–118, 122–124, 126–132, 134–145, 147–167, 169–172, 174–176.) The court will resolve all pending motions and matters in this action in due course.

Until further direction from this court, **IT IS ORDERED THAT** the parties shall cease all filings. There will be no prejudice to either party from this cessation in filings, and further filings are not necessary or helpful to resolving the pending

2

motions.  **IT IS FURTHER ORDERED THAT** any future filings of any kind will be stricken from the docket.

<u>s/Jennifer P. Wilson</u><br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania

Dated: September 8, 2025