**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTOPHER LEE SCHWENK and KEITH DRUCK, | : | Civil No. 1:21-CV-02079 |
| Plaintiffs, | : | |
| v. | : | |
| JOSEPH GARCIA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 28th day of October, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS:**

1) Defendant Joseph Garcia's ("Garcia") motion to dismiss plaintiff's amended complaint, Doc. 179, is **DENIED**.

2) Garcia shall file an answer to Plaintiffs' amended complaint, Doc. 19, **no later than Tuesday, November 17, 2026**.

3) A telephone status conference in this case is **SCHEDULED** for **December 21, 2026, at 9:15 a.m.** The parties shall call in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#. This case shall remain stayed until that conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania